Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
## Southern District of West Virginia

Room 3200
300 Virginia Street East
Charleston, WV 25301

Bankruptcy Proceeding No.:  2:18–bk–20028
Chapter:  11
Judge:  Frank W. Volk

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Daily Gazette Company
    1001 Virginia Street East
    Charleston, WV 25301

Social Security No.:

Employer's Tax I.D. No.:
    55–0154480

PLEASE TAKE NOTICE that a hearing will be held at

Bankruptcy Courtroom A, 6400 Robert C. Byrd U.S. Courthouse, 300 Virginia Street East, Charleston, WV 25301

on 1/31/18 at 03:30 PM

to consider and act upon the following:

3 – Motion by Debtor Daily Gazette Company for Joint Administration Case Number: 18–20029, 18–20030, 18–20032, 18–20033, 18–20034
4 – Motion Filed by Debtor Daily Gazette Company to For Orders (A) Authorizing (I) Payment of Pre–Petition Employee Wages, Salaries, and Other Compensation; (II) Reimbursement of Pre–Petition Employee Business Expenses; (III) Payment of Pre–Petition Tax and Other Withholdings to Third Parties; (IV) Contributions to Pre–Petition Employee Health and Other Benefit Programs and Continuation of Such Programs; (V) Payment of Workers Compensation Obligations and Other Insurance Premiums; (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (C) Granting Related Relief.

5 – Motion Filed by Debtor Daily Gazette Company to for Entry of Interim and Final Orders Authorizing the Debtors to (A) Maintain Existing Bank Accounts and Continue Use of Cash Management System, (B) Continue Use of Existing Business Forms and (C) Open New Debtor in Possession Accounts.
6 – Motion by Debtor Daily Gazette Company to Pay Taxes /for Entry of Interim and Final Orders, Pursuant to Sections 105(a), 363 and 507(a)(8) of the Bankruptcy Code (A) Authorizing Debtors to Pay Certain Prepetition Tax Obligations and (B) Authorizing Banks to Process Check and Electronic Transfer Requests Related Thereto.
7 – Motion Filed by Debtor Daily Gazette Company to for Entry of Interim and Final Orders, Pursuant to Sections 105(a) and 363 of the Bankruptcy Code, (I) Authorizing the Debtors to (A) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, Including Premium Financing and Broker Fees, and (B) Renew, Supplement, or Purchase Insurance Policies; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief. Motion to Approve Financing for Insurance Premiums filed by Debtor Daily Gazette Company.
8 – Motion filed by Debtor Daily Gazette Company for Continuation of Utility Service and Approval of Adequate Assurance Payment., Motion Filed by Debtor Daily Gazette Company to for an Interim and Final Order Pursuant to Section 366 of the Bankruptcy Code (I) Finding Utilities Adequately Assured of Future Performance, (II) Enjoining Utilities From Altering, Refusing, Discontinuing, or Interfering with Utility Service, and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance.
9 – Motion Filed by Debtor Daily Gazette Company to for Entry of Interim and Final Orders (A) Authorizing the Debtors to Honor Certain Pre–Petition Obligations for the Benefit of Customers, Subscribers and Advertisers and to Otherwise Continue Customer Programs and Practices in the Ordinary Course of Business and (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests.
10 – Motion by Debtor Daily Gazette Company for Adequate Protection of Secured Property. Motion filed by Debtor Daily Gazette Company to Use Cash Collateral, Motion Filed by Debtor Daily Gazette Company to for Entry of

Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing with Priority Over Certain Administrative Expenses and Secured by Liens on Property of the Estate Pursuant to 11 U.S.C. § 364(c), (II) Authorizing Debtors to Use Cash Collateral and Other Collateral and Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361 AND 363, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief.. (Attachments: # 1 Exhibit A–proposed order)

11 – Motion Filed by Debtor Daily Gazette Company to Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code for: (I) an Order (A) Approving and Authorizing Bidding Procedures in Connection with the Sale of Substantially All the Debtors Assets, (B) Approving and Authorizing the Break–Up Fee, (C) Scheduling the Related Auction and Hearing to Consider Approval of the Sale, (D) Approving Procedures Related to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (E) Approving the Form and Manner of Notice Thereof, and (F) Granting Related Relief; and (II) an Order (A) Authorizing the Sale of Substantially All of the Debtors Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing and Approving the Debtors Performance Under the Asset Purchase Agreement, (C) Approving the Assumption and Assignment of Certain of the Debtors Executory Contracts and Unexpired Leases Related Thereto, and (D) Granting Related Relief.

**NOTICE IS FURTHER GIVEN** that telephone notification, followed up with a written pleading, must be given to the Clerk's Office (347–3003) of settlements or requests to continue this matter at least three (3) business days prior to the above hearing date; otherwise counsel should make an appearance at the scheduled hearing.

Dated: 1/30/18

Matthew J. Hayes
Clerk, U.S. Bankruptcy Court

BY: Jason Rader
Deputy Clerk