# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Daily Gazette Company, *et al.*, | ) | Case No. 18-20028 |
| | ) | |
| Debtors.[1] | ) | (Joint Administration Requested) |

## CERTIFICATE OF SERVICE

I hereby certify that I caused the notice of hearing [Doc. 12] to be served as follows:

(A)  On January 30, 2018, by electronic mail on all affected parties listed on the attached Service List, for whom an electronic mail address was known or available;

(B)  On January 30, 2018, by facsimile on all affected parties listed on the attached Service List, for whom an electronic mail address was not known or available, but for whom a facsimile address was available;

(C)  On January 30, 2018, by U.S. Postal Service Express Mail overnight delivery, on all affected parties listed on the attached Service List, for whom no electronic mail address or facsimile number was known or available; and

(D)  On January 31, 2018, by electronic mail or facsimile, on affected parties on the attached Service List, where a service email or a facsimile was returned as undelivered, and a new service email or facsimile number was obtained or provided.

I declare, under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing statement is true.

*/s/ Nancy Bagatti*
Nancy Bagatti, paralegal
Perkins Coie LLP
131 S. Dearborn St., Suite 1700
Chicago, IL 60603

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: Daily Gazette Company (4480); Daily Gazette Holding Company, LLC (2981); Charleston Newspapers Holdings, L.P. (3028), Daily Gazette Publishing Company, LLC (3074),Charleston Newspapers (6079), and G-M Properties, Inc. (4124). The Debtors' headquarters are located at 1001 Virginia St. E, Charleston, West Virginia 25301.

138406275.1

**DAILY GAZETTE COMPANY,** *et al.* Last update: 1.31.18

## SERVICE LIST

| | Name/Party | Description | Email | Fax: | Service Made Via: |
|---|---|---|---|---|---|
| 1. | Peter M. Pearl<br>Spilman Thomas and Battle, PLLC<br>310 First Street, Suite 1100<br>Roanoke, VA 24011 | Attorneys for secured creditor United Bank | ppearl@spilmanlaw.com | | Email |
| 2. | Evans L. King, Jr.<br>Steptoe & Johnson PLLC<br>400 White Oaks Blvd.<br>Bridgeport, WV 26330 | Notice Party | evans.king@steptoe-johnson.com | | Email |
| 3. | MediaNews Group, Inc.<br>Attn Marshall Anstandig, GC<br>750 Ridder Park Dr.<br>San Jose, CA 95190 | Top 20 Creditor | manstandig@bayareanewsgroup.com | | Email |
| 4. | Steven C. Douse<br>King & Ballow<br>315 Union Street, Suite 1100<br>Nashville, TN 37201 | Known Attorneys for MediaNews Group | sdouse@kingballow.com | 615-726-5413 | Email |
| 5. | Charleston Publishing Company<br>c/o Steven L. Thomas<br>Kay Casto & Chaney PLLC<br>PO Box 2031<br>Charleston, WV 25327 | Top 20 Creditor/<br>Known Attorneys for CPC and MediaNews | sthomas@kaycasto.com | 304-345-8909 | Email |
| 6. | Pension Benefit Guaranty Corp.<br>Office of the General Counsel<br>Attn Marc S. Pfeuffer<br>1200 K Street NW, Suite 340<br>Washington, DC 20005 | Top 20 Creditor | Pfeuffer.Marc@pbgc.gov | 202-326-4112 | Email |

138406562.1

|  | Name/Party | Description | Email | Fax: | Service Made Via: |
|---|---|---|---|---|---|
| 7. | BD White Birch Investment LLC<br>Attn Luci Pilo<br>Box 513056<br>Philadelphia, PA 19175-3056 | Top 20 Creditor | lucipilo@papiermasson.com;<br>RobNeumann@WhiteBirchPaper.com;<br>suzannerooney@whitebirchpaper.com | 203-661-3349<br><br>Ph.<br>203-661-3344 | Fax (1/31/18) |
| 8. | Gibbons & Kawash A.C.<br>300 Chase Tower<br>707 Virginia Street East<br>Charleston, WV 25301-2710 | Top 20 Creditor | skawash@gandkcpas.com | 304-345-8451 | Email |
| 9. | Resolute FP US Inc<br>Lockbox #7117<br>PO Box 8500<br>Philadelphia, PA 19178-7117 | Top 20 Creditor | remittance@ResoluteFP.com; | 514-394-2334<br><br>Ph.<br>514-394-3258 | Fax (1/31/18) |
| 10. | Sun Chemical<br>PO Box 2193<br>Carol Stream, IL 60132-2193 | Top 20 Creditor | usci-orders@sunchemical.com | 866-535-1846 | Email |
| 11. | Karen H Miller<br>Attorneys at Law<br>2 Hale Street<br>Charleston, WV 25301 | Top 20 Creditor | khmiller@karenmillerlaw.com | 304-343-7915 | Email |
| 12. | Michael Best & Friedrich LLP<br>PO Box 88462<br>Milwaukee, WI 53288-0462<br><br>*ALTERNATE PHYSICAL ADDRESS:<br>100 E. Wisconsin Ave #3300<br>Milwaukee, WI 53202 | Top 20 Creditor |  | 414-277-0656 | N/A (multiple fax attempts to Milwaukee and Chicago offices after verbally confirming fax numbers) |

- 2 -

138406562.1

|     | Name/Party | Description | Email | Fax: | Service Made Via: |
|-----|------------|-------------|-------|------|-------------------|
| 13. | Erie Insurance<br>100 Erie Insurance Place<br>Erie, PA 16530 | Top 20 Creditor | | 304-347-8973 | Fax |
| 14. | Guardian<br>PO Box 677458<br>Dallas, TX 75267-7458 | Top 20 Creditor | appletonbilling@glic.com | 920-749-6058 | Email |
| 15. | Stanley Hunt DuPree & Rhine<br>Fee Processing Group<br>PO BOX 1033<br>Charleston, WV 25324-1033 | Top 20 Creditor | | | Overnight mail |
| 16. | Pro 1 Automotive LLC<br>Charleston Auto<br>PO Box 13412<br>Charleston, WV 25360 | Top 20 Creditor | towedup@aol.com | 304-984-3206<br><br>**Ph.<br>304-984-1869** | Fax (1/31/18) |
| 17. | Sprint<br>PO Box 4191<br>Carol Stream, IL 60197-4191 | Top 20 Creditor | brett.puckett@sprint.com | | Email |
| 18. | PDI Plastics<br>P.O. Box 635994<br>Cincinnati, OH 45263-5994 | Top 20 Creditor | CMahaffey@pdisaneck.com | 614-890-0467 | Email |
| 19. | Craig L. Selby<br>1419 Nottingham Road<br>Charleston, WV 25314 | Top 20 Creditor | | | Overnight mail |
| 20. | Shaker Recruitment Consultants<br>1100 Lake Street<br>Oak Park, IL 60301 | Top 20 Creditor | cathy.cloud@shaker.com | | Email |

- 3 -

138406562.1

| | Name/Party | Description | Email | Fax: | Service Made Via: |
|---|---|---|---|---|---|
| 21. | King Features Syndicate<br>Attn Keith McCloat, GM<br>PO Box 90007<br>Prescott, AZ 86304-9007 | Top 20 Creditor | | | Overnight mail |
| 22. | Cintas Corporation #525<br>PO Box 630910<br>Cincinnati, OH 45263 | Top 20 Creditor | | | Overnight mail |
| 23. | Software Business Systems<br>7401 Metro Blvd, Ste 550<br>Edina, MN 55424 | Top 20 Creditor | | 952-835-7504<br><br>**Ph.<br>952-835-0100** | N/A (unsuccessful overnight mail - incorrect zip code - and fax attempts) |
| 24. | Frontier Communications<br>PO Box 740407<br>Cincinnati, OH 45274-0407 | Top 20 Creditor | contactbusiness@ftr.com | 888-609-9919 | Email |
| 25. | Charleston Sanitary Board<br>City of Charleston Fees<br>P.O. Box 7949<br>Charleston, WV 25356-7949 | Top 20 Creditor | | | Overnight mail |
| 26. | Ezra H. Cochran<br>6664 S.E. 55th Street<br>Okeechobee, FL 34974-2542 | Top 20 Creditor | | | Overnight mail |
| 27. | Office of the U.S. Trustee<br>Southern District of WV<br>Attn David L. Bissett<br>300 Virginia Street East, Room 2025<br>Charleston, WV 25301 | U.S. Trustee's Office | David.L.Bissett@usdoj.gov | | Email |

|  | Name/Party | Description | Email | Fax: | Service Made Via: |
|---|---|---|---|---|---|
| 28. | U.S. Attorney's Office<br>PO Box 1713<br>Charleston, WV 25326 | U.S. Attorney |  | 304-347-5104 | Fax |
| 29. | WV Attorney General<br>State Capitol, Room 26-E<br>1900 Kanawha Blvd East<br>Charleston, WV 25305 | Attorney General |  | 304-558-0140 | Fax |
| 30. | U.S. Department of Justice<br>Attn David H. Decelles, Civ. Div.<br>1100 L Street NW, Room 10046<br>Washington, DC 20005 | Department of Justice | David.H.Decelles@usdoj.gov | 202-514-9163 | Email |
| 31. | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | IRS |  |  | Overnight Mail |
| 32. | WV Securities Commission<br>Office of the Auditor<br>1900 Kanawha Blvd East<br>Bldg 1, Room W-100<br>Charleston, WV 25305 | WV Securities Commission | securities@wvsao.gov | 304-558-4211 | Email |
| 33. | Securities & Exchange Commission<br>Attn Bankruptcy Notices<br>100 F Street, NE<br>Washington, DC 20549 | Securities & Exchange Commission |  | 202-772-9295 | Fax |

138406562.1

**DAILY GAZETTE COMPANY,** *et al.*                                                                                                          Last update: 1.31.18

## Banks/CC Notice List
### (if not included on Master Service List)

|   | Name/Party | Description | Email | Fax: | Service Made Via: |
|---|---|---|---|---|---|
| 1. | United Bank<br>Attn Larry Salyers, Sr. VP<br>500 Virginia Street East<br>Charleston, WV 25301 | Bank | | 304-348-8327<br><br>**Ph 703.442.7162** | Fax (1/31/18) |
| 2. | BB&T<br>P.O. Box 580340<br>Charlotte, NC 28258-0340<br>Accts 5532, 4577<br>Attn | Bank | | 910-272-2725<br><br>**Ph 800.226.5228** | Fax |
| 3. | Huntington Bank<br>Accts 6836<br>Attn | Bank | | 877-273-2193<br><br>**Ph. (BK Dept.)<br>888-632-5547** | Fax (1/31/18) |
| 4. | American Express<br>Accts 1776, 1784, 9792<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Credit Card | proofofclaim@becket-lee.com | | Email |

138406562.1

**DAILY GAZETTE COMPANY,** *et al.*                                                                                  Last update: 1.31.18

## Tax Notice List
### (if not included on Master Service List)

|   | Name/Party | Description | Email | Fax: | Service Made Via: |
|---|---|---|---|---|---|
| 1. | WV Dept. of Tax & Revenue<br>Bankruptcy Unit<br>PO Box 766<br>Charleston, WV 25323-0766 | Taxing Authority | | 304-558-8728 | Fax |
| 2. | Kanawha County Sheriff's Tax Office<br>Attn Bankruptcy Unit<br>409 Virginia Street East, Room 120<br>Charleston, WV 25301 | Taxing Authority | | 304-357-0291<br><br>**Ph 304.357.0210** | Fax (1/31/18) |
| 3. | City of Charleston<br>Business & Operations Tax<br>[NEED ADDRESS] | Taxing Authority | | 304-347-1810 | Fax |
| 4. | Tucker County Sheriff's Tax Office<br>Attn Treasurer or Bankruptcy Unit<br>215 First Street<br>Parsons, WV 26287 | Taxing Authority | | 304-478-4819<br><br>**Ph.<br>304-478-2321** | Fax |

138406562.1

**DAILY GAZETTE COMPANY,** *et al.*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Last update: 1.31.18

## Insurance Notice List
### (if not included on Master Service List)

|  | Name/Party | Description | Email | Fax: | Service Made Via: |
|---|---|---|---|---|---|
| 1. | Capital Premium Financing<br>P.O. Box 660899<br>Dallas, TX 75266-0899 | Insurance Finance | info@capitalpremium.net | 855-470-2628 | Fax |
| 2. | Mutual Insurance Co., Ltd.<br>1st Floor Swan Bldg.<br>26 Victoria St.<br>Bermuda | Broker | info@mic.bm | 441-295-7562 | Email |
| 3. | Garlow Insurance Agency<br>PO Box 5052<br>Charleston, WV 25361-0052 | Broker |  | 304-347-8973<br>Attn:<br>Richard Miller | Fax |
| 4. | Travelers Property Casualty Co.<br>PO Box 660317<br>Dallas, TX 75266-0317 | Insurer |  | 800-842-9569<br>Attn: Jordan Hill | Fax |
| 5. | Travelers Casualty and Surety Co.<br>PO Box 660317<br>Dallas, TX 75266-0317 | Insurer |  | 800-842-9569<br>Attn: Jordan Hill | Fax |
| 6. | AIG-Nat'l Un. Fire Ins Co of Pittsburgh<br>175 Water Street, 18th Floor<br>New York, NY 10038 | Insurer |  | 866-858-1472 | Fax |
| 7. | Starstone Specialty<br>Main Administrative Office:<br>Harborside 5<br>185 Hudson Street, Suite 2600<br>Jersey City, NJ 07311 | Insurer |  | 201-743-7701<br><br>**Ph.**<br>**201-743-7700** | N/A<br><br>(No answer at phone number, multiple unsuccessful fax attempts) |

138406562.1

|    | Name/Party | Description | Email | Fax: | Service Made Via: |
|----|------------|-------------|-------|------|-------------------|
| 8. | Erie Insurance Property/Casualty Co.<br>100 Erie Insurance Place<br>Erie, PA 16530 | Insurer | erieinsurance.com | 304-347-8973 | Fax |
| 9. | Brickstreet Insurance<br>400 Quarrier St.<br>Charleston, WV 25301 | Insurer |  | 877-898-6980 | Fax |

**DAILY GAZETTE COMPANY,** *et al.*  Last update: 1.31.18

## Utilities Notice List
### (if not included on Master Service List)

| | Name/Party | Description | Email | Fax: | Service Made Via: |
|---|---|---|---|---|---|
| 1. | Appalachian Power<br>PO Box 24415<br>Canton, OH 44701-4415<br>Accts xxx452-0-9 and 980-0-0 | Electricity | | 855-821-1200 | Fax |
| 2. | Mountaineer Gas<br>PO Box 5656<br>Charleston, WV 25361-0656<br>Accts xxx3053 and 5426 | Gas | | 304-925-9607<br>Attn: Anita | Fax |
| 3. | West Virginia American Water<br>PO Box 790247<br>St. Louis, MO 63179-0247<br>Accts 40112, 93872, 94097, 68371, 44764 | Water | | | Overnight mail |
| 4. | Charleston Sanitary Board<br>City of Charleston<br>PO Box 7949<br>Charleston, WV 25356-0949<br>Accts xxx5240004 and 2280001 | Trash | | 304-348-8074 | Fax |
| 5. | Frontier Communications<br>PO Box 740407<br>Cincinnati, OH 45274-0407<br><br>Acct xxx4800-080817-4 | Telephone | bankruptcynotification@ftr.com | | Email |

138406562.1

|    | Name/Party | Description | Email | Fax: | Service Made Via: |
|----|------------|-------------|-------|------|-------------------|
| 6. | Impact Telecom<br>PO Box 660344<br>Dallas, TX 75266-0344<br>Acct 62798 | Local Service | | 251-650-1760 | Fax |
| 7. | Suddenlink<br>PO Box 660365<br>Dallas, TX 75266-0365<br>Acct xxx782301 | Internet | | 903-266-9481<br>Attn:<br>Reginald Hart | Fax |
| 8. | Sprint<br>PO Box 4191<br>Carol Stream, IL 60197-4191<br>Acct xxx3183 | Cell Phones | brett.puckett@sprint.com | | Email |
| 9. | Verizon - Networkfleet, Inc.<br>PO Box 975544<br>Dallas, TX 75397-5544<br>Acct CHAR010-S | GPS Service | | 877-789-3130<br><br>Telephone<br>(Bankruptcy<br>Department):<br>888-807-5319 | Fax |

138406562.1