## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Daily Gazette Company, *et al.*, | ) | Case No. 18-20028 |
| | ) | |
| Debtors. [1] | ) | (Joint Administration Requested) |

### NOTICE OF FILING

Daily Gazette Company, and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned chapter 11 cases, files the attached replacement "Exhibit B" to the *Debtors' Motion Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code for: (I) an Order (A) Approving and Authorizing Bidding Procedures in Connection with the Sale of Substantially All the Debtors' Assets, (B) Approving and Authorizing the Break-Up Fee, (C) Scheduling the Related Auction and Hearing to Consider Approval of the Sale, (D) Approving Procedures Related to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (E) Approving the Form and Manner of Notice Thereof, and (F) Granting Related Relief; and (II) an Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing and Approving the Debtors' Performance Under the Asset Purchase Agreement, (C) Approving the Assumption and Assignment of Certain of the Debtors' Executory Contracts and Unexpired Leases Related Thereto, and (D) Granting Related Relief* [ECF No. 11], consisting of a fully executed copy of the Asset Purchase Agreement with all pertinent schedules attached thereto.

---

[1]  The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: Daily Gazette Company (4480); Daily Gazette Holding Company, LLC (2981); Charleston Newspapers Holdings, L.P. (3028), Daily Gazette Publishing Company, LLC (3074),Charleston Newspapers (6079), and G-M Properties, Inc. (4124).  The Debtors' headquarters are located at 1001 Virginia St. E, Charleston, West Virginia 25301.

DATED:  January 31, 2018                    **SUPPLE LAW OFFICE, PLLC**

By: */s/ Joe M. Supple*
    Joe M. Supple, Bar. No. 8013
    801 Viand St.
    Point Pleasant, WV 25550
    Telephone: 304.675.6249
    Facsimile: 304.675.4372
    joe.supple@supplelaw.net

    - and -

    Brian A. Audette, Ill. Bar No. 6277056
    PERKINS COIE LLP
    131 S. Dearborn St., Suite 1700
    Chicago, IL 60603
    Telephone: 312.324.8534
    Facsimile: 312.324.9534
    baudette@perkinscoie.com

*Proposed Co-Counsel to the Debtors and*
*Debtors-in-Possession*

138407426.1