Form ntcmissdocs

**UNITED STATES BANKRUPTCY COURT**
**Southern District of West Virginia**

In Re: Daily Gazette Company and Daily Gazette Holding Company, LLC
Debtor(s)

Case No.: 2:18−bk−20028

Chapter: 11
Judge: Frank W. Volk

# NOTICE OF MISSING DOCUMENTS

To the Debtor(s) and attorney for the Debtor(s), if any:

In order for this case to be administered, the document(s) listed below must be filed by the dates(s) indicated:

**Eq. Sec. Hold. List due 02/13/2018**
**Schedules A/B, D, E/F, G, H**
**Summary of Schedules**
**Declaration Concerning Debtors' Schedules**
**Statement of Financial Affairs**
**Disclosure of Attorney Compensation**
**Due 2/13/18**

The documents(s) checked below were not filed with the bankruptcy petition and must be filed immediately:

- ☑ Creditor Mailing Matrix with Names and Addresses of All Creditors
- ☑ Verification of Creditor Mailing Matrix
- ☐ Exhibit D – Individual Debtor's Statement of Compliance with Credit Counseling Requirement
- ☐ Statement of Social Security Number
- ☐ List of Creditors Holding the 20 Largest Unsecured Claims
- ☐ Filing Fee, Application to Pay in Installments or Application to Waive Filing Fee
- ☐ Corporate Ownership Statement
- ☐ Corporate Resolution
- ☐ Small Business Financial Statements
- ☐ Notice to Debtor by Bankruptcy Petition Preparer
- ☐ Statement of Compensation Paid or to be Paid to a Bankruptcy Petition Preparer
- ☐ Other:

\* Individual Debtors: If you have not yet filed pay stubs and have determined you are not required by law to file such documents, you must file the Statement Under Penalty Of Perjury Concerning Payment Advices (form attached). The Chapter 7 Individual Debtor(s) Statement Of Intent reqarding secured property and unexpired leases must be filed within thirty (30) days after the petition or by the date set for the meeting of creditors, whichever is earlier.
\*\* Forms are availble at the Court's website, www.wvsb.uscourts.gov or from the Clerk (304−347−3003).

Dated: 2/2/18

Matthew J. Hayes, Clerk
By: Leslie J. Gallian, Deputy Clerk

United States Bankruptcy Court
Southern District of West Virginia

In re: Case No. 18-20028-fwv
Daily Gazette Company Chapter 11
Daily Gazette Holding Company, LLC
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0425-2      User: ljg      Page 1 of 2      Date Rcvd: Feb 02, 2018
                   Form ID: ntcmissd      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2018.
db        +Daily Gazette Company,    1001 Virginia Street East,    Charleston, WV 25301-2816

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2018                                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2018 at the address(es) listed below:
           Brian A. Audette    on behalf of Debtor In Possession    Charleston Newspapers
            baudette@perkinscoie.com,
            docketchi@perkinscoie.com;brian-audette-perkins-coie-8180@ecf.pacerpro.com
           Brian A. Audette    on behalf of Debtor In Possession    G-M Properties, Inc.
            baudette@perkinscoie.com,
            docketchi@perkinscoie.com;brian-audette-perkins-coie-8180@ecf.pacerpro.com
           Brian A. Audette    on behalf of Creditor    Charleston Publishing Company baudette@perkinscoie.com,
            docketchi@perkinscoie.com;brian-audette-perkins-coie-8180@ecf.pacerpro.com
           Brian A. Audette    on behalf of Debtor In Possession    Daily Gazette Holding Company, LLC
            baudette@perkinscoie.com,
            docketchi@perkinscoie.com;brian-audette-perkins-coie-8180@ecf.pacerpro.com
           Brian A. Audette    on behalf of Debtor    Charleston Newspapers Holdings, L.P.
            baudette@perkinscoie.com,
            docketchi@perkinscoie.com;brian-audette-perkins-coie-8180@ecf.pacerpro.com
           Brian A. Audette    on behalf of Debtor    Daily Gazette Company baudette@perkinscoie.com,
            docketchi@perkinscoie.com;brian-audette-perkins-coie-8180@ecf.pacerpro.com
           Brian A. Audette    on behalf of Debtor    Daily Gazette Publishing Company, LLC
            baudette@perkinscoie.com,
            docketchi@perkinscoie.com;brian-audette-perkins-coie-8180@ecf.pacerpro.com
           Brian A. Audette    on behalf of Debtor    G-M Properties, Inc. baudette@perkinscoie.com,
            docketchi@perkinscoie.com;brian-audette-perkins-coie-8180@ecf.pacerpro.com
           Brian A. Audette    on behalf of Debtor In Possession    Daily Gazette Publishing Company, LLC
            baudette@perkinscoie.com,
            docketchi@perkinscoie.com;brian-audette-perkins-coie-8180@ecf.pacerpro.com
           Brian A. Audette    on behalf of Debtor In Possession    Charleston Newspapers Holdings, L.P.
            baudette@perkinscoie.com,
            docketchi@perkinscoie.com;brian-audette-perkins-coie-8180@ecf.pacerpro.com
           David L. Bissett    on behalf of U.S. Trustee    United States Trustee David.L.Bissett@usdoj.gov
           James S. Crockett, Jr.    on behalf of Creditor    United Bank jcrockett@spilmanlaw.com
           Joe M. Supple    on behalf of Debtor In Possession    Daily Gazette Publishing Company, LLC
            info@supplelaw.net
           Joe M. Supple    on behalf of Debtor In Possession    Charleston Newspapers Holdings, L.P.
            info@supplelaw.net
           Joe M. Supple    on behalf of Debtor    Charleston Newspapers info@supplelaw.net
           Joe M. Supple    on behalf of Debtor    Daily Gazette Holding Company, LLC info@supplelaw.net
           Joe M. Supple    on behalf of Debtor In Possession    G-M Properties, Inc. info@supplelaw.net
           Joe M. Supple    on behalf of Debtor    Daily Gazette Company info@supplelaw.net
           Joe M. Supple    on behalf of Creditor    Charleston Publishing Company info@supplelaw.net
           Joe M. Supple    on behalf of Debtor In Possession    Daily Gazette Holding Company, LLC
            info@supplelaw.net
           Joe M. Supple    on behalf of Debtor    Charleston Newspapers Holdings, L.P. info@supplelaw.net

```
District/off: 0425-2           User: ljg                 Page 2 of 2                Date Rcvd: Feb 02, 2018
                               Form ID: ntcmissd         Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Joe M. Supple    on behalf of Debtor In Possession    Charleston Newspapers info@supplelaw.net
              Joe M. Supple    on behalf of Debtor    G-M Properties, Inc. info@supplelaw.net
              Joe M. Supple    on behalf of Debtor    Daily Gazette Publishing Company, LLC info@supplelaw.net
              Marc S. Pfeuffer    on behalf of Creditor    Pension Benefit Guaranty Corporation
               pfeuffer.marc@pbgc.gov,    efile@pbgc.gov
              Steven L. Thomas    on behalf of Creditor    MediaNews Group, Inc. sthomas@kaycasto.com,
               dcummins@kaycasto.com;dhughes@kaycasto.com;lwalker@kaycasto.com
              Steven L. Thomas    on behalf of Creditor    Charleston Publishing Company sthomas@kaycasto.com,
               dcummins@kaycasto.com;dhughes@kaycasto.com;lwalker@kaycasto.com
              United States Trustee    ustpregion04.ct.ecf@usdoj.gov
                                                                                             TOTAL: 28
```