UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE:                                                                           Chapter 11 Proceeding
                                                                                 Case No.  18-20028
**DAILY GAZETTE COMPANY, et al.,**

      Debtors.

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF PAPERS AND NOTICES

      Please take notice that Arthur M. Standish, Evans L., King, Jr. and Sarah C. Ellis, of Steptoe & Johnson, 707 Virginia Street, East, Charleston, WV, hereby:

      1.    Appear in the above matter, pursuant to Rule 9010 of the Rules of Bankruptcy Procedure for and on behalf of Charleston Newspapers, LLC.

      2.    Pursuant to Rules 2002, 3017(a), and 9010(b) of the rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code requests: (1) that they be placed on the matrix and/or service list and be sent copies of all orders, pleadings and papers filed herein; and (2) that all notices, whether written or oral (including but not limited to telephone notice of hearings to obtain emergency relief) given or required to be given and all papers served or required to be served in this case (and all related cases, if any) be given or served upon them at Steptoe & Johnson, P O Box 1588, Charleston, WV 25326, (304) 353-8135.

      Please take further notice that the foregoing demand includes not only the notices, pleadings and papers referred to above and in Rule 2002, but also includes, without limitation, all orders, notices, applications, schedulings, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization and disclosure statements, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier or otherwise.

      Dated:  February 5, 2018
      Charleston, West Virginia

      **CHARLESTON NEWSPAPERS, LLC**
      By Counsel

*/s/ Arthur M. Standish*
Arthur M. Standish, Esquire (WV Bar #3557)
Sarah C. Ellis (WV Bar #10434)
Evans L. King, Jr. (WV Bar #2049)
Steptoe & Johnson PLLC
P. O. Box 1588
Charleston, WV 25326-1588
(304)  353-8000

7919621

## CERTIFICATE OF SERVICE

       I hereby certify that on the 5th day of February, 2018, I have served the foregoing ***Notice of Appearance and Request for Service of Papers and Notice*** upon all counsel of record and parties listed below, by e-service through the Court's ECMF system, or by depositing a true copy thereof in the United States mail, postage prepaid:

Office of the U.S. Trustee
300 Virginia Street East
Room 2025
Charleston, WV 25301

Brian A. Audette
Perkins Coie LLP
131 S. Dearborn St., Suite 1700
Chicago, IL 60603
*Counsel for Debtor*

Joe M. Supple
801 Viand St.
Point Pleasant, WV 25550
*Counsel for Debtor*

                                   */s/ Arthur M. Standish*
                                   Arthur M. Standish (WV Bar No. 3557)

7919621