**Notice Recipients**

District/Off: 0425−2         User: ljg                 Date Created: 2/7/2018
Case: 2:18−bk−20028          Form ID: ntcempro         Total: 482

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustpregion04.ct.ecf@usdoj.gov |
| aty | Arthur M. Standish | art.standish@steptoe−johnson.com |
| aty | Brian A. Audette | baudette@perkinscoie.com |
| aty | David L. Bissett | David.L.Bissett@usdoj.gov |
| aty | Evan L. King, Jr. | evans.king@steptoe−johnson.com |
| aty | James S. Crockett, Jr. | jcrockett@spilmanlaw.com |
| aty | Joe M. Supple | info@supplelaw.net |
| aty | Marc S. Pfeuffer | pfeuffer.marc@pbgc.gov |
| aty | Sarah Ellis | sarah.ellis@steptoe−johnson.com |
| aty | Steven L. Thomas | sthomas@kaycasto.com |

                                                                                    TOTAL: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | Daily Gazette Company | 1001 Virginia Street East | Charleston, WV 25301 | | |
| cr | Charleston Publishing Company | c/o Steven L. Thomas | Kay Casto & Chaney, PLLC | P.O. Box 2031 | Charleston, WV 25327 |
| cr | MediaNews Group, Inc. | 1001 Virginia Street, E. | Charleston, WV 25301 | | |
| dbpos | Daily Gazette Holding Company, LLC | 1001 Virginia Street East | Charleston, WV 25301 | | |
| dbpos | Charleston Newspapers Holdings, L.P. | 1001 Virginia Street East | Charleston, WV 25301 | | |
| dbpos | Daily Gazette Publishing Company, LLC | 1001 Virginia Street East | Charleston, WV 25301 | | |
| dbpos | Charleston Newspapers | 1001 Virginia Street East | Charleston, wv 25301 | | |
| dbpos | G−M Properties, Inc. | 1001 Virginia Street East | Charleston, WV 25301 | | |
| intp | Charleston Newspapers, LLC | c/o Evans L. King, Jr. | Steptoe & Johnson PLLC | 400 White Oaks Blvd. | Bridgeport, WV 26330 |
| aty | Peter M. Pearl | Spilman Thomas & Battle, PLLC | 310 First Street, Suite 1100 | Roanoke, VA 24011 | |
| 2594509 | AIG−Natl Un. Fire Ins Co of Pittsburgh | 175 Water Street, 18th Floor | New York NY 10038 | | |
| 2594502 | Aaron C. Cooper | 758 Lincoln Ave. | Madison WV 25130 | | |
| 2594505 | AdPay | PO Box 560101 | Denver CO 80256−0101 | | |
| 2594503 | Adam W. Howell | 41 Western Dr | Hurricane WV 25526 | | |
| 2594504 | Adcellerant LLC | 3461 Ringsbyr St, Suite 140 | Denver CO 80216 | | |
| 2594506 | Adrian Q. Pope | 1418 2nd Ave | Charleston WV 25387 | | |
| 2594507 | Advance Auto Parts | AAP Financial Services | Acct 7070001227 | Atlanta GA 30374−2063 | |
| 2594508 | AfterCollege Inc. | 75 Remittance Dr. Dept. 1670 | Chicago IL 60675−1670 | | |
| 2594510 | Alexandra Schmitz | 575 Grand Avenue | Orange City FL 32763 | | |
| 2594511 | Alfredia M. Thompson | 208 Bradford Street | Charleston WV 25301 | | |
| 2594512 | Alliance Audit Media | PO Box 74008818 | Chicago IL 60674−8818 | | |
| 2594513 | Amanda G. Miller | 912 Gilbert Drive | Charleston WV 25302 | | |
| 2594514 | Amanda K. Gibson | 460 Roxalana Hills Drive | Dunbar WV 25064 | | |
| 2594515 | American Express | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355−0701 | |
| 2594516 | American Self Storage | PO Box 1608 | Lewisburg WV 24901 | | |
| 2594517 | Angilique V. Vogel | 1418 Washington St. East | Charleston WV 25301 | | |
| 2594518 | Anna M. Mooney | 132 6th Ave. | South Charleston WV 25303 | | |
| 2594519 | Anna M. Taylor | 1316 Virginia St. East | Charleston WV 25301 | | |
| 2594520 | Appalachian Power | PO BOX 24415 | Canton OH 44701−4415 | | |
| 2594521 | Applied Industrial Technologies | 22510 Network Place | Chicago IL 60673−1225 | | |
| 2594522 | Arazariah E. Watts | 938 Mathews Ave | Charleston WV 25302 | | |
| 2594523 | Ashley B. Craig | 5114 Church Drive | Charleston WV 25306 | | |
| 2594524 | Ashley D. Mann | 904 Hamlet Way | Charleston WV 25314 | | |
| 2594525 | B & T Storage | Mabel Patterson | PO Box 1123 | Mt Gay WV 25637 | |
| 2594527 | BB&T Financial FSB | PO Box 580340 | Charlotte NC 28258−0340 | | |
| 2594528 | BD White Birch Investment LLC | Luci Pilo | Box 513056 | Philadelphia PA 19175−3056 | |
| 2594534 | BLUEFIELD DAILY TELEGRAPH | PO BOX 1599 | BLUEFIELD WV 24701 | | |
| 2594542 | BREWER & COMPANY OF WV | PO BOX 3108 | CHARLESTON WV 25331 | | |
| 2594526 | Barney G. Fellure | 306 Winona St | South Charleston WV 25303 | | |
| 2594529 | Beckley Newspapers | PO BOX 2398 or 2340 | Beckley WV 25802 | | |
| 2594530 | Benjamin A. Fields | 1100 Amherst Dr. | Ashland KY 41101 | | |
| 2594531 | Benjamin C. Calwell | 851 Maple Road | Charleston WV 25302 | | |
| 2594532 | Beverly A. Jones−Burford | 418 Washington Street | Saint Albans WV 25177 | | |
| 2594533 | Beverly C. Brownlow | 1312 Grant St | Charleston WV 25302 | | |
| 2594535 | Bobby Dolin | 1029 Bear Wallow Rd | Foster WV 25081 | | |
| 2594536 | Bobby L. Skeen | Fishers Mobile Home Park Lot #8 | Cottageville WV 25239 | | |
| 2594537 | Boyd L. Fitch | 140 Grove School Rd | Hansford WV 25103 | | |
| 2594538 | Brandon C. Garnes | PO Box 281 | Bancroft WV 25011 0281 | | |
| 2594539 | Brandon F. Carpenter | 1121 Virginia St. East | Charleston WV 25301 | | |
| 2594540 | Brent J. Mullins | 804 Park Avenue | Charleston WV 25302 | | |
| 2594541 | Brent M. Walker | 23 Brooks Street Apt 208 | Charleston WV 25301 | | |
| 2594543 | Brickstreet Insurance | 400 Quarrier St. | Charleston WV 25301 | | |

| | | | | |
|---|---|---|---|---|
| 2594544 | Brooke L. Rosier | 631 6th St. | Charleston WV 25302 | |
| 2594545 | Bruce E. Cox | 205 Pleasant Valley Dr | South Charleston WV 25309 | |
| 2594546 | Bryan A. Ketterman | 513 Wyoming St. | Charleston WV 25302 | |
| 2594547 | Buckey W. Perry | 5113 Elaine Dr. | Charleston WV 25306 | |
| 2594574 | CITY OF BECKLEY | OFFICE OF THE CITY RECORDER | PO Box 2514 | BECKLEY WV 25802–2514 |
| 2594575 | CITY OF BLUEFIELD | 200 Rogers Street | BLUEFIELD WV 24701 | |
| 2594576 | CITY OF CHAPMANVILLE | TOWN HALL | PO Box 426 | CHAPMANVILLE WV 25508 |
| 2594579 | CITY OF DUNBAR | ATTN: TREASURER | PO Box 483 | DUNBAR WV 25064–0483 |
| 2594580 | CITY OF ELKINS | ATTN: TREASURER S OFFICE | 401 DAVIS AVENUE | ELKINS WV 26241 |
| 2594581 | CITY OF HURRICANE | BUSINESS TAX DIVISION | PO Box 1086 | HURRICANE WV 25526 |
| 2594582 | CITY OF LOGAN | CITY HALL | PO Box 807 | LOGAN WV 25601 |
| 2594583 | CITY OF MADISON | OFFICE OF RECORDER | 255 WASHINGTON AVE | MADISON WV 25130 |
| 2594585 | CITY OF MILTON | Attn: Finance Clerk | 1139 Smith Street | MILTON WV 25541 |
| 2594587 | CITY OF MOUNT HOPE | POST OFFICE BOX 151 | MOUNT HOPE WV 25880 | |
| 2594588 | CITY OF MULLENS | ATTN: CITY CLERK | 316 MORAN AVE | MULLENS WV 25882 |
| 2594589 | CITY OF NITRO | PO Box 308 | NITRO WV 25143 | |
| 2594590 | CITY OF OAK HILL | PO Box 1245 | OAK HILL WV 25901 | |
| 2594591 | CITY OF PARKERSBURG | PO Box 1627 | PARKERSBURG WV 26102 | |
| 2594592 | CITY OF POINT PLEASANT | 400 VIAND STREET | PT.PLEASANT WV 25550 | |
| 2594593 | CITY OF PRINCETON | 100 COURT HOUSE ROAD | PRINCETON WV 24740–2431 | |
| 2594594 | CITY OF RAVENSWOOD | 212 WALNUT STREET | RAVENSWOOD WV 26164 | |
| 2594595 | CITY OF RICHWOOD | 6 WHITE AVENUE | RICHWOOD WV 26261 | |
| 2594596 | CITY OF RIPLEY | 203 SOUTH CHURCH STREET | RIPLEY WV 25271 | |
| 2594597 | CITY OF SMITHERS | ATTN: CITY TREASURER | PO Box 489 | SMITHERS WV 25186–0489 |
| 2594598 | CITY OF SOUTH CHARLESTON | BUSINESS TAX DIVISION | PO Box 8597 | SOUTH CHARLESTON WV 25303 |
| 2594599 | CITY OF SPENCER | 116 COURT STREET | SPENCER WV 25276 | |
| 2594600 | CITY OF ST. ALBANS | PO Box 1488 | ST.ALBANS WV 25177–1488 | |
| 2594601 | CITY OF SUMMERSVILLE | OFFICE OF THE RECORDER | PO Box 525 | SUMMERSVILLE WV 26651 |
| 2594602 | CITY OF WELCH | 88 HOWARD STREET | WELCH WV 24801 | |
| 2594603 | CITY OF WESTON | 102 WEST 2ND STREET | WESTON WV 26452 | |
| 2594604 | CITY OF WHITE SULPHUR SPRINGS | 34 W. MAIN STREET | WHITE SULPHUR SPRING WV 24986 | |
| 2594605 | CITY OF WHITESVILLE | ATTN: CITY COLLECTOR | PO Box 475 | WHITESVILLE WV 25209 |
| 2594606 | CITY OF WILLIAMSON | 142 E. 4TH AVENUE | WILLIAMSON WV 25661 | |
| 2594613 | CMR | PO Box 515 | Smithers WV 25186 | |
| 2594548 | Cabell County Circuit Clerk s Office | 750 5th Ave, Room 114 | Huntington WV 25701 | |
| 2594549 | Cagle Cartoons Inc | PO Box 22342 | Santa Barbara CA 93121 | |
| 2594550 | Caitlin R. Coyne | 9448 Riverview Ave. | Lakeside CA 92040 | |
| 2594551 | Capital Premium Financing | PO Box 660899 | Dallas TX 75266–0899 | |
| 2594552 | Carlee R. Lammers | 1 Morris St. | Charleston WV 25301 | |
| 2594553 | Carmen D. Jones | 1330 Kanawha Blvd E Apt 208 | Charleston WV 25301 | |
| 2594554 | Catherine G. Caudill | 24 Bradford Street | Charleston WV 25301 | |
| 2594555 | Cecil K. Boyd | 5507 Elaine Dr | Charleston WV 25306 | |
| 2594556 | Chad M. Kuhn | 306 Division St. | Huntington WV 25705 | |
| 2594557 | Charles A. Cantley | 1009 Montrose Dr | South Charleston WV 25303 | |
| 2594558 | Charles E. Burdette | 122 Grant St. | Cedar Grove WV 25039 | |
| 2594559 | Charles E. Burford | 418 Washington St #7 | St Albans WV 25177 | |
| 2594560 | Charles R. Cumbridge | 128 Delaware Ave. | Charleston WV 25302 | |
| 2594561 | Charles W. Jones | 1808 Washington St. West | Charleston WV 25387 | |
| 2594562 | Charleston Blueprint | 1203 Virginia Street East | Charleston WV 25301–2908 | |
| 2594563 | Charleston Business Machine | 309 Washington St W | Charleston WV 25302 | |
| 2592832 | Charleston Publishing Company | PO Box 2031 | Charleston, WV 25327 | |
| 2594564 | Charleston Publishing Company | c/o Steven L. Thomas | PO Box 2031 | Charleston WV 25327 |
| 2594565 | Charleston Sanitary Board | City of Charleston Fees | Acct 204.8005.00.2 | 208 26th Street W    Charleston WV 25387 |
| 2594566 | Charleston Sanitary Board | City of Charleston Fees | Acct 204.8005.00.2 | PO Box 7949    Charleston WV 25356–7949 |
| 2594567 | Chartbeat | 826 Broadway 6th floor | New York NY 10003 | |
| 2594568 | Christopher A. Dorst | 418 Beech Avenue | Charleston WV 25302 | |
| 2594569 | Christopher B. Slater | 822 Reynolds Ave. | Princeton WV 24740 | |
| 2594570 | Christopher Sias | 241 5th Ave Apt 5 | South Charleston WV 25303 | |
| 2594571 | Christy M. Arrington | PO Box 13021 | Charleston WV 25360 | |
| 2594572 | Cintas Corporation #525 | PO Box 630910 | Cincinnati OH 45263 | |
| 2594573 | Circulation Newsies LLC | 5009 Bristol Hill Dr. | O Fallon IL 62269 | |
| 2594577 | City of Charleston | 915 Quarrier ST. Suite 4 | Charleston WV 25301 | |
| 2594578 | City of Charleston | Business & Operations Tax | PO Box 7786 | Charleston WV 25356 |
| 2594584 | City of Marmet | PO Box 15216 | Marmet WV 25365–0216 | |
| 2594586 | City of Montgomery | Attn: City Treasurer | 706 Third Avenue | Montgomery WV 25130 |
| 2594607 | CitySpark Inc | 1737 E Imperial Park Sq | Salt Lake City UT 84106 | |
| 2594608 | Clarence E. Bowman | 634A Cross Lanes Dr | Nitro WV 25143 | |

```
2594609   Clarington A. Brown      110 Bunche Ave.        Dunbar WV 25064
2594610   Clean & Dry       46 MacKenzie Court        Milton WV 25541
2594611   Clifton H. Carroll      1404 Virginia St E Apt B      Charleston WV 25301
2594612   Clinton E. Thomas       2017 Preston St       Charleston WV 25302
2594614   Connie J. Taylor       204 Vala Street       Charleston WV 25312
2594615   Connie L. Pedro       5405 Church Drive       Charleston WV 25306
2594616   Controls Center Inc.       Johnstone Supply       PO Box 145741       Cincinnati OH 45271–0741
2594617   Cornelia T. Vines       23 Brooks St.       Charleston WV 25301
2594618   Courtney A. Masinter       1520 Perry Street       Crete IL 60417
2594619   Courtney Grove       1001 Virginia Street E       Charleston WV 25301
2594620   Craig H. Hudson       1624 Franklin Ave       Charleston WV 25311
2592834   Craig L. Selby       1419 Nottingham Road       Charleston, WV 25314
2594621   Craig L. Selby       Craig Selby       1419 Nottingham Road       Charleston WV 25314
2594622   Crystal K. Noe       1491 Happy Hollow Rd       Charleston WV 25320
2594623   Crystal L. McIntyre       301 Fairway Gardens       Hurricane WV 25526
2594624   Daily Gazette Holding Company, LLC       Attn Trip Shumate       1001 Virginia Street East       Charleston WV
          25301–2816
2594625   Dakota J. Mohr       121 North Terrace       Huntington WV 25705
2594626   Dana K. Sowards       362 Scenic Dr       St Albans WV 25177
2594627   David L. Lambert       1121 Virginia St. East       Charleston WV 25301
2594628   Dawn D. Richardson       9752 Pond Fork Rd.       Madison WV 25130
2594629   Dean M. Broyles       229 Capitol St.       Charleston WV 25301
2594630   Deborah Gray       856 Walker Rd.       Charleston WV 25311
2594631   Dell Marketing L.P.       c/o Dell USA L.P.       PO Box 643561       Pittsburgh PA 15264–3561
2594632   Derek A. Jones       72 Chestnut Rd.       Elkview WV 25071
2594633   Derek S. Redd       670 Gordon Drive       Charleston WV 25314
2594634   Donald E. Quash       600 Shrewsbury St.       Charleston WV 25301
2594635   Douglas A. Smock       203 Geronimo Drive       St Albans WV 25177
2594636   Douglas J. Imbrogno       141 Hazelwood Place       Huntington WV 25705
2594637   Douglas J. Walp       138 Camden Circle       Scott Depot WV 25560
2594638   Douglas Poindexter       P.O. Box 1974       Charleston WV 25327
2594639   Dynaric Inc.       PO Box 117150       Atlanta GA 30368
2594642   ELECTRONIC SPECIALTY CO.       PO Box 400       DUNBAR WV 25064
2594640   Edgil Associates       222 Rosewood Dr.       8th floor       Danvers MA 01923
2594641   Edward K. Merritt       816 E. Donnally Road       Charleston WV 25304
2594643   Elizabeth A. Pabst       1898 Seaman Fork Rd.       Le Roy WV 25252
2594644   Elizabeth Chilton       806 Cedar Rd.       Charleston WV 25314
2594645   Elizabeth M. Thaxton       1296 Emory Ln. NW       Concord NC 28027
2594646   Erania Chapman       23 Brooks St #101       Charleston WV 25301
2594647   Eric Gardner       PO. Box 376       East Bank WV 25067
2594648   Eric W. Eyre       1003 Highland Road       Charleston WV 25302
2594649   Erie Insurance       100 Erie Insurance Place       Erie PA 16530
2594650   Erin S. Beck       1551 Virginia St E Apt 5       Charleston WV 25311
2594651   Eugene R. Wentz       97 Ashworth Drive       South Charleston WV 25309
2594652   Exponent Media Group Inc.       506 Bramble Fern Ave Box #5       Deland FL 32720–0700
2594653   Ezra H. Cochran       6664 S.E. 55th Street       Okeechobee FL 34974–2542
2592835   Ezra H. Cochran       6664 S.E. 55th Street       Okeechobee, FL 34974–2542
2594654   Factor Systems Inc       dba Billtrust       100 American Metro Blvd       Hamilton NJ 08619
2594655   Franco G. Colonna       1501 Byng Drive       South Charleston WV 25303
2594656   Franklin T. Davis       103 138th St.       Charleston WV 25312
2594657   Fredrick B. Ferguson       318 Main Street       Oak Hill WV 25901
2594658   Frontier Communications       PO Box 740407       Cincinnati OH 45274–0407
2594659   Garlow Insurance Agency       PO Box 5052       Charleston WV 25361–0052
2594660   Geoffrey P. Mietzner       PO Box 18053       South Charleston WV 25303
2594661   George N. Ross       1919 Laurel Fork Rd       Clendenin WV 25045
2594662   Gibbons & Kawash A.C.       Stephen E. Kawash       300 Chase Tower       707 Virginia Street
          East       Charleston WV 25301–2710
2594663   Giuseppe S. Sabella       1563 Lee St. East       Charleston WV 25311
2594664   Glen L. Flanagan       1506 Virginia St E Apt 302       Charleston WV 25311
2594666   Go–Mart Food Stores Inc       915 Riverside Dr.       Gassaway WV 26624
2594665   Goldfarb Electric Supply Co.       PO BOX 3319       Charleston WV 25333
2594667   Grace K. Byers       1544 Virginia St. East       Charleston WV 25311
2594668   Grainger       Dept. 801386772       Palatine IL 60038–0001
2594669   Gregory N. Smalley       4873 Sissonville Dr.       Charleston WV 25312
2594670   Gregory S. Moore       339 Hawthorne Drive       Charleston WV 25302
2594671   Gregory V. Kennedy       811 Georges Creek Dr.       Charleston WV 25306
2594672   Guarantee Digital       700 W North Shore Drive       Hartland WI 53029
2594673   Guardian       PO Box 677458       Dallas TX 75267–7458
2594674   Harold L. Singleton       2219 Bench Way       Charleston WV 25311
2594675   Harold R. Sunday       2312 Lincoln Ave       St. Albans WV 25177
2594676   Helen M. Morris Trustee       PO Box 2207       Memphis TN 381012207
2594677   Hide–A–Way Storage       4294 Evans View Rd.       Evans WV 25241
2594678   Highmark West Virginia       PO Box 382205       Pittsburgh PA 15250–8205
2594679   Hilbert J. Robinson       84 Seamon Hill       Camden on Gauley WV 26208
2594680   Holly A. Hartshorne       5896 Route 34 South       Hurricane WV 25526
2594681   Howard K. Hardin       839 S. Washington Street       St. Albans WV 25177
2594682   Huntington Bank       P.O. Box 1558 EA1W37       Columbus OH 43218–1558
2594683   Impact Telecom       Acct 62798       PO Box 660344       Dallas TX 75266–0344
```

```
2594684    Impression Products Inc.     Eric Smith, President     129 Dutch Road     Charleston WV 25302
2594685    Internal Revenue Service     Centralized Insolvency Operations     PO Box 7346     Philadelphia PA 19101−7346
2594686    Jack L. James     1512 Red Oak St.     Charleston WV 25387
2594687    Jackie R. Johnson     1789 Prenter Road     Seth WV 25181
2594688    Jackson Newspapers     Teresa Elkins, Billing     PO Box 38     Ravenswood WV 26164
2594689    Jacob A. Jarvis     2653 Guyan Ave.     Huntington WV 25702
2594690    Jacob L. Jarrell     629 15th St.     Huntington WV 25701
2594691    Jacob M. Zuckerman     1612 1/2 Quarrier St.     Charleston WV 25311
2594692    James H. Heady     100 Crestridge Dr     Scott Depot WV 25560
2594693    James L. Kirk     PO Box 63     Eskdale WV 25075
2594694    James M. Carvelli     1 Morris St.     Charleston WV 25301
2594695    James M. Hyer     115 Vandale Avenue     Spencer WV 25276
2594696    James T. Comeau     343 Central Ave.     South Charleston WV 25303
2594697    JamesAndre North     1510 3rd Ave.     Charleston WV 25387
2594698    Jamie S. Ritchie     PO Box 1212     St. Albans WV 25177
2594699    Janice M. Alston     703 Adams Street     Charleston WV 25302
2594700    Jefferds Corporation     PO BOX 757     St. Albans WV 25177
2594701    Jeffrey A. Cook     722 Garrison Avenue     Charleston WV 25302
2594702    Jeffrey A. Rider     5082 Rt 10     Barboursville WV 25504
2594703    Jekaterina Flanagan     1506 Virginia St. East     Charleston WV 25311
2594704    Jennifer C. Gardner     One Morris St.     Charleston WV 25301
2594705    Jennifer L. Lilly     2708 Pleasant Valley Rd     Given WV 25245
2594706    Jennifer L. Starsick     810 Hamilton Circle     Charleston WV 25311
2594707    Jerry W. Garretson     P O Box 134     Mt Carbon WV 25139
2594708    Jesse M. Hagewood     PO Box 736     Pinch WV 25156
2594709    Jessica M. Crockett     209 Kentucky Ave.     St. Albans WV 25177
2594710    Joel E. Armstrong     436 24th St     Dunbar WV 25064
2594711    John D. Norman     103 Wilson St.     Ravenswood WV 26164
2594712    John M. McGucken     PO Box 622     Charleston WV 25322
2594713    John P. McCoy     6354 Roberto Drive     Huntington WV 25705
2594714    John W. Harris     1121 Virginia St. East     Charleston WV 25301
2594715    Joseph C. Atkins     173 N Baxter Street     Sutton WV 26601
2594716    Joseph Hemetek     1528 Lee St. East     Charleston WV 25311
2594717    Joseph W. Batton     409 1/2 Wyoming Street     Charleston WV 25302
2594718    Joshua A. Moffatt     354 Kenna Drive     South Charleston WV 25309
2594719    Joshua L. Sampson     1121 Virginia St. East     Charleston WV 25311
2594720    Joyce A. Dunbar     711 Red Oak ST     Charleston WV 25302
2594721    Julia U. Veres     841 Sweet Acres Dr.     St. Albans WV 25177
2594722    Julian Metz     231 Bradford St.     Charleston WV 25301
2594723    Julie B. Boggs     223 16th St.     Dunbar WV 25064
2594724    Julius T. Jackson     106 Fairview Drive     Nitro WV 25143
2594725    Justin C. Clendenin     235 Courtney Dr.     Ashford WV 25009
2594726    K & M NEWSPAPER SERVICES INC.     45 GILBERT ST. EXTENSION     MONROE NY 10950
2594727    Kaci H. Foster     803 Carroll Road     Charleston WV 25314
2594728    Kanawha County Sheriffs Tax Office     Attn Bankruptcy Unit     409 Virginia Street East, Room 120     Charleston WV 25301
2594729    Katherine E. Dorsey     1127 11th Street     Nitro WV 25143
2594730    Katherine E. Mobley     124 Shale Drive     Charleston WV 25312
2594731    Kathleen M. Baker     116 Vaturia Dr     Hurricane WV 25526
2594732    Kayla J. Asbury     205 W. Wiseman Ave.     Fayetteville WV 25840
2594733    Kelly D. Dowdy     PO Box 853     Dunbar WV 25064
2594734    Kelly J. Butcher     1009 1/2 D Street     South Charleston WV 25303
2594735    Kelly L. Rush     139 5th Avenue     South Charleston WV 25303
2594736    Kelvin J. Brothers     1543 Piedmont Rd.     Charleston WV 25311
2594737    Kenneth D. Hatfield     5101 Briar Meadow Dr     Cross Lanes WV 25313
2594738    Kenneth J. Kemp     161 Timberwood Dr     Charleston WV 25302
2594739    Kenneth P. Halverson     45 Stone Spring Lane     Charleston WV 25313
2594740    Kenneth V. Ward     926 Greendale Drive     Charleston WV 25302
2594741    Kevin C. Cade     242 Wrens Ridge Rd     Hurricane WV 25526
2594742    Kevin C. Pence     419 Weir Drive     Charleston WV 25311
2594743    Kimball Midwest     Department L−2780     Columbus OH 43260−2780
2594744    Kimberly D. King     6545 Roosevelt Ave #B     Charleston WV 25304
2594745    King Features Syndicate     Keith McCloat, GM     PO Box 90007     Prescott AZ 86304−9007
2594746    Komax Business Systems     500 D Street     South Charleston WV 25303
2594747    Konica Minolta Premier Finance     PO Box 790448     St Louis MO 63179−0448
2594748    Krista D. Sowards     45 Stone Spring Ln     Charleston WV 25313
2594749    Lacie E. Pierson     6 White Oak Dr.     Culloden WV 25510
2594750    Lacy L. McCormick     1121 Virginia St.     Charleston WV 25301
2594751    Larry A. Hudson     129 Ridgeview Dr     Scott Depot WV 25560
2594752    Larry Levak     102 Flint Lock Rd.     Charleston WV 25314−2474
2594753    Laura J. Newhouse     65 Francisco Lane     Charleston WV 25312
2594754    Leann M. Ray     711 Canterbury Dr     Charleston WV 25314
2594755    Lee A. Williams     2325 Windham Road     South Charleston WV 25303
2594756    Leonard Wooten     204 Buchanan Street     Charleston WV 25302
2594757    Lettia G. Harris     1418 Washington St. East     Charleston WV 25311
2594758    Liberty Distributors     PO Box 498     Tridelphia WV 25059
2594759    Linda F. Hennen     5305 Lisa Ct., Apt. 1208     Cross Lanes WV 25313
```

| | | |
|---|---|---|
| 2594760 | Linda G. Jarrett | 2285 S. Walnut Drive    St Albans WV 25177 |
| 2594761 | Lisa A. Estep | 50 Red Beagle Road    Alum Creek WV 25003 |
| 2594762 | Lisa D. Skeens | 1621 Greystone Road    Charleston WV 25314 |
| 2594763 | Lisa L. Venable | PO Box 312    Dunbar WV 25064 |
| 2594764 | Lloyd E. Withrow | 5232 Walnut Valley Dr #20    Cross Lanes WV 25313 |
| 2594765 | Lori A. Kersey | 1307 Quarrier St #D    Charleston WV 25301 |
| 2594766 | Lori J. Tanner | 834 Florence Drive    Charleston WV 25302 |
| 2594767 | Louise Paleos | 4420 MacCorkle Ave SE #313    Charleston WV 25304 |
| 2594768 | Lumos Networks | PO Box 580062    Charlotte NC 28258−0062 |
| 2594769 | Lynn Peery | 1259 Ridge Drive    South Charleston WV 25309 |
| 2594770 | Maria P. Young | 845 Edgewood Dr    Charleston WV 25302 |
| 2594771 | Marilyn J. Conley | 11470 Clay Rd    Newton WV 25266 |
| 2594772 | Mark Pauley | PO Box 195    Elkview WV 25071−0195 |
| 2594773 | Marshall T. Young | 262 Staunton Ave.    South Charleston WV 25303 |
| 2594774 | Martino A. Larichiuta | 1219 1/2 Washington St. East    Charleston WV 25311 |
| 2594775 | Mary A. Green | 1 Shawnee Circle    Dunbar WV 25064 |
| 2594776 | Mary C. Smith | 871 So. Washington St    St Albans WV 25177 |
| 2594777 | Mastermans Safety & Industrial Supplies    PO BOX 411    Auburn MA 01501 | |
| 2594778 | Matheson Tri−Gas Inc. | PO Box 347297    Pittsburgh PA 15251−4297 |
| 2594779 | Matthew E. Hindman | 611 Everest Circle    St. Albans WV 25177 |
| 2594780 | Maxwell J. Garland | 40 Camden Circle    Scott Depot WV 25560 |
| 2594781 | McMaster−Carr Supply Company    PO Box 7690    Chicago IL 60680 | |
| 2592833 | MediaNews Group, Inc. | 750 Ridder Park Dr.    San Jose, CA 95190 |
| 2594782 | MediaNews Group, Inc. | Marshall Anstandig, GC    750 Ridder Park Dr.    San Jose CA 95190 |
| 2594783 | Megan R. Vealey | 1613 Virginia St. East    Charleston WV 25311 |
| 2594784 | Melissa D. Miller | 3954 1/2 39th St. East    Nitro WV 25143 |
| 2594785 | Melissa L. Stewart | 537 Bream St.    Charleston WV 25387 |
| 2594786 | Melissa S. Fisher | 1 Tolley Hollow Rd    Charleston WV 25320 |
| 2594787 | Metamorphosis Counseling Inc    2262 Circle Drive    Milton WV 25541 | |
| 2594788 | Michael Best & Friedrich LLP    100 E. Wisconsin Ave #3300    Milwaukee WI 53202 | |
| 2594789 | Michael D. Robinson | 1546 Kanawha Blvd E #105    Charleston WV 25311 |
| 2594790 | Michael G. Casazza | 510 Short Street    Morgantown WV 26505 |
| 2594791 | Michael L. Morris | PO Box 8702    South Charleston WV 25303 |
| 2594792 | Michael L. Pittman | 113 Pleasure Hill Dr    Charleston WV 25311 |
| 2594793 | Michael Moss | 1298 Newhouse Drive    Charleston WV 25302 |
| 2594794 | Michael N. Shelton | 5114 A Dover Dr.    Cross Lanes WV 25313 |
| 2594795 | Michael R. Moncada | 68 Heidi Way    Scott Depot WV 25560 |
| 2594796 | Michael W. Parsons | 134 Mountain Highland Ridge    South Charleston WV 25309 |
| 2594797 | Michelle R. Neidig | 1242 Park Ave.    Charleston WV 25302 |
| 2594798 | Mike D. Poindexter | 2056 Lippert Street    Charleston WV 25387 |
| 2594799 | Miller & Amos    Karen H. Miller    Attorneys at Law    2 Hale Street #301    Charleston WV 25301 | |
| 2594800 | Mitchell C. Goodman | 7 Marilynn Road    Scott Depot WV 25560 |
| 2594801 | Mitchell L. Vingle | 404 10th Street    Glen Dale WV 26038 |
| 2594802 | Monica Tompa | 2800 Chesterfield Ave    Charleston WV 25304 |
| 2594803 | Mountain Air Compressor Inc    1508 West State Street    Bristol TN 37620 | |
| 2594804 | Mountaineer Gas Company    PO Box 5656 | |
| 2594805 | Mutual Insurance Co., Ltd.    P.O. Box HM 3212    Hamilton HM NX    Bermuda | |
| 2594808 | NEWSCYCLE Solutions Inc.    PO Box 851306    Minneapolis MN 55485−1306 | |
| 2594806 | Nancy J. Hill    P O Box 126    East Bank WV 25067 | |
| 2594807 | Natalie S. Anderson | 1201 Crown Point Dr    Hurricane WV 25526 |
| 2594809 | Nicholas J. Scala | 105 Castle Drive    Cross Lanes WV 25313 |
| 2594810 | Nicholas T. Ruloff | 3107 Kanawha Ave. S.E.    Charleston WV 25304 |
| 2594811 | Nicole L. Rowe | 110 Bunche Ave.    Dunbar WV 25064 |
| 2594812 | Nitro Electric Company Inc.    Lane Ferguson, President    4300 First Avenue, 2nd Fl.    Nitro WV 25143 | |
| 2594813 | Noelle C. McGucken | PO Box 622    Charleston WV 25322 |
| 2594814 | Norman W. Shumate | 1 Scott Road    Charleston WV 25314 |
| 2594815 | Official Payments | PO Box 418410    Boston MA 02241−8410 |
| 2594816 | Oliver M. Curry | 72 Line Drive    Charleston WV 25312 |
| 2594817 | Oracle Elevator Company    PO Box 636832    Cincinnati OH 45263−6832 | |
| 2594818 | OwnLocal Inc    Attn: Accounts Receivable    205 W 9th Street Suite 600    Austin TX 78701 | |
| 2594826 | PDI Plastics    C. Mahaffey    PO Box 635994    Cincinnati OH 45263−5994 | |
| 2594819 | Pacer Service Center    PO Box 780549    San Antonio TX 78278 | |
| 2594820 | Park Place Technologies    Dept 781156    PO Box 78000    Detroit MI 48278−1156 | |
| 2594821 | Patricia A. Hoschar | 20 Clayton Dr    Ripley WV 25271 |
| 2594822 | Patricia Dawn Miller | 339 Hawthorne Drive    Charleston WV 25302 |
| 2594823 | Patsy M. Tucker | PO Box 13021    Charleston WV 25360 |
| 2594824 | Paul A. Petry | PO Box 523    Montgomery WV 25136 |
| 2594825 | Paul Gartner | 88 Red Tool House Road    Yawkey WV 25573 |
| 2594827 | Pension Benefit Guaranty Corporation    Marc S. Pfeuffer, GC    Office of the General Counsel    1200 K Street NW, Suite 340    Washington DC 20005 | |
| 2592831 | Pension Benefit Guaranty Corporation    Office of the General Counsel    1200 K Street NW, Suite 340    Washington, DC 20005 | |
| 2594828 | Philip K. Kabler | 1313 Lee St E #232    Charleston WV 25301 |
| 2594829 | Pinnacle Supply LLC    PO Box 1002    Dunbar WV 25064 | |
| 2594830 | Presteligence | 8328 Cleveland Ave NW    North Canton OH 44720 |
| 2594831 | Pro 1 Automotive LLC    Charleston Auto    PO Box 13412    Charleston WV 25360 | |

| | | |
|---|---|---|
| 2594832 | Putnam Co. Chamber of Commerce | PO Box 553   Teays WV 25569 |
| 2594833 | Rachel Y. Carpenter | 7 Veazey Street   Charleston WV 25311 |
| 2594834 | Randi R. Vaughan | 753 York Ave   Charleston WV 25312 |
| 2594835 | Raphael M. Godfrey | 1316 Virginia Street East   Charleston WV 25301 |
| 2594836 | Ray Hensley | 1540 Dixie Street East   Charleston WV 25301 |
| 2594837 | Rebecca S. White | 7034 Kanawha State Forest Dr.   Charleston WV 25314 |
| 2594838 | Regina C. Pleasant | 502 Hall St.   Charleston WV 25302 |
| 2594839 | Resolute FP US Inc. | Lockbox #7117   PO Box 8500   Philadelphia PA 19178–7117 |
| 2594840 | Richard K. Ruffin | Dooley Ln.   Charleston WV 25387 |
| 2594841 | Richard P. Ryan | 2917 Macon Street   South Charleston WV 25303 |
| 2594842 | Richard W. Steelhammer | 5326 Sunrise Lane   Cross Lanes WV 25313 |
| 2594843 | River Cities Printing | Div. of Champion Industries Inc.   PO Box 2968   Huntington WV 25728 |
| 2594844 | Robert E. Saunders | 1651 Beech Fork Rd   Lavalette WV 25535 |
| 2594845 | Robert J. Byers | 195 Wineberry Lane   Charleston WV 25302 |
| 2594846 | Robert L. Smith | 941 Ridgemont Road   Charleston WV 25314 |
| 2594847 | Robert M. McNabb | 1021 2nd Ave.   Montgomery WV 25136 |
| 2594848 | Robert T. Bragg | 5435 Longview Drive   Cross Lanes WV 25313 |
| 2594849 | Robert W. Maupin | 29 Limerick Drive   Elkview WV 25071 |
| 2594850 | Roberto M. Innis | 1404 Lee St.   Charleston WV 25301 |
| 2594851 | Roger L. Price | 1546 Kanawha Blvd E 608   Charleston WV 25311 |
| 2594852 | Ronald E. Phillips | 215 Loma Road   Charleston WV 25314 |
| 2594853 | Ronald L. Price | 60 Stuart Circle   Hurricane WV 25526 |
| 2594854 | Ronald W. Triplett | 2095 Poca Fork Rd.   Elkview WV 25071 |
| 2594855 | Rosalind M. Moore | 911 Woodward Dr.   Charleston WV 25387 |
| 2594856 | Roto–Rooter Plumbing | PO Box 7582   CHARLESTON WV 25356–0582 |
| 2594857 | Ryan E. Quinn | 1552B Lewis St   Charleston WV 25311 |
| 2594858 | Ryan N. Pritt | 5105 Country Squire Lane   Cross Lanes WV 25313 |
| 2594866 | SCREENING FOR PROFIT | 5731 KINLOCK PLACE   FORT WAYNE IN 46835 |
| 2594859 | Sales Fuel Inc | 600 N Cleveland Ave Suite 260   Westerville OH 43082 |
| 2594860 | Samantha M. Dickerson | PO Box 55   Poca WV 25159 |
| 2594861 | Sarah E. Mobley | 3346 Northfield Dr.   Charleston WV 25312 |
| 2594862 | Sarah J. Withrow | 120 Litha Lane   South Charleston WV 25309 |
| 2594863 | Sarra M. Griffis | 1559 Nottingham Rd.   Charleston WV 25314 |
| 2594864 | Scot A. Lowe | 935 Woodhaven Dr.   Charleston WV 25387 |
| 2594865 | Scott A. McMillian | 3517 F Springfork Dr.   Charleston WV 25306 |
| 2594867 | Secure Storage LLC | 800 Northside Dr. Suite 27   Summersville WV 26651 |
| 2594868 | Securities & Exchange Commission | Attn Bankruptcy Notices   100 F Street, NE   Washington DC 20549 |
| 2594869 | Shaffer & Shaffer, PLLC | Attn: Richard Walters   2116 Kanawha Blvd East   Charleston WV 25311 |
| 2594870 | Shaker Recruitment Consultants | Cathy Cloud   1100 Lake Street   Oak Park IL 60301 |
| 2594871 | Shawn C. Kinison | 642 Georges Creek Dr   Charleston WV 25306 |
| 2594872 | Shelby G. Burgess | 125 Valley Dr.   Ripley WV 25271 |
| 2594873 | Shelia D. Roberts | 3340 Piedmont Rd.   Charleston WV 25306 |
| 2594874 | Software Business Systems | 7401 Metro Blvd   Ste 550   Edina MN 55424 |
| 2594875 | Sonicwall Services | PO Box 49042   San Jose CA 95161–9955 |
| 2594876 | Southern Lithoplate Inc. | PO Box 741887   Atlanta GA 30374–1887 |
| 2594877 | Sprint | Brett Puckett   PO Box 4191   Carol Stream IL 60197–4191 |
| 2594878 | Stanley Hunt DuPree & Rhine | Fee Processing Group   PO BOX 1033   Charleston WV 25324–1033 |
| 2594879 | Starstone Specialty | Main Administrative Office   Harborside 5   185 Hudson Street, Suite 2600   Jersey City NJ 7311 |
| 2594880 | Stephen C. Thomas | 9407 Ohio Ave.   Marmet WV 25315 |
| 2594881 | Steve A. Martin | 523 Maxwell Street Apt B   Charleston WV 25311 |
| 2592836 | Steven L. Thomas | P.O. Box 2031   Charleston, WV 25327–2031 |
| 2594882 | Subscription Services North Inc. | 24 South Front St.   Bergenfield NJ 07621 |
| 2594883 | Suddenlink | PO Box 660365   Dallas TX 75266–0365 |
| 2594884 | Sun Chemical | PO Box 2193   Carol Stream IL 60132–2193 |
| 2594885 | Susan C. Shumate | 1 Scott Road   Charleston WV 25314 |
| 2594900 | TOWN OF ADDISON | BUSINESS TAX DIVISION   146 McGRAW AVENUE   WEBSTER SPRINGS WV 25288 |
| 2594901 | TOWN OF ANSTED | PO Box 798   Ansted WV 25812 |
| 2594902 | TOWN OF BANCROFT | Recorder   PO Box 58   BANCROFT WV 25011 |
| 2594903 | TOWN OF BELLE | PO Box 697   BELLE WV 25015 |
| 2594904 | TOWN OF BUFFALO | ATTN: TOWN RECORDER   BUFFALO WV 25033 |
| 2594905 | TOWN OF BURNSVILLE | RECORDER   PO Box 305   BURNSVILLE WV 26335 |
| 2594906 | TOWN OF CEDAR GROVE | Town Hall   302 Alexander St   CEDAR GROVE WV 25039 |
| 2594907 | TOWN OF CLENDENIN | ATTN: RECORDER   PO Box 694   CLENDENIN WV 25045 |
| 2594908 | TOWN OF COWEN | BUSINESS TAX DIVISION   PO Box 446   COWEN WV 26206 |
| 2594909 | TOWN OF DANVILLE | OFFICE OF THE RECORDER   PO Box 217   DANVILLE WV 25053 |
| 2594910 | TOWN OF EAST BANK | PO Box 307   EAST BANK WV 25067 |
| 2594911 | TOWN OF ELEANOR | PO Box 185   ELEANOR WV 25070 |
| 2594912 | TOWN OF FAYETTEVILLE | ATTN: TOWN TREASURER   PO Box 298   FAYETTEVILLE WV 25840 |
| 2594913 | TOWN OF GILBERT | THE RECORDER   PO Box 188   GILBERT WV 25621 |
| 2594914 | TOWN OF IAEGER | ATTN: CITY RECORDER   IAEGER WV 24844 |
| 2594915 | TOWN OF MAN | THE RECORDER   CITY HALL   MAN WV 25635 |

| | | | | |
|---|---|---|---|---|
| 2594916 | TOWN OF OCEANA | PO Box 190 | OCEANA WV 24870 | |
| 2594917 | TOWN OF PINEVILLE | ATTN: THE RECORDER | PO Box 220 | PINEVILLE WV 24874 |
| 2594918 | TOWN OF POCA | PO Box 586 | POCA WV 25159 | |
| 2594919 | TOWN OF RAINELLE | RECORDER–TREASURER | CITY HALL | RAINELLE WV 25962 |
| 2594920 | TOWN OF SOPHIA | B&O TAX DIVISION | PO Box 700 | SOPHIA WV 25921 |
| 2594886 | Tamara L. Hutcheson | 5515 Raven Dr. | Charleston WV 25306 | |
| 2594887 | Tandi L. Smith | 1418 Washington St. East | Charleston WV 25301 | |
| 2594888 | Teays Valley Storage | PO Box 423 | Scott Depot WV 25560 | |
| 2594889 | Teresa A. Parsons | 334 Kilgore Rd | Scott Depot WV 25560 | |
| 2594890 | Terri L. Thomas | 2224 Jefferson Ave | Point Pleasant WV 25550 | |
| 2594891 | Thaddeus E. Richardson | 506 Nancy St. | Charleston WV 25311 | |
| 2594892 | The Cooke Company LLC | 1 Jain Drive | Cross Lanes WV 25313 | |
| 2594893 | The New York Times | PO Box 371427 | Pittsburgh PA 15250–7427 | |
| 2594894 | The Washington Post Company | Attn: The Writers Group | P.O. Box 75442 | Baltimore MD 21275–5442 |
| 2594895 | Thomas W. Emmite | 2090 McCubbin Drive | Charleston WV 25311 | |
| 2594896 | Timothy P. Farwell | 511 Ruffner Street | Charleston WV 25311 | |
| 2594897 | Timothy P. Williams | P O Box 228 | Dawes WV 25054 | |
| 2594898 | Tonia L. Dempsey | P O Box 396 | East Bank WV 25067 | |
| 2594899 | Tony G. Smith | 885 Georges Dr | Charleston WV 25306 | |
| 2594921 | Townnews.com | 1510 47th Avenue | Moline IL 61265 | |
| 2594922 | Travelers CL Remitttance Center | PO Box 660317 | Dallas TX 75266–0317 | |
| 2594923 | Travelers Property Casualty Co. | Travelers Casualty and Surety Co. | PO Box 660317 | Dallas TX 75266–0317 |
| 2594924 | Tribune Content Agency LLC | 15158 Collections Center Drive | Chicago IL 60693 | |
| 2594925 | Tucker County Sheriffs Tax Office | Attn Treasurer or Bankruptcy Unit | 215 First Street | Parsons WV 26287 |
| 2594926 | Tundra & Associates Inc. | Attn: Karen Carpenter Admin. | PO Box 871354 | Wasilla AK 99687 |
| 2594927 | Twan T. Washington | 306 Roane St. | Charleston WV 25302 | |
| 2594928 | U.S. Attorneys Office | PO Box 1713 | Charleston WV 25326 | |
| 2594929 | U.S. Department of Justice | Attn David H. Decelles, Civ. Div. | 1100 L Street NW, Room 10046 | Washington DC 20005 |
| 2594930 | U.S. Post Office | Charleston MPO | 1002 Lee St E | Charleston WV 25301–9998 |
| 2594931 | Unishippers FDE | 3337 North Hullen Street | Suite 300 | Metairie LA 70002 |
| 2594933 | United Bank | Attn Larry Salyers, Sr. VP | 500 Virginia Street East | Charleston WV 25301 |
| 2594932 | United Bank | Attn: Deposit Technical Services | PO Box 393 | Charleston WV 25322–9985 |
| 2594978 | United Bank | Peter M. Pearl, Esquire | Spilman Thomas & Battle PLLC | P. O. Box 90   Roanoke, VA 24002–0090 |
| 2594934 | United Bankcard Center | PO BOX 3364 | Charleston WV 25333–3364 | |
| 2594935 | Updyke Systems Enterprises | 172 Myers Road | East Berlin PA 17316 | |
| 2594936 | Vanessa V. Adams–Wandling | 121 Shale Drive | Charleston WV 25312 | |
| 2594937 | Venable–Collins Inc. | Deborah Eads | 226 Timber Trail Rd | Charleston WV 25304 |
| 2594938 | Veritiv Operating Company | formerly xpedx | PO Box 644520 | Pittsburgh PA 15264–4520 |
| 2594939 | Verizon/Networkfleet Inc | PO Box 975544 | Dallas TX 75397–5544 | |
| 2594940 | Veronica L. Pauley | 712 Weber St. | South Charleston WV 25309 | |
| 2594941 | Vio Inc. | PO Box 30619 | Newark NJ 07188–0619 | |
| 2594953 | WV Attorney General | State Capitol, Room 26–E | 1900 Kanawha Blvd East | Charleston WV 25305 |
| 2594954 | WV Dept. of Tax & Revenue | Bankruptcy Unit | PO Box 766 | Charleston WV 25323–0766 |
| 2594955 | WV PRESS SERVICES | 3422 PENNSYLVANIA AVENUE | CHARLESTON WV 25302 | |
| 2594956 | WV Securities Commission | Office of the Auditor | 1900 Kanawha Blvd East | Bldg 1, Room W–100   Charleston WV 25305 |
| 2594942 | Walter L. Anderson | 1001 Watts Chapel Rd | Kenna WV 25248 | |
| 2594943 | Wanda Blake | 1043 Main St. | Charleston WV 25302 | |
| 2594944 | Waste Management of WV | P.O. Box 13648 | Philadelphia PA 19101–3648 | |
| 2594945 | Wayne E. Fisher | 100 Sand Hill Mobile Park Lot 16 | Charleston WV 25312 | |
| 2594946 | Wayne N. Carrington | 1016 Hillcrest Dr. East | Charleston WV 25311 | |
| 2594947 | West Virginia American Water | Accts 0112;3872;4097;8371;4764 | PO Box 790247 | St. Louis MO 63179–0247 |
| 2594948 | Wex Bank | PO Box 6293 | Carol Stream IL 60197–6293 | |
| 2594949 | William E. Withrow | 120 Litha Lane | South Charleston WV 25309 | |
| 2594950 | William F. Lynch | 209 Cavender Dr | Pinch WV 25071 | |
| 2594951 | William G. Young | 927 Barlow Dr. | Charleston WV 25311 | |
| 2594952 | William S. Miller | 4235 Sissonville Road | Charleston WV 25312 | |

TOTAL: 472