# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Daily Gazette Company, *et al.*, | ) | Case No. 18-20028 |
| | ) | (Jointly Administered) |
| Debtors. [1] | ) | |

## CERTIFICATE OF SERVICE

I, Nancy Bagatti, certify that on February 9, 2018, I caused the following documents:

(i) *Order (A) Approving and Authorizing Bidding Procedures in Connection with the Sale of Substantially All the Debtors' Assets, (B) Approving and Authorizing the Break-Up Fee, (C) Scheduling the Related Auction and Hearing to Consider Approval of the Sale, (D) Approving Procedures Related to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (E) Approving the Form and Manner of Notice Thereof, and (F) Granting Related Relief* [ECF No. 63]; and

(ii) *Notice of Sale Procedures, Auction Date, Objection Deadline, and Sale Hearing*, a copy of which is attached hereto as Exhibit A,

to be served by having someone under my direction prepare envelopes containing a copy of the above-referenced documents, with proper first-class U.S. Mail postage affixed thereto, and depositing such envelopes in a proper container for U.S. Mail delivery before the last pickup time for such container, addressed to all parties on (a) the creditor mailing matrix, (b) the contract counterparties on the list attached hereto as Exhibit°1, and (c) additional interested parties on the list attached hereto as Exhibit 2.

I declare, under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing statement is true.

Dated:  February 12, 2018                    */s/ Nancy Bagatti*
                                              Nancy Bagatti, paralegal
                                              Perkins Coie LLP
                                              131 S. Dearborn St., Suite 1700
                                              Chicago, IL 60603

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: Daily Gazette Company (4480); Daily Gazette Holding Company, LLC (2981); Charleston Newspapers Holdings, L.P. (3028); Daily Gazette Publishing Company, LLC (3074); Charleston Newspapers (6079); and G-M Properties, Inc. (4124). The Debtors' headquarters are located at 1001 Virginia St. E, Charleston, West Virginia 25301.

# **<u>EXHIBIT A</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Daily Gazette Company, *et al.*, | ) | Case No. 18-20028 |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | |

NOTICE OF SALE PROCEDURES,
AUCTION DATE, OBJECTION DEADLINE, AND SALE HEARING

**PLEASE TAKE NOTICE** that on January 30, 2018, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the Motion of the Debtors and Debtors in Possession Pursuant to Sections 105(a), 363 and 365 of the Bankruptcy Code for: (I) an Order (A) Approving and Authorizing Bidding Procedures in Connection with the Sale of Substantially All the Assets, (B) Approving and Authorizing the Bid Protections, (C) Scheduling the Related Auction and Hearing to Consider Approval of the Sale, (D) Approving Procedures Related to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (E) Approving the Form and Manner of Notice Thereof, and (F) Granting Related Relief; and (II) an Order (A) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing and Approving the Debtors' Performance Under the Asset Purchase Agreement, (C) Approving the Assumption and Assignment of Certain of the Debtors' Executory Contracts and Unexpired Leases Related

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: Daily Gazette Company (4480); Daily Gazette Holding Company, LLC (2981); Charleston Newspapers Holdings, L.P. (3028); Daily Gazette Publishing Company, LLC (3074); Charleston Newspapers (6079); and G-M Properties, Inc. (4124). The Debtors' headquarters are located at 1001 Virginia St. E, Charleston, West Virginia 25301.

Thereto, and (D) Granting Related Relief [ECF No. 11)] (the "Motion").[2] The Debtors seek, among other things, to sell substantially all of the Debtors' assets (the "Assets") to the bidder submitting the highest or otherwise best offer for the Assets (such bidder, the "Successful Bidder"), at an auction free and clear of all liens, claims, encumbrances and other interests pursuant to sections 105(a), 363 and 365 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, on February 7, 2018, the Bankruptcy Court entered an order (the "Sale Procedures Order"), which, among other things, approved the bidding procedures (the "Bidding Procedures"), which set the key dates and times related to the Sale of the Purchased Assets. All interested bidders should carefully read the Sale Procedures Order and the Bidding Procedures. To the extent that there are any inconsistencies between the Sale Procedures Order (including the Bidding Procedures) and the summary description of its terms and conditions contained in this Notice, the terms of the Sale Procedures Order shall control.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Bidding Procedures, the deadline to submit a Qualified Bid, as such term is defined in the Bidding Procedures, will be on **March 6, 2018, at 12:00 p.m.** (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Bidding Procedures, the Debtors are authorized to conduct an auction (the "Auction") to sell the Assets if they receive one or more Qualified Bids. The Auction, if conducted, will be conducted on **March 8, 2018**, **beginning at 12:00 p.m.** (prevailing Eastern Time) at the offices of Spilman Thomas & Battle, 300 Kanawha Boulevard East, Charleston, West Virginia 25301, or at such other location as shall be timely communicated to all Qualified Bidders.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held to approve the sale of the Assets to the Successful Bidder (the "Sale Hearing") before the United States Bankruptcy Court for the Southern District of West Virginia, Robert C. Byrd U.S. Courthouse, Courtroom A, 300 Virginia Street East, Charleston, West Virginia, on **March 9, 2018**, **at 10:00 a.m**. (prevailing Eastern Time), or at such time thereafter as counsel may be heard or at such other time as the Bankruptcy Court may determine.  Objections to the sale shall be filed and served **so as to be received no later than 4:00 p.m. (prevailing Eastern Time) on March 2, 2018**, by: (i) co-counsel to the Debtors, Perkins Coie LLP, 131 S. Dearborn St., Ste. 1700, Chicago, IL  60603 (Attn:  Brian A. Audette, baudette@perkinscoie.com); (ii) co-counsel to the Debtors Supple Law Office PLLC, 801 Viand Street, Point Pleasant, WV 25550 (Attn: Joe Supple (joe.supple@supplelaw.net)); (iii) counsel to the Stalking Horse Bidder: Steptoe & Johnson PLLC, 400 White Oaks Boulevard, Bridgeport, WV 26330 (Attn: Evans King (evans.king@steptoe-johnson.com)); (iv) counsel to United Bank:  Spilman Thomas & Battle, PLLC, 310 First St., Ste. 1100, Roanoke, VA  24002 (Attn: Peter M. Pearl (ppearl@spilmanlaw.com)); (iv) counsel to any statutory committee appointed in these cases; and (v) the Office of the United States Trustee for the District of West Virginia (Attn:  David Bissett (Attn: David Bissett (David.L.Bissett@usdoj.gov)) (collectively, the "Objection Recipients").

**PLEASE TAKE FURTHER NOTICE** that this Notice of the Auction and Sale Hearing is subject to the full terms and conditions of the Motion, Sale Procedures Order and Bidding Procedures, which Sale Procedures Order shall control in the event of any conflict, and the Debtors encourage parties in interest to review such documents in their entirety.  Any party that has not received a copy of the Motion or the Sale Procedures Order that wishes to obtain a copy

- 3 -

of the Motion or the Sale Procedures Order, including all exhibits thereto, may do so on the Bankruptcy Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the Internet at www.wvsb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov). Copies of the Motion and the Sale Procedures Order, including all exhibits thereto, may also be obtained by submitting a written request for same from the undersigned counsel to the Debtors.

Dated: February 9, 2018

PERKINS COIE LLP

By: /s/ Brian A. Audette
Brian A. Audette, Ill. Bar No. 6277056
(Admitted Pro Hac Vice)
131 S. Dearborn St., Suite 1700
Chicago, IL 60603
Telephone: 312.324.8534
Facsimile: 312.324.9534
baudette@perkinscoie.com

-and-

SUPPLE LAW OFFICE, PLLC

Joe M. Supple, Bar. No. 8013
801 Viand St.
Point Pleasant, WV 25550
Telephone: 304.675.6249
Facsimile: 304.675.4372
joe.supple@supplelaw.net

*Proposed Counsel to the Debtors and Debtors in Possession*

- 4 -

# EXHIBIT 1

**Contract Counterparties Service List 1**

| |
|---|
| American Self Storage<br>PO Box 1608<br>Lewisburg, WV 24901 |
| B & T Storage<br>PO Box 99<br>Cora, WV 25614 |
| CMR<br>PO Box 515<br>Smithers, WV 25186 |
| EBG (Eric Gardner)<br>PO Box 376<br>East Bank, WV 25067 |
| Hide-A-Way Storage<br>4294 Evans View Rd.<br>Evans, WV 25241 |
| Putnam Co. Chamber of Commerce<br>PO Box 553<br>Teays, WV 25569 |
| Secure Storage<br>800 Northside Dr., Suite 27<br>Summersville, WV 26651 |
| Teays Valley Storage<br>PO Box 423<br>Scott Depot, WV 25560 |
| Venable-Collins Inc.<br>226 Timber Trail Rd.<br>Charleston, WV 25304 |
| Komax, LLC<br>500 D Street<br>South Charleston, WV 25303 |
| Konica Minolta Premier Finance<br>PO Box 790448<br>St. Louis, MO 63179-0448 |
| Pitney Bowes<br>PO Box 371887<br>Pittsburgh, PA 15250-7887 |
| Purchase Power<br>PO Box 371874<br>Pittsburgh, PA 15250-7874 |
| Adcellerant LLC<br>3461 Ringsby Ct, Suite 140<br>Denver, CO 80216 |
| AdInfinitum (Presteligence)<br>8328 Cleveland Ave NW<br>North Canton, OH 44720 |
| Adobe Systems Incorporated<br>29322 Network Place<br>Chicago, IL 60673-1293 |
| Adpay/Memoriams, an Ancestry Company<br>PO Box 560101<br>Denver, CO 80256-0101 |
| AdSeller<br>c/o Pulse Research<br>P.O. Box 2884<br>Portland, OR 97208 |
| Appalachian Power<br>PO Box 24415<br>Canton, OH 44701-4415 |
| Associated Press<br>200 Liberty Street<br>New York, NY 10281 |
| Charleston Sanitary Board &<br>City of Charleston<br>PO Box 7949<br>Charleston, WV 25356-0949 |
| Circulation Newsies<br>5009 Bristol Hill Drive<br>O'Fallon, IL 62269 |
| Cox Newsprint Supply, LLC<br>6205 Peachtree DunWoody Road<br>8th Floor<br>Atlanta, GA 30328 |
| Electronic Storage Corporation (Laservault)<br>P.O Box 4779<br>Tulsa, OK 74159 |

| |
|---|
| EnerNOC<br>One Marina Park Drive, Suite 400<br>Boston, MA 02210 |
| EnerNOC SOW<br>One Marina Park Drive, Suite 400<br>Boston, MA 02210 |
| EZ Hi Tech<br>1140 Rt. 22 West<br>Mountainside, NJ 07092 |
| Factor Systems Inc. dba BillTrust<br>75 Remittance Drive, Dept 1394<br>Chicago, IL 60675-1394 |
| FLOM Corporation<br>14333 Laurel-Bowie Road<br>Laurel, MD 20708 |
| Frontier Communications<br>PO Box 740407<br>Cincinnati, OH 45274-0407 |
| Gibbons & Kawash<br>303 Chase Tower<br>707 Virginia St., East<br>Charleston, WV 25301 |
| Google, Inc.<br>1600 Amphitheatre Pkwy<br>Mountain View, CA 94043 |
| HD Media<br>946 5th Avenue<br>Huntington, WV 25701 |
| Jefferds Corporation<br>PO Box 757<br>St. Albans, WV 25177 |
| King's Feature<br>PO Box 90007<br>Prescott, AZ 86304-9007 |
| Lexis Nexis<br>PO Box 933<br>Dayton, OH 45401 |
| Mountaineer Gas Company<br>PO Box 5656<br>Charleston, WV 25361-0656 |
| News on the Go (Presteligence)<br>8328 Cleveland Ave NW<br>North Canton, OH 44720 |
| Newscycle<br>PO Box 851306<br>Minneapolis, MN 55485-1306 |
| Newscycle<br>PO Box 851306<br>Minneapolis, MN 55485-1306 |
| NewsExtreme (Presteligence)<br>8328 Cleveland Ave NW<br>North Canton, OH 44720 |
| One Vision<br>100 Brickstone Square, Suite 208<br>Andover, MA 01810 |
| Oracle Elevator<br>4136 W. Washington Street<br>Charleston, WV 25313 |
| Paycor Payroll  Solutions<br>4811 Montgomery Road<br>Cincinnati, OH 45212 |
| Payway Complete (Edgil)<br>222 Rosewood Drive<br>Danvers, MA 01923 |
| Sage Software, Inc.<br>14855 Collections Center Drive<br>Chicago, IL 60693 |
| Shaker Recruitment Consultants<br>1100 Lake Street, 3rd Fl.<br>Oak Park, IL 60301 |
| Software Business Solutions<br>7401 Metro Blvd., Suite 550<br>Edna, MN 55439-2313 |
| Software Consulting Services, LLC<br>630 Municipal Drive, Suite 420<br>Nazareth, PA 18064 |

| |
|---|
| South Charleston Recreation Center<br>601 Jefferson Road<br>South Charleston, WV 25309 |
| Southern Lithoplate<br>PO Box 9400<br>Wake Forest, NC 27588 |
| Sprint<br>PO Box 4191<br>Carol Stream, IL 60197-4191 |
| Subscription Services North<br>24 South Front Street<br>Bergenfield, NJ 07621 |
| Suddenlink<br>PO Box 742535<br>Cincinnati, OH 45274-2535 |
| TCN<br>162 N. 400 E. Building B<br>2nd Floor<br>St. George, UT 84770 |
| The New York Times<br>PO Box 371427<br>Pittsburgh, PA 15250-7427 |
| Thunderstone<br>815 Superior Ave. East, Ste 2005<br>Cleveland, OH 44114-2701 |
| TownNews<br>1510 47th Avenue<br>Moline, IL 61265 |
| TV Media<br>500 Lacolle Way<br>Ottawa, ON K4A 0N9 Canada |
| United Feature Syndicate<br>PO Box 843345<br>Kansas City, MO 64184-3345 |
| Waste Management of WV, Inc.<br>PO Box 13648<br>Philadelphia, PA 19101-3648 |
| Wave2 Media Solutions, LLC<br>114 Turnpike Road, Suite 203<br>Westborough, MA 01581 |
| WV American Water<br>PO Box 790247<br>St. Louis, MO 63179-0247 |
| WV Public Broadcasting<br>124 Industrial Park Road<br>Beaver, WV 25813 |

# EXHIBIT 2

| |
|---|
| Adams Media<br>Mark Adams<br>4095 Coon Rapids Boulevard<br>Coone Rapids, MN 55433 |
| AIM Media<br>Jeremy Halbriech<br>5956 Sherry Lane - Suite 1000<br>Dallas, TX 75225 |
| Boone Newspapers<br>Todd Carpenter<br>503 North Canal Street<br>Natchez, MS 39120 |
| Digital First Media<br>Mario Zarazua<br>885 Third Street, 34th Floor<br>New York, NY 10022 |
| Gannett<br>Alex Meza<br>7950 Jones Branch Road<br>McLean, VA 22107 |
| HD Media (Reynolds)<br>Doug Reynolds<br>2450 1st Avenue<br>Huntington, WV 25703 |
| Hearst Newspapers<br>Mark Aldam<br>300 West 57th Street, 43rd Floor<br>New York, NY 10019 |
| Horizon Publications<br>Stephen Malkowich<br>Suite 920-1200 West 73rd Avenue<br>Vancouver, BC V6P 6G5 |
| New Media Investment Group<br>Mike Reed<br>254 Second Ave<br>Needham, MA 02494 |
| Ogden Newspapers<br>Bob Nutting<br>1500 Main Street<br>Wheeling, WV 26003 |
| Paxton Media<br>Jamie Paxton<br>201 South 4th Street<br>Paducah, KY 42003 |

| |
|---|
| Schurz Communications<br>Todd Schurz<br>1301 East Douglas Road<br>Mishawaka, IN 46545 |
| CNHI<br>Donna Barrett<br>445 Dexter Avenue, Suite 7000<br>Montgomery, AL 36104 |
| BH Media<br>Terry Kroeger<br>1314 Douglas Street, Suite 1500<br>Omaha, NE 68102 |
| Industrial Assets<br>Venice Gamble<br>11426 Ventura Blvd<br>Studio City, CA 91604 |