# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Daily Gazette Company, | ) | Case No. 18-20028 |
| | ) | |
| Debtor. | ) | |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Fed. R. Bank. P. 1007(a)(3) for filing in this Chapter 11 case.

| Name and Last Known Address or Place of Business of Holder | Security Class | Number of Shares | Percentage Ownership | Type of Interest |
|---|---|---|---|---|
| Elizabeth E. Chilton<br>806 Cedar Road<br>Charleston, WV 25314 | | 23,232.213 | 53.23% | Shareholder |
| Susan Chilton Shumate<br>1 Scott Road<br>Charleston, WV 25314 | | 1,410.33 | 3.23% | Shareholder |
| Irrev. Trust Norman W. Shumate, IV<br>c/o Susan Chilton Shumate<br>1 Scott Road<br>Charleston, WV 25314 | | 1,761.47 | 4.04% | Shareholder |
| Irrev. Trust Caroline Grace Shumate<br>c/o Susan Chilton Shumate<br>1 Scott Road<br>Charleston, WV 25314 | | 1,761.47 | 4.04% | Shareholder |
| Irrev. Trust William E. C. Shumate<br>c/o Susan Chilton Shumate<br>1 Scott Road<br>Charleston, WV 25314 | | 1,761.47 | 4.04% | Shareholder |
| Phillip T. Smith<br>12 Norwood Road<br>Charleston, WV 25314 | | 4,377.63 | 10.03% | Shareholder |
| Patricia S. Nelson<br>7816 CocoBay Court<br>Naples, FL 34108 | | 2,566.19 | 5.88% | Shareholder |

138561515.1

| Name and Last Known Address or Place of Business of Holder | Security Class | Number of Shares | Percentage Ownership | Type of Interest |
|---|---|---|---|---|
| Leslie Anne Abbot<br>2437 Cypress Springs Road<br>Orange Park, FL 32073 | | 2,093.30 | 4.80% | Shareholder |
| Park Vassar Chapman<br>1535 Eden Isle Blvd., NE, Apt. 367<br>St. Petersburg, FL 33704 | | 1,729.24 | 3.96% | Shareholder |
| Karen Elizabeth Abbot<br>485 S. 3rd Avenue<br>Tucson, AZ 85701 | | 190.34 | .44% | Shareholder |
| Alice Catallini<br>485 S. 3rd Avenue<br>Tucson, AZ 85701 | | 190.34 | .44% | Shareholder |
| The Theodocia Smith Marital Trust<br>1308 Jaden Lane<br>Fort Worth, TX 76116 | | 2,034.61 | 4.66% | Shareholder |
| The Theodocia K. Smith Investment Trust<br>1308 Jaden Lane<br>Fort Worth, TX 76116 | | 531.58 | 1.22% | Shareholder |
| Elizabeth Valentine<br>P.O. Box 2255<br>Windsor, CA 95492 | | 3.00 | .0069% | Shareholder |

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my information and belief.

Dated:  February 13, 2018

Daily Gazette Company

/s/ Norman W. Shumate III
Norman W. Shumate III
Its: Authorized Signatory

138561515.1