## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| Daily Gazette Holding Company, LLC, | ) | Case No. 18-20029 |
| | ) | |
| Debtor. | ) | |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Fed. R. Bank. P. 1007(a)(3) for filing in this Chapter 11 case.

| Name and Last Known Address or Place of Business of Holder | Security Class | Number of Shares | Percentage Ownership | Type of Interest |
|---|---|---|---|---|
| Daily Gazette Company<br>1001 Virginia Street East<br>Charleston, WV 25301 | | | 100% | Sole Member |

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my information and belief.

Dated: February 13, 2018               Daily Gazette Holding Company, LLC

                                       /s/ Norman W. Shumate III
                                       Norman W. Shumate III
                                       Its: Authorized Signatory