# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Daily Gazette Company, *et al.*, ) | Case No. 18-20028 |
| ) | (Jointly Administered) |
| Debtors.[1] ) | |

## NOTICE OF PARTIES ADDED TO CREDITOR MAILING MATRIX

PLEASE TAKE NOTICE that the potential creditors, interested parties and equity security holders on the attached list have been added to the creditor mailing matrix for noticing purposes.  In addition, these parties were served with notice of the filing of these cases and other relevant documents, as evidenced by certificates of service filed on the case docket.

Dated:  February 15, 2018

PERKINS COIE LLP

By: /s/ Brian A. Audette
Brian A. Audette, Ill. Bar No. 6277056
(Admitted Pro Hac Vice)
131 S. Dearborn St., Suite 1700
Chicago, IL 60603
Telephone: 312.324.8534
Facsimile: 312.324.9534
baudette@perkinscoie.com
-and-
SUPPLE LAW OFFICE, PLLC
Joe M. Supple, Bar. No. 8013
801 Viand St.
Point Pleasant, WV 25550
Telephone: 304.675.6249
Facsimile: 304.675.4372
joe.supple@supplelaw.net

*Proposed Counsel to the Debtors and Debtors in Possession*

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: Daily Gazette Company (4480); Daily Gazette Holding Company, LLC (2981); Charleston Newspapers Holdings, L.P. (3028); Daily Gazette Publishing Company, LLC (3074); Charleston Newspapers (6079); and G-M Properties, Inc. (4124).  The Debtors' headquarters are located at 1001 Virginia St. E, Charleston, West Virginia 25301.

138606051.1

| | |
|---|---|
| Adobe Systems Incorporated<br>29322 Network Place<br>Chicago, IL 60673-1293 | BlueSoho/Big Lots<br>Attn: AP Big Lots<br>1630 Terminal Street<br>West Sacramento, CA 95691 |
| Adpay/Memoriams, an Ancestry Co.<br>PO Box 560101<br>Denver, CO 80256-0101 | BlueSoho/Family Dollar<br>Attn: AP Family Dollar<br>1630 Terminal Street<br>West Sacramento, CA 95691 |
| AdSeller<br>c/o Pulse Research<br>P.O. Box 2884<br>Portland, OR 97208 | BlueSoho/Lowes<br>Attn: AP Lowes<br>1630 Terminal Street<br>West Sacramento, CA 95691 |
| Agenti Media Services<br>Attn: AP JC Penney<br>Two Carlson Parkway, Suite 400<br>Plymouth, MN 55447 | BlueSoho/Michaels<br>Attn: AP Michael<br>1630 Terminal Street<br>West Sacramento, CA 95691 |
| Agenti Media Services<br>Attn: AP Kohl's<br>Two Carlson Parkway, Suite 400<br>Plymouth, MN 55447 | BlueSoho/Rite Aid<br>Attn: AP Rite Aid<br>1630 Terminal Street<br>West Sacramento, CA 95691 |
| Aldi<br>c/o Alliance Media<br>Accounts Payable<br>PO Box 7037<br>Downers Grove, IL 60515 | BlueSoho/Rural King<br>Attn: AP Rural King<br>1630 Terminal Street<br>West Sacramento, CA 95691 |
| Alice Catallini<br>485 S. 3rd Avenue<br>Tucson, AZ 85701 | BluesSoho/Shoe Carnival<br>Attn: AP Shoe Carnival<br>1630 Terminal Street<br>West Sacramento, CA 95691 |
| Andrews McMeel Syndication<br>PO Box 843345<br>Kansas City, MO 64184-6734 | Cagle Cartoons Inc<br>PO Box 22342<br>Santa Barbara, CA 93121 |
| Associated Press<br>200 Liberty Street<br>New York, NY 10281 | CMR<br>PO Box 515<br>Smithers, WV 25186 |
| B & T Storage<br>PO Box 99<br>Cora, WV  25614 | |

| | |
|---|---|
| Cortex<br>991 Whitehorse Road<br>Box MI VIC 3128 Australia | EnerNOC<br>One Marina Park Drive, Suite 400<br>Boston, MA 02210 |
| Cox Newsprint Supply, LLC<br>6205 Peachtree DunWoody Road<br>8th Floor<br>Atlanta, GA 30328 | EZ Hi Tech<br>1140 Rt. 22 West<br>Mountainside, NJ 07092 |
| Creators Syndicate<br>737 3rd Street<br>Hermosa Beach, CA 90254 | Factor Systems Inc. dba BillTrust<br>75 Remittance Drive, Dept 1394<br>Chicago, IL 60675-1394 |
| CVS Pharmacy<br>c/o Innovation Media Sol<br>PO Box 7037<br>Downers Grove, IL 60515 | FLOM Corporation<br>14333 Laurel-Bowie Road<br>Laurel, MD 20708 |
| Decision One Corporation<br>640 Lee Road, Third Floor<br>Wayne, PA 19087 | Godaddy<br>14455 N. Hayden Rd. Ste 226<br>Scottsdale, AZ 85260-6947 |
| Dow Jones<br>200 Burnett Rd.<br>Chicopee, MA 01020 | Google, Inc.<br>1600 Amphitheatre Pkwy<br>Mountain View, CA 94043 |
| DUDA<br>577 College Avenue<br>Palo Alto, CA 94306 | HD Media<br>946 5th Avenue<br>Huntington, WV 25701 |
| Edgil<br>Payway Complete<br>222 Rosewood Drive<br>Danvers, MA 01923 | Improve Physical Therapy<br>and Hand Center LLC<br>4522 MacCorklw Ave SE, Ste 1<br>Charleston, WV 25304-1840 |
| ElderBeerman<br>331 W. Wisconisin<br>Sales Promo/Mkg 3rd Floor<br>Milwaukee, WI 53203 | Invisibly, Inc.<br>National Registered Agents, Inc.<br>160 Greentree Drive, Suite 101<br>Dover, DE 19904 |
| Electronic Storage Corp. (Laservault)<br>P.O Box 4779<br>Tulsa, OK 74159 | Irrev. Trust Caroline Grace Shumate<br>c/o Susan Chilton Shumate<br>1 Scott Road<br>Charleston, WV 25314 |
| Elizabeth Valentine<br>P.O. Box 2255<br>Windsor, CA 95492 | Irrev. Trust Norman W. Shumate, IV<br>c/o Susan Chilton Shumate<br>1 Scott Road<br>Charleston, WV 25314 |

138607735.1

| | |
|---|---|
| Irrev. Trust William E. C. Shumate<br>c/o Susan Chilton Shumate<br>1 Scott Road<br>Charleston, WV 25314 | Novus Agenti Media<br>Attn: AP Save-a-Lot<br>Two Carlson Parkway, Suite 400<br>Plymouth, MN 55447 |
| Joe Heller-Heller Syndication<br>PO Box 12401<br>Green Bay, WI 54307 | Novus Agenti Media<br>Attn: AP Walmart<br>Two Carlson Parkway, Suite 400<br>Plymouth, MN 55447 |
| Karen Elizabeth Abbot<br>620 Golden Court<br>McGregor, TX 76657 | Novus Agenti Media<br>Attn: AP Dicks Sporting Goods<br>Two Carlson Parkway, Suite 400<br>Plymouth, MN 55447 |
| Krogers-Div 029<br>PO Box 5229<br>Portland, OR 97208 | Novus Agenti Media<br>Attn: AP Home Depot<br>Two Carlson Parkway, Suite 400<br>Plymouth, MN 55447 |
| Leslie Anne Abbot<br>2437 Cypress Springs Road<br>Orange Park, FL 32073 | NSA Media<br>Attn: AP Petco<br>PO Box 7037<br>Downers Grove, IL 60515 |
| Lexis Nexis<br>PO Box 933<br>Dayton, OH 45401 | NSA Media<br>Attn: AP Ulta Inc.<br>PO Box 7037<br>Downers Grove, IL 60515 |
| MailChimp<br>c/o The Rocket Science Group, LLC<br>675 Ponce de Leon Ave NE, Ste 5000<br>Atanta, GA 30308 | One Vision<br>100 Brickstone Square, Suite 208<br>Andover, MA 01810 |
| Mountaineer Gas Company<br>2401 Sissonville Dr.<br>Charleston, WV 25387 | Oracle Elevator<br>4136 W. Washington Street<br>Charleston, WV 25313 |
| News America<br>1185 Avenue of Americas<br>New York, NY 10036 | Park Vassar Chapman<br>1535 Eden Isle Blvd., NE, Apt. 367<br>St. Petersburg, FL 33704 |
| Newspaper Services of America<br>Attn: AP Toys"R"Us/<br>PO Box 7037<br>Downers Grove, IL 60515-7037 | Patricia S. Nelson<br>7816 CocoBay Court<br>Naples, FL 34108 |
| NMS<br>Attn: AP Target<br>PO Box 7037<br>Downers Grove, IL 60515 | |

138607735.1

| | |
|---|---|
| Paycor Payroll Solutions<br>4811 Montgomery Road<br>Cincinnati, OH 45212 | Report for America<br>(Ground Truth Project)<br>10 Guest Street<br>Boston, MA 02135 |
| Payflow/Paypal<br>Attn: General Counsel<br>2211 North First Street<br>San Jose, CA 95131 | Sage Software, Inc.<br>14855 Collections Center Drive<br>Chicago, IL 60693 |
| Phillip T. Smith<br>12 Norwood Road<br>Charleston, WV 25314 | Sears Media Co LLC<br>Alliance Media<br>PO Box 7037<br>Downers Grove, IL 60515 |
| Piggly Wiggly<br>10 Spring Street<br>Charleston, WV 25302 | Software Consulting Services, LLC<br>630 Municipal Drive, Suite 420<br>Nazareth, PA 18064 |
| Pitney Bowes<br>PO Box 371887<br>Pittsburgh, PA  15250-7887 | Software Information Systems, LLC<br>165 Barr Street<br>Lexington, KY 40507-1321 |
| Presteligence<br>Attn: AP AdInfinitum<br>8328 Cleveland Ave NW<br>North Canton, OH 44720 | South Charleston Recreation Center<br>601 Jefferson Road<br>South Charleston, WV 25309 |
| Presteligence<br>News on the Go/NewsExtreme<br>8328 Cleveland Ave NW<br>North Canton, OH 44720 | Southern Lithoplate<br>PO Box 9400<br>Wake Forest, NC 27588 |
| ProData<br>2809 S. 160th Street, Suite 401<br>Omaha, NE 68130 | Splashtop Inc.<br>1054 S. De Anza Blvd., Suite 200<br>San Jose ,CA 95129 |
| ProPublica<br>155 Avenue of the Americas<br>13th Floor<br>New York, NY 10013 | Starcom<br>Attn: AP Best Buy/Resources<br>27-01 Queens Plaza North<br>Long Island City, NY 11101-4020 |
| Purchase Power<br>PO Box 371874<br>Pittsburgh, PA  15250-7874 | Strategic Print<br>Attn: AP Officemax<br>PO Box 7037<br>Downers Grove, IL 60515 |
| Rackspace US Inc.<br>1 Fanatical Place<br>Windcrest, TX 78218 | Suddenlink<br>PO Box 742535<br>Cincinnati, OH 45274-2535 |

138607735.1

| | |
|---|---|
| Symantec Corporation<br>Worldwide Headquarters<br>350 Ellis Street<br>Mountain View, CA 94043 | United Feature<br>PO Box 843771<br>Kansas City, MO 64184-3371 |
| TCN<br>162 N. 400 E. Building B<br>2nd Floor<br>St. George, UT 84770 | Vacuum Authority/ Oreck<br>PO Box 2472<br>Clarksville, IN 47129-2472 |
| Teays Valley Storage<br>PO Box 423<br>Scott Depot, WV 25560 | Valassis<br>19975 Victor Parkway<br>Livonia, MI 48152 |
| The Clay Center<br>Attn: Accts Payable<br>One Clay Square<br>Charleston, WV 25301 | Venturi Media<br>Attn: AP Macy's<br>151 West 34th Street, 16th Floor<br>New York, NY 10001 |
| The New York Times<br>PO Box 371427<br>Pittsburgh, PA 15250-7427 | Wall Street Journal<br>200 Burnett Rd.<br>Chicopee, MA 01020 |
| The Theodocia K. Smith Investment Trust<br>1308 Jaden Lane<br>Fort Worth, TX 76116 | Washington Post<br>PO Box 75442<br>Baltimore, MD21275-5442 |
| The Theodocia Smith Marital Trust<br>1308 Jaden Lane<br>Fort Worth, TX 76116 | Waste Management of WV, Inc.<br>PO Box 13648<br>Philadelphia, PA 19101-3648 |
| The West Virgina Power<br>601 Morris St, Suite 201<br>Charleston, WV 25301 | Wave2 Media Solutions, LLC<br>114 Turnpike Road, Suite 203<br>Westborough, MA 01581 |
| Thunderstone<br>815 Superior Ave. East, Ste 2005<br>Cleveland, OH 44114-2701 | WV Public Broadcasting<br>124 Industrial Park Road<br>Beaver, WV 25813 |
| TV Media<br>500 Lacolle Way<br>Ottawa, ON K4A 0N9 Canada | WV Rehabilitation Services<br>Attn: Charlyn Miller<br>107 Capitol Street<br>Charleston, WV 25301 |
| United Feature Syndicate<br>PO Box 843345<br>Kansas City, MO 64184-3345 | WVJC<br>1000 Virginia Street E<br>Charleston, WV 25301-2817 |