# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Daily Gazette Company, *et al.*, | ) | Case No. 18-20028 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |

## DEBTORS' INITIAL OPERATING REPORT

Daily Gazette Company, and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), hereby submit this Initial Operating Report pursuant to that certain Operating Order, dated as of February 6, 2018 [Dkt. #56], and respectfully state as follows:

**I.   Debtors' Operations During The 30 Days Succeeding The Petition Date**

During the first 30 days following January 30, 2018 (the "Petition Date"), the Debtors expect to operate through the use of cash generated from their ordinary business operations. To the extent that such cash is insufficient to meet the Debtors' post-petition obligations, the Debtors have obtained authority to borrow up to an additional $400,000 from United Bank in the form of post-petition financing ("DIP Financing") pursuant to that certain *Interim Order (I) Authorizing Debtors to Obtain Postpetition Financing With Priority Over Certain Administrative Expenses and Secured by Liens on Property of the Estate Pursuant to 11 U.S.C. § 364, (II) Authorizing Debtors to Use Cash Collateral and Other Collateral and Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Dkt. #39] (the "Interim Cash

---

[1]   The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: Daily Gazette Company (4480); Daily Gazette Holding Company, LLC (2981); Charleston Newspapers Holdings, L.P. (3028); Daily Gazette Publishing Company, LLC (3074); Charleston Newspapers (6079); and G-M Properties, Inc. (4124). The Debtors' headquarters are located at 1001 Virginia St. E, Charleston, West Virginia 25301.

138628395.3

Collateral and DIP Financing Order").[2]  As of the Petition Date, the Debtors had access to approximately $255,754 and they estimate that they will generate additional cash of approximately $1,356,000 during the first 30 days of these Bankruptcy Cases.  During this same time period, the Debtors anticipate that their disbursements in the ordinary course of business to sustain operations will total approximately $1,352,800.  Therefore, at the end of the approximately first 30 days of these Chapter 11 Cases, the Debtors expect to have excess cash for operations of approximately $258,954.  Attached hereto as Exhibit 1 is a copy of the Debtors' estimated weekly cash flow projections, which was approved in connection with the Interim Cash Collateral and DIP Financing Order and which provides a more detailed summary of the anticipated receipts and disbursements during the first 30 days of these Chapter 11 Cases.

## II.   The Debtors' Bank Accounts

As of the Petition Date, the Debtors maintained the following bank accounts:

| Accounts Held By Charleston Newspapers | | | |
|---|---|---|---|
| **Account Name** | **Bank Name** | **Last 4 Digits of Account** | **Balance as of 2/1/18** |
| Charleston Newspapers - Operating Account | United Bank | 1461 | 410,019.40 |
| Charleston Newspapers - Lockbox Account | United Bank | 1445 | 10,176.68 |
| Charleston Newspapers - Merchant Account | United Bank | 1399 | 22,975.10 |
| Charleston Newspapers - Payroll Account | United Bank | 1453 | 0 |
| Charleston Newspapers - Medical Account | United Bank | 1829 | 58,898.27 |

---

[2]  The Debtors do not anticipate having to utilize the DIP Financing during the first 30 days of these Chapter 11 Cases.  A final hearing regarding the Debtors' use of cash collateral and the DIP Financing is scheduled for March 9, 2018.

138628395.3

| Accounts Held By Charleston Newspapers | | | |
|---|---|---|---|
| **Account Name** | **Bank Name** | **Last 4 Digits of Account** | **Balance as of 2/1/18** |
| Charleston Newspapers - Flex Benefits Account | BB&T Financial | 5532 | 52.16 |
| Convergent Digital Media Operating Account | Huntington National Bank | 6836 | 6,594.17 |

| Accounts Held By Daily Gazette Company | | | |
|---|---|---|---|
| **Account Name** | **Bank Name** | **Last 4 Digits Of Account** | **Balance as of 2/1/18** |
| Daily Gazette Company - Operating Account | United Bank | 0020 | 9,655.09 |
| Daily Gazette Company - Distribution Account | United Bank | 0038 | 2,119.44 |
| Daily Gazette Company - Trust Account | BB&T Financial | 4577 | 1,781.72 |

| Accounts Held By G-M Properties, Inc. | | | |
|---|---|---|---|
| **Account Name** | **Bank Name and Address** | **Last 4 Digits Of Account** | **Balance as of 2/1/18** |
| G-M Properties, Inc. - Operating Account | United Bank | 1410 | 720.00 |

Following the Petition Date, the Debtors closed all of their bank accounts at BB&T Financial and Huntington National Bank. Also, following the Petition Date, the Debtors opened (a) a new "Funding Account" at United Bank, the sole purpose of which is to serve as the account into which United Bank will fund advances pursuant to the DIP Financing, and (b) a new adequate assurance account at United Bank to hold utility deposits, which has been funded with $20,125.00.[3] As of the date hereof, no funds have been disbursed to the Funding Account

---

[3] The last four digits of the Funding Account are 1816, and the last four digits of the utility adequate assurance account are 9210.

- 3 -

138628395.3

and, as set forth above, the Debtors do not anticipate that any funds will be disbursed pursuant to the DIP Financing during the first 30 days of these Chapter 11 Cases.

### III. The Debtors' Insurance Policies

The Debtors maintain the following insurance policies:

| Insured | Insurance Carrier | Policy Number | Coverage | Amount of Coverage |
|---|---|---|---|---|
| Charleston Newspapers, et al | Mutual Insurance Company Limited / Global Media Liability Policy 2.0 | Certificate of Indemnity No. 1063-1068-17 | Libel: Media coverage for all publications and commercial printing; Branding; Defense & Professional Expenses. | $15,000,000 each event |
| Charleston Newspapers, et al | Travelers Property Casualty Company of America | P-630-0F523527-TIL-17 | Building(s) & Personal Property | Buildings $21,900,000 Personal Property $22,250,000 |
| Charleston Newspapers, et al | AIG - National Union Fire Insurance Company of Pittsburgh, PA | BE 015235391 | Excess Liability (Umbrella) | Each Occurrence $10,000,000 General Aggregate $10,000,000 Products Completed Operations Aggregate $10,000,000 Crisis Response Sublimit of Insurance $250,000 Excess Casualty Crisis Sublimit of Insurance $50,000 |
| Charleston Newspapers, et al | Travelers Casualty and Surety Company of America | 105544915 | Employment Practice Liability | $2,000,000 |
| Charleston Newspapers, et al | Starstone Specialty Insurance Company | 50111D172ASP | Fiduciary Liability | $5,000,000 |
| Charleston Newspapers, et al | Travelers Property Casualty Company of America | QT-660-0F565985-TIL-17 | Commercial Inland Marine | Hardware $4,500,000 Software $500,000 Extra Expense & BI $250,000 Earth Movement $2,500,000 Earth Movement Annual Aggregate $2,500,000 Flood Limit $2,500,000 Flood Limit Annual Aggregate $2,500,000 |
| Charleston Newspapers, et al GM Properties, Inc. | Travelers Property Casualty Company of America | BME1-9275N444-TIL-17 | Boiler & Machinery | Property Damage $45,474,500 BI Coverage Extension $22,250,000 |

138628395.3

| Insured | Insurance Carrier | Policy Number | Coverage | Amount of Coverage |
|---|---|---|---|---|
| Charleston Newspaper Holding, et al | Erie Insurance Property/Casualty Company | 31127 Q96 6100110 | Worker's Compensation | $1,000,000 Accident $1,000,000 Injury by disease policy limit $1,000,000 injury by disease each employee |
| Charleston Newspapers, et al | Erie Insurance Property/Casualty Company | Q09 5140102 W7 | Commercial Automobile Liability | $1,000,000 Bodily Injury & Property Damage $1,000,000 Hired Autos Liability Bodily Injury & Property Damage $1,000,000 Employers Non-Owned Autos Liability Bodily Injury & Property Damage $5,000 Medical Payments $1,000,000 Uninsured Motorists $1,000,000 Underinsured Motorists |
| Daily Gazette Company | Brickstreet Insurance | WCB 1005426 | Workers' Compensation | $500,000 Bodily Injury by Accident $500,000 Bodily Injury by Disease Policy Limit $500,000Bodily Injury by Disease Each Employee |

The Debtors are current on all of their insurance obligations and all of the foregoing policies remain in full force and effect.

[signature page follows]

- 5 -

138628395.3

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct to the best of my knowledge, information and belief.

Dated: February 20, 2018

_____
Norman W. Shumate, III
The Debtors' Authorized Representative

138628395.3

# **EXHIBIT 1**

Debtor: Daily Gazette Company and its Subsidiaries
Weekly Cash Flow Projection

|  | Feb 4 | Feb 11 | Feb 18 | Feb 25 | Mar 4 | Mar 11 | Mar 18 | Mar 25 | Apr 1 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts:** | | | | | | | | | | |
| Gross Cash Receipts | 345,000 | 330,000 | 340,000 | 341,000 | 405,000 | 330,000 | 340,000 | 330,000 | 347,500 | 3,108,500 |
| **Disbursements** | | | | | | | | | | |
| Salaries & Wages & Payroll Taxes | 276,827 |  | 272,200 |  | 272,200 |  | 270,200 |  | 270,200 | 1,361,627 |
| Supplies | 68,123 | 57,800 | 57,800 | 87,800 | 46,800 | 57,800 | 67,800 | 87,800 | 57,800 | 589,523 |
| Distribution Expenses | 25,000 | 112,500 | 47,500 | 47,500 | 47,500 | 114,500 | 47,500 | 47,500 | 47,500 | 537,000 |
| Services | 16,750 | 16,750 | 15,450 | 14,500 | 14,500 | 19,250 | 17,000 | 14,500 | 11,750 | 140,450 |
| Promotion & Marketing | 2,750 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 22,750 |
| Travel & Meals | 7,850 | 3,850 | 3,850 | 3,850 | 8,100 | 3,850 | 3,850 | 3,850 | 3,850 | 42,900 |
| Rentals | 0 | 0 | 0 | 2,250 | 0 | 0 | 0 | 0 | 2,250 | 4,500 |
| Utilities | 27,750 | 2,750 | 3,500 | 2,750 | 25,000 | 2,750 | 2,500 | 2,500 | 25,000 | 94,500 |
| Repairs & Maintenance | 9,700 | 10,650 | 9,700 | 5,700 | 4,450 | 4,200 | 6,150 | 5,700 | 5,650 | 61,900 |
| Administrative | 43,750 | 52,500 | 27,500 | 8,150 | 21,500 | 45,450 | 22,500 | 25,000 | 28,500 | 274,850 |
| Legal Fees |  |  |  |  |  |  |  |  |  | 0 |
| Total Operating Disbursements | 478,500 | 259,300 | 440,000 | 175,000 | 442,550 | 250,300 | 440,000 | 189,350 | 455,000 | 3,130,000 |
| Capital Expenditures |  |  |  |  |  |  |  |  |  | 0 |
| **Carve-Out** | | | | | | | | | | |
| US Trustee Fees |  |  |  |  |  |  |  |  | 31,425 | 31,425 |
| Debtors' Legal Fees |  |  |  |  | 125,000 |  |  |  | 125,000 | 250,000 |
|  |  |  |  |  |  |  |  |  |  | 0 |
| Total Disbursements | 478,500 | 259,300 | 440,000 | 175,000 | 567,550 | 250,300 | 440,000 | 189,350 | 611,425 | 3,411,425 |
| Operating Cash - Beginning Balance | 255,754 | 122,254 | 192,954 | 92,954 | 258,954 | 96,404 | 176,104 | 76,104 | 216,754 | 255,754 |
| DIP Facility (draw) |  |  |  |  |  |  |  |  | 50,000 | 50,000 |
| Change in Cash | (133,500) | 70,700 | (100,000) | 166,000 | (162,550) | 79,700 | (100,000) | 140,650 | (213,925) | (252,925) |
| Operating Cash - Ending Balance | 122,254 | 192,954 | 92,954 | 258,954 | 96,404 | 176,104 | 76,104 | 216,754 | 2,829 | 2,829 |