**Fill in this information to identify the case:**

Debtor name  Charleston Newspapers

United States Bankruptcy Court for the: Southern District of West Virginia

Case number (If known):  18-20033

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .......................................................................

   $ 749,518.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................

   $ 24,921,539.98

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .......................................................................

   $ 25,671,057.98

---

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................................

   $ 15,659,437.09

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................................................................

   $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*...........................................................

   + $ 12,615,554.41

4. **Total liabilities**...........................................................................................................................
   Lines 2 + 3a + 3b

   $ 28,274,991.50

**Fill in this information to identify the case:**

Debtor name ___Charleston Newspapers___

United States Bankruptcy Court for the: ___Southern District of West Virginia___

Case number (If known): ___18-20033___

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** $ _____1,040.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | 206 Question 3 Continuation | | | $ _____508,715.98 |
| 3.2. | | | | $ _____ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | | $ _____ |
|---|---|---|
| 4.2. | | $ _____ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ _____509,755.98

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. | | $ _____ |
|---|---|---|
| 7.2. | | $ _____ |

Debtor  Charleston Newspapers                                    Case number (*if known*)  18-20033
        Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1.  206 Question 8 Continuation _____  $_____348,744.90

   8.2.  _____  $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                          $_____348,744.90

---

**Part 3:**  **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

                                                              | Current value of debtor's interest |

11. **Accounts receivable**

    11a. 90 days old or less:   _____1,424,477.22 _ _____20,624.00  = ········➔   $_____1,403,853.22
                                  face amount         doubtful or uncollectible accounts

    11b. Over 90 days old:        _____299,072.79 _ _____63,809.16  = ········➔   $_____235,263.63
                                  face amount         doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.      $_____1,639,116.85

---

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☒ Yes. Fill in the information below.

                                          | Valuation method used for current value | Current value of debtor's interest |

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____   _____   $_____

    14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of ownership:

    15.1. G-M Properties, Inc. _____   ___100.00 %   _____   $_____0.00

    15.2. _____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____   _____   $_____

    16.2. _____   _____   $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                         $_____

---

**Schedule A/B: Assets — Real and Personal Property**

Debtor _____Charleston Newspapers_____    Case number (if known) ____18-20033____
         Name

---

| **Part 5:** | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> 206 Question 19 Continuation <br> _____ MM / DD / YYYY | | $ _____ | _____ | $ 440,011.00 |
| 20. **Work in progress** <br> _____ MM / DD / YYYY | | $ _____ | _____ | $ _____ |
| 21. **Finished goods, including goods held for resale** <br> _____ MM / DD / YYYY | | $ _____ | _____ | $ _____ |
| 22. **Other inventory or supplies** <br> 206 Question 22 Continuation <br> _____ MM / DD / YYYY | | $ _____ | _____ | $ 8,029.00 |

23. **Total of Part 5** <br> Add lines 19 through 22. Copy the total to line 84.  → $ 448,040.00

24. **Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☒ Yes. Book value ____$257,566.00____ Valuation method _____ Current value ____$257,566.00____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br> _____ | $ _____ | _____ | $ _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish <br> _____ | $ _____ | _____ | $ _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $ _____ | _____ | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> _____ | $ _____ | _____ | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> _____ | $ _____ | _____ | $ _____ |

Debtor _____ Charleston Newspapers _____    Case number (if known) 18-20033
          Name

33. **Total of Part 6.**                                                                    $_____

Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|----------------------------------------|-----------------------------------|
| 39. **Office furniture** <br> Approx. 45,000 square feet of office space, desks, chairs, cubicles & fixtures | $_____ | _____ | $             83,310.00 |
| 40. **Office fixtures** <br> Included in above | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Office equipment, incl. computers, communications equipment and software, c | $_____ | _____ | $            134,960.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**                                                                   $            218,270.00

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Schedule A/B: Assets — Real and Personal Property

Debtor    Charleston Newspapers                          Case number (if known)    18-20033
                Name

---

## Part 8:    Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1  206 Question 47 Continuation | $ | | $                41,275.25 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Printing press-3 carousel inserters-1 in-line inserter-other mailroom equip. | $ | | $          2,274,337.00 |

51.  **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$          2,315,612.25

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☒ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    Charleston Newspapers
_____
Name

Case number (if known)  18-20033
_____

| Part 9: | Real property |
| --- | --- |

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1 Office bldg and printing facility 1001 Virginia<br>Avenue E, Charleston, WV | Owner | $_____ | building less depreciation | $            749,518.00 |
| 55.2 Parking Garage at 925 Virginia Street East,<br>Charleston, WV | Lessee | $_____ | _____ | $            0.00 |
| 55.3 9 Leases for newspaper and other storage<br>(listed at SOFA question 20) | Lessee | $_____ | _____ | $            0.00 |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.3 and entries from any additional sheets. Copy the total to line 88.

| $            749,518.00 |
| --- |

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☒ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| **60. Patents, copyrights, trademarks, and trade secrets** | $_____ | | $_____ |
| **61. Internet domain names and websites** | $_____ | | $_____ |
| 206 Question 61 Continuation | $_____ | | $            0.00 |
| **62. Licenses, franchises, and royalties** | $_____ | | $_____ |
| **63. Customer lists, mailing lists, or other compilations** | $_____ | | $_____ |
| 206 Question 63 Continuation | $_____ | | $            0.00 |
| **64. Other intangibles, or intellectual property**<br>Masthead-Charleston Daily Mail | $_____ | 2004 valuation | $       10,632,000.00 |
| **65. Goodwill**<br>General goodwill | $_____ | 2004 valuation | $       8,810,000.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $       19,442,000.00 |
| --- |

Schedule A/B: Assets — Real and Personal Property

Debtor  Charleston Newspapers                              Case number (*if known*)   18-20033
        Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____ — _____ = ➜  $_____

Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | Tax year _____ | $_____ |
| | Tax year _____ | $_____ |
| | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

$_____

74. **Causes of action against third parties** (whether or not a lawsuit has been filed)

$_____

Nature of claim      _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

$_____

Nature of claim      _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

$_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

$_____

$_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor  Charleston Newspapers

Name

Case number (if known) 18-20033

---

| Part 12: | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 509,755.98 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 348,744.90 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 1,639,116.85 | |
| 83. **Investments.** Copy line 17, Part 4. | $ | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 448,040.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 218,270.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 2,315,612.25 | |
| 88. **Real property.** Copy line 56, Part 9. ............................................➔ | | $ 749,518.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 19,442,000.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | **+** $ | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 24,921,539.98 | **+** 91b. $ 749,518.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................ | | $ 25,671,057.98 |

Debtor    Charleston Newspapers                                    Case number (if known)   18-20033
          Name

Form 206A/B - Assets - Real and Personal Property

3. Checking, Savings, Money Market, or Financial Brokerage Accounts (Identify All)

<u>Continuation Sheet</u>

| <u>Name of Institution (Bank or Brokerage Firm)</u> | <u>Type of account</u> | Last 4 Digits of <u>Account Number</u> | Current Value of <u>Debtor's Interest</u> |
|---|---|---|---|
| United Bank | Operating Account | 1461 | 410,019.40 |
| United Bank | Lockbox | 1445 | 10,176.88 |
| United Bank | Merchant | 1399 | 22,975.10 |
| United Bank | Payroll | 1453 | 0.00 |
| United Bank | Medical | 1829 | 58,898.27 |
| BB&T Financial | Flex Benefits | 5532 | 52.16 |
| Huntington National Bank | Convergent Digital Med | 6836 | 6,594.17 |

Debtor    Charleston Newspapers                                            18-20033
          Name                                          Case number (if known) _____

Form 206A/B - Assets - Real and Personal Property

8. Prepayments, Including Prepayments on Executory Contracts, Leases, Insurance, Taxes, and Rent

Continuation Sheet

| Description, Including Name of Holder of Prepayment | Current Value of Debtor's Interest |
|---|---|
| Insurance policies | 85,909.66 |
| PPD Dues and memberships | 4,102.68 |
| PPD Sware lease and maintenance | 100,904.98 |
| PPD Computer Maintenance | 3,426.65 |
| PPD Services | 5,000.00 |
| PPD Legal fees | 145,000.00 |
| NIE/Spelling bee | 3,105.93 |
| PPD Equipment service maintenance | 1,295.00 |

Debtor      Charleston Newspapers
Name                                                                    Case number (*if known*)  18-20033

Form 206A/B - Assets - Real and Personal Property

19. Raw Materials

Continuation Sheet

| Raw Materials | Date of the Last Physical Inventory | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Newsprint-540 Metric Tonnes | | | average cost | 347,634.00 |
| Ink-60,000 gallons black and color | | | average cost | 56,016.00 |
| Offset Plates | | | average cost | 476.00 |
| Offset CTP Plates-19,400 plates | | | average cost | 25,202.00 |
| Type Setting Film | | | average cost | 2,962.00 |
| Invt-Bottom Wrap | | | average cost | 2,923.00 |
| Invt-Mail Room Strapping | | | average cost | 4,798.00 |

Debtor   Charleston Newspapers
Name                                                              Case number (*if known*) 18-20033

Form 206A/B - Assets - Real and Personal Property

22. Other Inventory or Supplies

Continuation Sheet

| Other Inventory or Supplies | Date of the Last Physical Inventory | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|
| Unused Postage | | | cost | 4,217.00 |
| Office Supplies | | | cost | 3,812.00 |

Debtor    Charleston Newspapers _____    Case number (if known)  18-20033 _____
          Name

Form 206A/B - Assets - Real and Personal Property

47. Automobiles, Vans, Trucks, Motorcycles, Trailers, and Titled Farm Vehicles

<u>Continuation Sheet</u>

| Include Year, Make, Model, and<br><u>Identification Numbers (i.e., VIN, HIN, or N-number)</u> | Net Book Value<br>of<br><u>Debtor's Interest</u> | Valuation Method Used<br><u>for Current Value</u> | Current Value of<br><u>Debtor's Interest</u> |
|---|---|---|---|
| 2016 TOYOTA COROLLA #20  211BURHE8GC686502 | 10,480.28 | | |
| 2016 Toyota Corolla #5  2T1BURHE7GC540494 | 10,834.87 | | |
| 2015 Toyota Corolla #2 | 5,555.53 | | |
| 2015 Toyota Corolla #46 | 5,554.01 | | |
| 2012 TOYOTA COROLLA #26 | 2,489.79 | | |
| 2014 TOYOTA COROLLA #25 | 5,258.19 | | |
| Transmission including sales tax | 0.00 | | |
| Replacement Engine and Installation in Vehicle #31 includes sales | 0.00 | | |
| Replace Transmission in Vehicle #55 / Less credit $900 (Return C | 0.00 | | |
| (12) GPS units with Service Agreement | 724.74 | | |
| Deer Guard for Nissan Cargo Van #80 | 0.00 | | |
| 2011 Toyota Corolla | 0.00 | | |
| 2011 Toyota Corolla | 0.00 | | |
| 2012 Nissan Cargo Van | 0.00 | | |
| 2011 CHEVROLET TRUCK | 0.00 | | |
| 2011 NISSAN CUBE | 0.00 | | |
| DEERGUARD & FLOODLAMP - VEHICLE 72255 | 0.00 | | |
| CHEVROLET CARGO VAN | 0.00 | | |
| 2010 COBALT | 0.00 | | |
| 2010 COBALT | 0.00 | | |
| 2010 CHEVY VAN 1GBZGHB1A1121115 #52 | 0.00 | | |
| 2009 CHEVY VAN 1GBGG25K091148791 #77 | 0.00 | | |
| 2010 CHEVY COBALT 1G1AB545XA7118119 #31 | 0.00 | | |
| 2010 CHEVY COBALT 1G1AB5F54A7138107 #28 | 0.00 | | |
| 2010 CHEVY COBALT #1G1AB5F87110679 #45 | 0.00 | | |
| 2008 CHEVY UPLANDER 1GNDV23W68D198044 #4 | 0.00 | | |
| 2008 CHEVY UPLANDER 1GNDV23W18D164044 #10 | 0.00 | | |

Debtor | Charleston Newspapers | | 18-20033
Name | | Case number (*if known*)

Form 206A/B - Assets - Real and Personal Property

47. Automobiles, Vans, Trucks, Motorcycles, Trailers, and Titled Farm Vehicles

<u>Continuation Sheet</u>

| Include Year, Make, Model, and<br>Identification Numbers (i.e., VIN, HIN, or N-number) | Net Book Value<br>of<br>Debtor's Interest | Valuation Method Used<br>for Current Value | Current Value of<br>Debtor's Interest |
|---|---|---|---|
| NEW ENGINE IN GMC #59 1GDJC1C62J510971 | 0.00 | | |
| 2009 TOYOTA COROLLA 2T1BU40EX9C93371 #33 | 0.00 | | |
| 2006 COLORADO 1GCDT148968177204 #23 | 0.00 | | |
| 2008 CHEVY VAN 1GCGG25C981182005 #82 | 0.00 | | |
| 2008 COROLLA 2T1BR32E38C937225 #38 | 0.00 | | |
| 2008 COROLLA 2T1BR32E08C874181 #34 | 0.00 | | |
| 2007 GMC CARGO VAN #1GTHG39U771173797 #81 | 0.00 | | |
| 2007 CHEVY VAN | 0.00 | | |
| 2007 CHEVY VAN #58 | 0.00 | | |
| TRANSFERRED BOX AND DEER BUMPER TO VEHICLE #69 | 0.00 | | |
| 2007 CHEVY TRUCK 4KBC4B1U17J800694 #69 | 0.00 | | |
| 2006 CHEVY VAN 1GCH39U561175014 #74 | 0.00 | | |
| 2006 CHEVY VAN 1GCH39U061166866 #68 | 0.00 | | |
| 2005 GMC TRUCK #79 | 0.00 | | |
| 2005 GMC TRUCK #78 | 0.00 | | |
| 2004 GMC TRUCK 5B4KP42Y643392930  #75 | 0.00 | | |
| 1602 1999 GMC TRUCK 1GTGK24R3XR710528 #30 | 0.00 | | |
| 1642 2000 GMC TRUCK 1GDJ7C1C2YJ514654 #64 | 0.00 | | |
| 1660 2002 GMC T-6500 1GDJ7C1C02J503787 #62 | 0.00 | | |
| 1662 2000 GMC TRUCK 1GDJ7C1CXYJ522422 #60 | 0.00 | | |
| 1806 2001 GMC T-6500  18' TRUCK 1GDJ7C1C81J512011 #63 | 0.00 | | |
| 1920 GMC 18' MED TILT T" SERIES TRUCK #59" | 0.00 | | |
| 2061 2004 TRAILBLAZER | 0.00 | | |
| 2074 2004 GMC TRUCK  #61 | 0.00 | | |
| 2004 GMC TRUCK  #61 | 0.00 | | |
| 2004 TRAILBLAZER | 0.00 | | |
| GMC 18' MED TILT "T" SERIES TRUCK #59 | 0.00 | | |

Debtor   Charleston Newspapers
_____
Name
Case number (*if known*) ___18-20033___

Form 206A/B - Assets - Real and Personal Property

47. Automobiles, Vans, Trucks, Motorcycles, Trailers, and Titled Farm Vehicles

<u>Continuation Sheet</u>

| Include Year, Make, Model, and <br>Identification Numbers (i.e., VIN, HIN, or N-number) | Net Book Value <br>of <br>Debtor's Interest | Valuation Method Used <br>for Current Value | Current Value of <br>Debtor's Interest |
|---|---|---|---|
| 2001 GMC T-6500  18' TRUCK 1GDJ7C1C81J512011 #63 | 0.00 | | |
| 2002 GMC T-6500 1GDJ7C1C02J503787 #62 | 0.00 | | |
| 2000 GMC TRUCK 1GDJ7C1CXYJ522422 #60 | 0.00 | | |
| 2000 GMC TRUCK 1GDJ7C1C2YJ514654 #64 | 0.00 | | |
| 1999 GMC TRUCK 1GTGK24R3XR710528 #30 | 377.84 | | |
| Total for vehicles list | 41,275.25 | | 41,275.25 |

Debtor    Charleston Newspapers _____    Case number (*if known*) ___ 18-20033 _____
              Name

Form 206A/B - Assets - Real and Personal Property

61. Internet Domain Names and Websites

<u>Continuation Sheet</u>

| Internet Domain Names and Websites | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| Domain Names | 0.00 | | 0.00 |
| See Attachment - Domain Names | | | |

Charleston Newspapers Domain Names

304digital.com
appalachianegames.com
autobeat.com
charlestondailymail.com
charlestongazette-mail.com
charlestonwv.news
cncustomerservice.com
cnpapers.com
cnpapers.net
cnpapersdr.com
cnphotostore.com
convergentdigitalmarketing.com
convergentdm.com
dailymailwv.com
festivallcharleston.com
gazette-mail.com
gazette-mailcars.com
gazette-mailcelebrations.com
gazette-mailclassifieds.com
gazette-mailcoupons.com
gazette-mailhomes.com
gazette-mailjobs.com
gazette-mailpersonals.com
gazette-mailpets.com
gazette-mailphotos.com
gazette-mailrealestate.com
gazettemailautos.com
gazettemailcars.com
gazettemailcars.com
gazettemailcelebrations.com
gazettemailclassifieds.com
gazettemailcontests.com
gazettemaildigital.com
gazettemailfootball.com
gazettemailhomes.com
gazettemailjobs.com
gazettemailpersonals.com
gazettemailpets.com
gazettemailphotos.com
gazettemailpreps.com
gazettemailrealestate.com
gmcontests.com

ScheduleAB -  Question: 61 - Domain Names

itsjustabadhouse.net
kvneightbors.com
livewellwestvirginia.com
livewellwv.org
lovenissanofstalbans.com
lovenissanwv.com
metrokanawha.com
metroputnam.com
mondaybookclub.com
mountainstatesingles.com
mountainstatetravel.com
moutainstatejobs.com
pscswv.com
pulsewv.com
putnamreview.com
putnamreview.info
putnamreview.net
putnamreview.org
saturdaygazettemail.com
shoplocalwv.com
sundaygazettemail.com
thecharlestongazette.com
thegazz.com
wv360.com
wvaxis.com
wvbizfinder.com
wvcareersite.com
wvcarfinder.com
wvcgm.com
wvcoupons.com
wvdealfinder.com
wvdigitalmarketing.com
wvflipside.com
wvgazette.com
wvgazette.xxx
wvgazettemail.com
wvhealthbeat.com
wvhousefinder.com
wvjobfinder.com
wvjobfinder.net
wvjobfinder.org
wvmarketplace.com
wvmetrowest.com
wvpropertyfinder.com

wvrealestatefinder.com
wvrealnews.com
wvrealtyfinder.com
wvrentalfinder.com
wvstyleteam.com
wvtruckfinder.com

ScheduleAB - Question: 61 - Domain Names

Debtor __Charleston Newspapers_____  Case number (*if known*) __18-20033__
        Name

Form 206A/B - Assets - Real and Personal Property

63. Customer Lists, Mailing Lists, or Other Compilations

<u>Continuation Sheet</u>

| <u>Customer Lists, Mailing Lists, or Other Compilations</u> | Net Book Value of <u>Debtor's Interest</u> | Valuation Method Used <u>for Current Value</u> | Current Value of <u>Debtor's Interest</u> |
|---|---|---|---|
| Subscriber lists | 0.00 | | 0.00 |
| Advertiser lists | 0.00 | | 0.00 |
| Mail list for saturated mail products | 0.00 | | 0.00 |
| Email lists for weekly/monthly newsletters | 0.00 | | 0.00 |

**Fill in this information to identify the case:**

Debtor name ___Charleston Newspapers___

United States Bankruptcy Court for the: ___Southern District of West Virginia___

Case number (If known): ___18-20033___

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| **2.1** | |
|---|---|
| **Creditor's name** | **Describe debtor's property that is subject to a lien** |
| ___United Bank___ | All assets |

Column A: $ ___15,659,437.09___    Column B: $ _____

**Creditor's mailing address**
Attn Larry Salyers, Sr. VP
500 Virginia Street East
Charleston, WV 25301
_____

**Describe the lien**
___Deed of trust___

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** | |
|---|---|
| **Creditor's name** | **Describe debtor's property that is subject to a lien** |
| _____ | |

Column A: $ _____    Column B: $ _____

**Creditor's mailing address**
_____
_____

**Describe the lien**
_____

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ ___15,659,437.09___

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Charleston Newspapers |
| United States Bankruptcy Court for the: | Southern District of West Virginia |
| Case number (If known) | 18-20033 |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2** | Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.3** | Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor  Charleston Newspapers
        Name

Case number (if known)  18-20033

---

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 4 creditors with nonpriority
   unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**

Advance Auto Parts

AAP Financial Services
Acct 7070001227
Atlanta, GA 30374-2063

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

$ 25.74

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**

Appalachian Power

PO BOX 24415
Canton, OH 44701-4415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

$ 22,580.58

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 8018

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**

Applied Industrial Technologies

22510 Network Place
Chicago, IL 60673-1225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

$ 326.02

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**

BB&T Financial FSB

PO Box 580340
Charlotte, NC 28258-0340

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

$ 863.83

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 4577

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**

BD White Birch Investment LLC

Box 513056
Philadelphia, PA 19175-3056

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

$ 327,836.83

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**

Charleston Blueprint

1203 Virginia Street East
Charleston, WV 25301-2908

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

$ 170.20

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---------|-----------------|

| Additional creditors and their claims | Amount of claim |
|---|---|

**3.7** | Nonpriority creditor's name and mailing address

Charleston Business Machine
309 Washington St W
Charleston, WV 25302

Last 4 digits of account number _____

Date or dates debt was incurred _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 144.89

**3.8** | Nonpriority creditor's name and mailing address

Charleston Sanitary Board
and City of Charleston Fees
PO Box 1026
Charleston, WV 25324-1026

Last 4 digits of account number _____

Date or dates debt was incurred    40-1

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,064.35

**3.9** | Nonpriority creditor's name and mailing address

Cintas Corporation #525
PO Box 630910
Cincinnati, OH 45263

Last 4 digits of account number _____

Date or dates debt was incurred _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,057.98

**3.10** | Nonpriority creditor's name and mailing address

Colby Company
366 Scenic Dr.
St. Albans, WV 25177

Last 4 digits of account number _____

Date or dates debt was incurred _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 182.44

**3.11** | Nonpriority creditor's name and mailing address

Cox Newsprint Supply
Attn: JoAnne Kenney
6205 Peachtree Dunwoody Rd
15th Floor
Atlanta, GA 30328

Last 4 digits of account number _____

Date or dates debt was incurred _____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

$ 723.78

Debtor  Charleston Newspapers
        Name

Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

7 cdmiᴴ ]g˙dU[ ᵞcb`m]Za cfᵞgdUᵁW˙]g˙bᵞYYXᵞX˝7cbᴴ]bi ᵞbi a ᵞYf]b[ ˙iᴴ ᵞ˙]bYg˙gᵞei ᵞbᴴ]U˙mᵶca ˙iᴴ ᵞ
dfᵞj ]ci g˙dU[ ᵞ˝ᵶbc˙UXX]ᴴcbᵁˉBCBDFᵶCFᵶHMˉWᵞYX]ᴴcfg˙ᵞ] ghᵶXc˙bchᵶ�  ˙ci ᴴcf˙gi Va ]hi˙ ]g˙dU[ ᵞY˝

5a ci bᴴcZWᵁU]a

**3.12**  Bcbdf]cf]miWᵞYX]ᴴcfᵥg˙bᵁa ᵞUbX˙a Uᵁ]b[ ˙`UXXfᵞYgg    5g˙cZᴴ ᵞdᵞYᴴᴴ]cb˙zᵵ]b[ ˙XUᴴ ᵞᵶᴴ ᵞYWᵁUᵞ ]g.
Dynaric Inc.                                               Check all that apply.          $_____30.34
PO Box 117150                                             ☐ Contingent
Atlanta, GA 30368                                         ☐ Unliquidated
                                                         ☐ Disputed

                                                         6 Ugᵢᵣg˙zcfᴴ ᵞYWᵁUᵞ   Trade Debt _____˙
8 UhᵞcfᵵXUhᵞgᵵXYWᴴk Ug]ᵵbWᵵffYX˙   _____˙    ᵼgᴴ ᵞYWᵁUᵞ ˙gi˙YᵞWᵥᴴᴴᵥc˙zᵵgYfᴸ
@ghi(˙X][ ]hg˙cZᵁWᵞᵵi bᴴbi a ᵞYf˙   _____˙    ☒ No
                                                         ☐ Yes˙

**3.13**  Bcbdf]cf]miWᵞYX]ᴴcfᵥg˙bᵁa ᵞUbX˙a Uᵁ]b[ ˙`UXXfᵞYgg    5g˙cZᴴ ᵞdᵞYᴴᴴ]cb˙zᵵ]b[ ˙XUᴴ ᵞᵶᴴ ᵞYWᵁUᵞ ]g.
                                                         Check all that apply.          $_____4,780.16
Frontier Communications                                  ☐ Contingent
PO Box 740407                                            ☐ Unliquidated
Cincinnati, OH 45274-0407                                ☐ Disputed˙

                                                         6 Ugᵢᵣg˙zcfᴴ ᵞYWᵁUᵞ   Trade Debt _____˙
8 UhᵞcfᵵXUhᵞgᵵXYWᴴk Ug]ᵵbWᵵffYX˙   _____˙    ᵼgᴴ ᵞYWᵁUᵞ ˙gi˙YᵞWᵥᴴᴴᵥc˙zᵵgYfᴸ
@ghi(˙X][ ]hg˙cZᵁWᵞᵵi bᴴbi a ᵞYf˙   17-4          ˙    ☒ No
                                                         ☐ Yes˙

**3.14**  Bcbdf]cf]miWᵞYX]ᴴcfᵥg˙bᵁa ᵞUbX˙a Uᵁ]b[ ˙`UXXfᵞYgg    5g˙cZᴴ ᵞdᵞYᴴᴴ]cb˙zᵵ]b[ ˙XUᴴ ᵞᵶᴴ ᵞYWᵁUᵞ ]g.
Gibbons & Kawash A.C.                                     Check all that apply.          $_____64,237.62
300 Chase Tower                                          ☐ Contingent
707 Virginia Street East                                ☐ Unliquidated
Charleston, WV 25301-2710                                ☐ Disputed˙

                                                         6 Ugᵢᵣg˙zcfᴴ ᵞYWᵁUᵞ   Trade Debt _____˙
8 UhᵞcfᵵXUhᵞgᵵXYWᴴk Ug]ᵵbWᵵffYX˙   _____˙    ᵼgᴴ ᵞYWᵁUᵞ ˙gi˙YᵞWᵥᴴᴴᵥc˙zᵵgYfᴸ
@ghi(˙X][ ]hg˙cZᵁWᵞᵵi bᴴbi a ᵞYf˙   _____˙    ☒ No
                                                         ☐ Yes˙

**3.15**  Bcbdf]cf]miWᵞYX]ᴴcfᵥg˙bᵁa ᵞUbX˙a Uᵁ]b[ ˙`UXXfᵞYgg    5g˙cZᴴ ᵞdᵞYᴴᴴ]cb˙zᵵ]b[ ˙XUᴴ ᵞᵶᴴ ᵞYWᵁUᵞ ]g.
                                                         Check all that apply.          $_____285.86
Goldfarb Electric Supply Co.                             ☐ Contingent
PO BOX 3319                                              ☐ Unliquidated
Charleston, WV 25333                                     ☐ Disputed˙

                                                         6 Ugᵢᵣg˙zcfᴴ ᵞYWᵁUᵞ   Trade Debt _____˙
8 UhᵞcfᵵXUhᵞgᵵXYWᴴk Ug]ᵵbWᵵffYX˙   _____˙    ᵼgᴴ ᵞYWᵁUᵞ ˙gi˙YᵞWᵥᴴᴴᵥc˙zᵵgYfᴸ
@ghi(˙X][ ]hg˙cZᵁWᵞᵵi bᴴbi a ᵞYf˙   ___ ___ ___ .   ☒ No
                                                         ☐ Yes˙

**3.16**  Bcbdf]cf]miWᵞYX]ᴴcfᵥg˙bᵁa ᵞUbX˙a Uᵁ]b[ ˙`UXXfᵞYgg    5g˙cZᴴ ᵞdᵞYᴴᴴ]cb˙zᵵ]b[ ˙XUᴴ ᵞᵶᴴ ᵞYWᵁUᵞ ]g.
Grainger                                                 Check all that apply.          $_____257.72
Dept. 801386772                                         ☐ Contingent
Palatine, IL 60038-0001                                 ☐ Unliquidated
                                                         ☐ Disputed˙

                                                         6 Ugᵢᵣg˙zcfᴴ ᵞYWᵁUᵞ   Trade Debt _____˙
8 UhᵞcfᵵXUhᵞgᵵXYWᴴk Ug]ᵵbWᵵffYX˙   _____˙    ᵼgᴴ ᵞYWᵁUᵞ ˙gi˙YᵞWᵥᴴᴴᵥc˙zᵵgYfᴸ
@ghi(˙X][ ]hg˙cZᵁWᵞᵵi bᴴbi a ᵞYf˙   _____˙    ☒ No
                                                         ☐ Yes˙

Debtor _____   _____
        Charleston Newspapers                      Case number (if known)
        Name

| Part 2: | Additional Page |

3.17    Bcbdf]cf]fmiWfYX]fcfBg]bUa Y]UbX`a UJ`]b[ `UXXfYgg

Impression Products Inc.
129 Dutch Road
Charleston, WV 25302

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 1,110.50

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

---

3.18    Bcbdf]cf]fmiWfYX]fcfBg]bUa Y]UbX`a UJ`]b[ `UXXfYgg

Jefferds Corporation
PO BOX 757
St. Albans, WV 25177

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 98.27

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

---

3.19    Bcbdf]cf]fmiWfYX]fcfBg]bUa Y]UbX`a UJ`]b[ `UXXfYgg

John S Lock & Key Service
114 McFarland St.
Charleston, WV 25301

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 71.16

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

---

3.20    Bcbdf]cf]fmiWfYX]fcfBg]bUa Y]UbX`a UJ`]b[ `UXXfYgg

K & M NEWSPAPER SERVICES INC.
45 GILBERT ST. EXTENSION
MONROE, NY 10950

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 392.35

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

---

3.21    Bcbdf]cf]fmiWfYX]fcfBg]bUa Y]UbX`a UJ`]b[ `UXXfYgg

Kimball Midwest
Department L-2780
Columbus, OH 43260-2780

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 62.04

Basis for the claim:  Trade Debt

Is the claim subject to offset?
☒ No
☐ Yes

Debtor _____   Case number _(if known)_ _____
Name

| Part 2: | Additional Page |

3.22   Liberty Distributors
PO Box 498
Tridelphia, WV 25059

☐ Contingent
☐ Unliquidated
☐ Disputed

Trade Debt

$ 492.14

☒ No
☐ Yes

3.23   Mastermans Safety & Industrial Supplies
PO BOX 411
Auburn, MA 01501

☐ Contingent
☐ Unliquidated
☐ Disputed

Trade Debt

$ 360.19

☒ No
☐ Yes

3.24   McMaster-Carr Supply Company
PO Box 7690
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Trade Debt

$ 213.54

☒ No
☐ Yes

3.25   Metro Creative Graphics Inc.
519 8th Avenue, 18th Floor
New York, NY 10018-6506

☐ Contingent
☐ Unliquidated
☐ Disputed

Trade Debt

$ 535.00

☒ No
☐ Yes

3.26   Michael Best & Friedrich LLP
100 E. Wisconsin Ave #3300
Milwaukee, WI 53202

☐ Contingent
☐ Unliquidated
☐ Disputed

Professionals

$ 11,998.35

☒ No
☐ Yes

**Part 2:**  **Additional Page**

| 7 cdmih ]g·dU[ Y·cb·mj]Za cfY·gdUWW']g·bYYXYX "7 cbH]bi Y·bi a VYf]b[ ]·h Y·]bYg·gYei YbH]U·mZca ·h Y·dfYj]ci g·dU[ Y"=Zbc·UXX]H]cbU·BCBDF=CF=HM·WYX]hcfg·Y1·ghEXc·bchiZ·ci·hcf·gi·Va ]h]A ]g·dU[ Y" | 5a ci bhcZWUja |
|---|---|

3.27  Bcbdf]cf]miWYX]hcfãg·bUa Y·UbX·a U]`]b[ ·UXXfYgg
Miller & Amos
Attorneys at Law
2 Hale Street #301
Charleston, WV 25301

5 g·cZW]·Y·dYhJ]cb·Z]`]b[ ·XUHYzh]·W]U]a ·]g:  $_____42,654.84
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g·z]cf·h Y·W]U]a ·  __Professionals__·

8 UhY·cf·XUhYg·XYVh·k Ug·]bWi ffYX·  _____·
@Ugh·{·X][ ]hg·cZ·UWWci bh·bi a VYf·  _____·
=g·h Y·W]U]a ·gi V/YWh·hc·cZZgYh8
☒ No
☐ Yes·

---

3.28  Bcbdf]cf]miWYX]hcfãg·bUa Y·UbX·a U]`]b[ ·UXXfYgg
Mountain Air Compressor Inc
1508 West State Street
Bristol, TN 37620

5 g·cZW]·Y·dYhJ]cb·Z]`]b[ ·XUHYzh]·W]U]a ·]g:  $_____316.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed·

6 Ug]g·z]cf·h Y·W]U]a ·  __Trade Debt__·

8 UhY·cf·XUhYg·XYVh·k Ug·]bWi ffYX·  _____·
@Ugh·{·X][ ]hg·cZ·UWWci bh·bi a VYf·  _____·
=g·h Y·W]U]a ·gi V/YWh·hc·cZZgYh8
☒ No
☐ Yes·

---

3.29  Bcbdf]cf]miWYX]hcfãg·bUa Y·UbX·a U]`]b[ ·UXXfYgg
Mountaineer Gas Company
2401 Sissonville Dr.
Charleston, WV 25387

5 g·cZW]·Y·dYhJ]cb·Z]`]b[ ·XUHYzh]·W]U]a ·]g:  $_____5,334.17
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed·

6 Ug]g·z]cf·h Y·W]U]a ·  __Trade Debt__·

8 UhY·cf·XUhYg·XYVh·k Ug·]bWi ffYX·  _____·
@Ugh·{·X][ ]hg·cZ·UWWci bh·bi a VYf·  __5426____
=g·h Y·W]U]a ·gi V/YWh·hc·cZZgYh8
☒ No
☐ Yes·

---

3.30  Bcbdf]cf]miWYX]hcfãg·bUa Y·UbX·a U]`]b[ ·UXXfYgg
Newark Element14
33190 Collection Center Drive
Chicago, IL 60693-0331

5 g·cZW]·Y·dYhJ]cb·Z]`]b[ ·XUHYzh]·W]U]a ·]g:  $_____147.42
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed·

6 Ug]g·z]cf·h Y·W]U]a ·  __Trade Debt__·

8 UhY·cf·XUhYg·XYVh·k Ug·]bWi ffYX·  _____·
@Ugh·{·X][ ]hg·cZ·UWWci bh·bi a VYf·  __ __ __ __·
=g·h Y·W]U]a ·gi V/YWh·hc·cZZgYh8
☒ No
☐ Yes·

---

3.31  Bcbdf]cf]miWYX]hcfãg·bUa Y·UbX·a U]`]b[ ·UXXfYgg
Nitro Electric Company Inc.
4300 First Avenue, 2nd Fl.
Nitro, WV 25143

5 g·cZW]·Y·dYhJ]cb·Z]`]b[ ·XUHYzh]·W]U]a ·]g:  $_____950.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed·

6 Ug]g·z]cf·h Y·W]U]a ·  __Trade Debt__·

8 UhY·cf·XUhYg·XYVh·k Ug·]bWi ffYX·  _____·
@Ugh·{·X][ ]hg·cZ·UWWci bh·bi a VYf·  _____·
=g·h Y·W]U]a ·gi V/YWh·hc·cZZgYh8
☒ No
☐ Yes·

| Debtor | | Case number (if known) |
|---|---|---|
| | Name | |

**Part 2:** | **Additional Page**

| | 5a ci blicZWUja |
|---|---|

**3.32** | Oracle Elevator Company
PO Box 636832
Cincinnati, OH 45263-6832

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,113.00

Trade Debt

No ☒   Yes ☐

**3.33** | Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street NW, Suite 340
Washington, DC 20005

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12,000,000.00

Unfunded Benefit Liability

No ☒   Yes ☐

**3.34** | Pro 1 Automotive LLC
Charleston Auto
PO Box 13412
Charleston, WV 25360

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,314.35

Trade Debt

No ☒   Yes ☐

**3.35** | Resolute FP US Inc.
Lockbox #7117
PO Box 8500
Philadelphia, PA 19178-7117

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 45,681.08

Trade Debt

No ☒   Yes ☐

**3.36** | River Cities Printing
Div. of Champion Industries Inc.
PO Box 2968
Huntington, WV 25728

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 698.94

Trade Debt

No ☒   Yes ☐

| Debtor | Charleston Newspapers | | Case number *(if known)* | |
| | Name | | | |

## Part 2: Additional Page

| | |
|---|---|
| 7 cdmiḧ ]g˙dU[ Y˙cb˙m]Za cfY˙gdUUW˙]g˙bYYXYX˝7 cbḦbi Y˙bi a VYf]b[ ˙iḦ Y˙]bYg˙gYei YbḦ]U˙m2ca ˙iḧ Y˙dfYj]ci ˙dU[ Y˝=Zbc˙UXX]ḧcbU˙BCBDF�±CF÷HM˙WYX]ḧcfg˙Yl]ghẐXc˙bcḧ2˙˙ci ḧcf˙gi Va ]ḧiḧ ]g˙dU[ Y˝ | 5a ci bḧcZWUḧa |

**3.37** | Bcbdf]cf]miŴYX]ḧcf9g˙bUa Y˙UbX˙a U[]b[ ˙UXXfYgg | 5g˙cZḧ Y˙dYḧ]ḧcb2]]b[ ˙XUḧ˙Y# Y˙WUUJa ˙]g. | $ 13,860.00
Southern Lithoplate Inc. | *Check all that apply.* |
PO Box 741887 | ☐ Contingent |
Atlanta, GA 30374-1887 | ☐ Unliquidated |
| ☐ Disputed |
| | 6 Ug]g˙Zcf˙ḧ Y˙WUUJa ˙ | Trade Debt
8 Uḧ ˙cf˙XUḧ g˙XYVḧ˙kUg˙]bWi ffYX | ☑ No |
@Ugḧ ( X][ ]ḧg˙cZ˙UWWci bḧ bi a VYf | ☐ Yes |

**3.38** | Bcbdf]cf]miŴYX]ḧcf9g˙bUa Y˙UbX˙a U[]b[ ˙UXXfYgg | 5g˙cZḧ Y˙dYḧ]ḧcb2]]b[ ˙XUḧ˙Yḧ Y˙WUUJa ˙]g. | $ 7,000.00
Stanley Hunt DuPree & Rhine | *Check all that apply.* |
Fee Processing Group | ☐ Contingent |
PO BOX 1033 | ☐ Unliquidated |
Charleston, WV 25324-1033 | ☐ Disputed |
| | 6 Ug]g˙Zcf˙ḧ Y˙WUUJa ˙ | Trade Debt
8 Uḧ ˙cf˙XUḧ g˙XYVḧ˙kUg˙]bWi ffYX | ☑ No |
@Ugḧ ( X][ ]ḧg˙cZ˙UWWci bḧ bi a VYf | ☐ Yes |

**3.39** | Bcbdf]cf]miŴYX]ḧcf9g˙bUa Y˙UbX˙a U[]b[ ˙UXXfYgg | 5g˙cZḧ Y˙dYḧ]ḧcb2]]b[ ˙XUḧ˙Yḧ Y˙WUUJa ˙]g. | $ 8.00
Star Car Wash | *Check all that apply.* |
729 9th Ave #97 | ☐ Contingent |
Huntington, WV 25701 | ☐ Unliquidated |
| ☐ Disputed |
| | 6 Ug]g˙Zcf˙ḧ Y˙WUUJa ˙ | Trade Debt
8 Uḧ ˙cf˙XUḧ g˙XYVḧ˙kUg˙]bWi ffYX | ☑ No |
@Ugḧ ( X][ ]ḧg˙cZ˙UWWci bḧ bi a VYf | ☐ Yes |

**3.40** | Bcbdf]cf]miŴYX]ḧcf9g˙bUa Y˙UbX˙a U[]b[ ˙UXXfYgg | 5g˙cZḧ Y˙dYḧ]ḧcb2]]b[ ˙XUḧ˙Yḧ Y˙WUUJa ˙]g. | $ 33,308.09
Sun Chemical | *Check all that apply.* |
PO Box 2193 | ☐ Contingent |
Carol Stream, IL 60132-2193 | ☐ Unliquidated |
| ☐ Disputed |
| | 6 Ug]g˙Zcf˙ḧ Y˙WUUJa ˙ | Trade Debt
8 Uḧ ˙cf˙XUḧ g˙XYVḧ˙kUg˙]bWi ffYX | ☑ No |
@Ugḧ ( X][ ]ḧg˙cZ˙UWWci bḧ bi a VYf | ☐ Yes |

**3.41** | Bcbdf]cf]miŴYX]ḧcf9g˙bUa Y˙UbX˙a U[]b[ ˙UXXfYgg | 5g˙cZḧ Y˙dYḧ]ḧcb2]]b[ ˙XUḧ˙Yḧ Y˙WUUJa ˙]g. | $ 74.00
Terminix Processing Center | *Check all that apply.* |
PO Box 742592 | ☐ Contingent |
Cincinnati, OH 45274-2592 | ☐ Unliquidated |
| ☐ Disputed |
| | 6 Ug]g˙Zcf˙ḧ Y˙WUUJa ˙ | Trade Debt
8 Uḧ ˙cf˙XUḧ g˙XYVḧ˙kUg˙]bWi ffYX | ☑ No |
@Ugḧ ( X][ ]ḧg˙cZ˙UWWci bḧ bi a VYf | ☐ Yes |

Debtor    Charleston Newspapers
          Name

Case number (if known)

| Part 2: | Additional Page |
|---|---|

5a ci bħc ZWU]a

---

**3.42**    Bcbdf]cf]miWfYX]rcfßg bUa Y UbX a U]'b[ UXXfYgg    5g'cZħ Y'dYħħcb`2]`b[`XUħħ2ħ Y'WWU]a `]g.    $ 322.60
Check all that apply.

Tyler Mountain Water Co. Inc.
PO Box 909
Nitro, WV 25143-0909
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g z f'ħ Y'WWU]a .    Trade Debt

8 UħY'cf'XUħYg'XYVħk Ug]'bW'ffYX    =g'ħ Y'WWU]a `gi `V'WWħfc'cZ gYf8
@ugħ('X][]ħg'cZ'UWħ i `bħbi `a VYf`    ☒ No
                                       ☐ Yes

---

**3.43**    Bcbdf]cf]miWfYX]rcfßg`bUa Y UbX a U]'b[ UXXfYgg    5g'cZħ Y'dYħħcb`2]`b[`XUħħ2ħ Y'WWU]a `]g.    $ 3,668.25
Check all that apply.

United Bankcard Center
PO BOX 3364
Charleston, WV 25333-3364
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g z f'ħ Y'WWU]a .    Trade Debt

8 UħY'cf'XUħYg'XYVħk Ug]'bW'ffYX    =g'ħ Y'WWU]a `gi `V'WWħfc'cZ gYf8
@ugħ('X][]ħg'cZ'UWħ i `bħbi `a VYf`    ☒ No
                                       ☐ Yes

---

**3.44**    Bcbdf]cf]miWfYX]rcfßg`bUa Y UbX a U]'b[ UXXfYgg    5g'cZħ Y'dYħħcb`2]`b[`XUħħ2ħ Y'WWU]a `]g.    $ 2,059.20
Check all that apply.

Veritiv Operating Company
formerly xpedx
PO Box 644520
Pittsburgh, PA 15264-4520
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g z f'ħ Y'WWU]a .    Trade Debt

8 UħY'cf'XUħYg'XYVħk Ug]'bW'ffYX    =g'ħ Y'WWU]a `gi `V'WWħfc'cZ gYf8
@ugħ('X][]ħg'cZ'UWħ i `bħbi `a VYf`    ☒ No
                                       ☐ Yes

---

**3.45**    Bcbdf]cf]miWfYX]rcfßg`bUa Y UbX a U]'b[ UXXfYgg    5g'cZħ Y'dYħħcb`2]`b[`XUħħ2ħ Y'WWU]a `]g.    $ 968.15
Check all that apply.

Waste Management of WV
PO Box 13648
Philadelphia, PA 19101-3648
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g z f'ħ Y'WWU]a .    Trade Debt

8 UħY'cf'XUħYg'XYVħk Ug]'bW'ffYX    =g'ħ Y'WWU]a `gi `V'WWħfc'cZ gYf8
@ugħ('X][]ħg'cZ'UWħ i `bħbi `a VYf`    ☒ No
                                       ☐ Yes

---

**3.46**    Bcbdf]cf]miWfYX]rcfßg`bUa Y UbX a U]'b[ UXXfYgg    5g'cZħ Y'dYħħcb`2]`b[`XUħħ2ħ Y'WWU]a `]g.    $ 6,612.48
Check all that apply.

Wex Bank
PO Box 6293
Carol Stream, IL 60197-6293
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g z f'ħ Y'WWU]a .    Trade Debt

8 UħY'cf'XUħYg'XYVħk Ug]'bW'ffYX    =g'ħ Y'WWU]a `gi `V'WWħfc'cZ gYf8
@ugħ('X][]ħg'cZ'UWħ i `bħbi `a VYf`    ☒ No
                                       ☐ Yes

Debtor _____    Case number (if known) _____
Name

| Part 2: | Additional Page |
|---|---|

| | |
|---|---|
| | **5a ci bi‹cZWU∫a** |

**3.47** | Bcbdf[cf]miWfYX[rcfBg‹bUa Y‹UbX‹a Uʃ]b[ ‹UXXfYgg

WV American Water
PO Box 790247
St. Louis, MO 63179-0247

5g‹cZh‹ Y‹dYHj‹cb‹z‹]b[ ‹XUHf‹z‹h Y‹WU∫a ‹]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,334.53

6 Ug]g‹z‹f‹h Y‹WU∫a . _Trade Debt_____

8 UhY‹cf‹XUhY‹g‹XYVh‹k Ug‹]bWi‹ffYX‹ _____
@Ugh‹(‹X][‹hg‹cZ‹UWWci‹bh‹bi a‹bYf‹ _4097_____

‹g‹h Y‹WU∫a ‹gi ‹V‹Y‹Wh‹c‹Zg‹Yh8
☒ No
☐ Yes

---

**3.48** | Bcbdf[cf]miWfYX[rcfBg‹bUa Y‹UbX‹a Uʃ]b[ ‹UXXfYgg

WV American Water
PO Box 790247
St. Louis, MO 63179-0247

5g‹cZh‹ Y‹dYHj‹cb‹z‹]b[ ‹XUHf‹z‹h Y‹WU∫a ‹]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 227.43

6 Ug]g‹z‹f‹h Y‹WU∫a . _Trade Debt_____

8 UhY‹cf‹XUhY‹g‹XYVh‹k Ug‹]bWi‹ffYX‹ _____
@Ugh‹(‹X][‹hg‹cZ‹UWWci‹bh‹bi a‹bYf‹ _0112_____

‹g‹h Y‹WU∫a ‹gi ‹V‹Y‹Wh‹c‹Zg‹Yh8
☒ No
☐ Yes

---

**3._____** | Bcbdf[cf]miWfYX[rcfBg‹bUa Y‹UbX‹a Uʃ]b[ ‹UXXfYgg

5g‹cZh‹ Y‹dYHj‹cb‹z‹]b[ ‹XUHf‹z‹h Y‹WU∫a ‹]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

6 Ug]g‹z‹f‹h Y‹WU∫a . _____

8 UhY‹cf‹XUhY‹g‹XYVh‹k Ug‹]bWi‹ffYX‹ _____
@Ugh‹(‹X][‹hg‹cZ‹UWWci‹bh‹bi a‹bYf‹ _____

‹g‹h Y‹WU∫a ‹gi ‹V‹Y‹Wh‹c‹Zg‹Yh8
☐ No
☐ Yes

---

**3._____** | Bcbdf[cf]miWfYX[rcfBg‹bUa Y‹UbX‹a Uʃ]b[ ‹UXXfYgg

5g‹cZh‹ Y‹dYHj‹cb‹z‹]b[ ‹XUHf‹z‹h Y‹WU∫a ‹]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

6 Ug]g‹z‹f‹h Y‹WU∫a . _____

8 UhY‹cf‹XUhY‹g‹XYVh‹k Ug‹]bWi‹ffYX‹ _____
@Ugh‹(‹X][‹hg‹cZ‹UWWci‹bh‹bi a‹bYf‹ __ __ __ __

‹g‹h Y‹WU∫a ‹gi ‹V‹Y‹Wh‹c‹Zg‹Yh8
☐ No
☐ Yes

---

**3._____** | Bcbdf[cf]miWfYX[rcfBg‹bUa Y‹UbX‹a Uʃ]b[ ‹UXXfYgg

5g‹cZh‹ Y‹dYHj‹cb‹z‹]b[ ‹XUHf‹z‹h Y‹WU∫a ‹]g.
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

6 Ug]g‹z‹f‹h Y‹WU∫a . _____

8 UhY‹cf‹XUhY‹g‹XYVh‹k Ug‹]bWi‹ffYX‹ _____
@Ugh‹(‹X][‹hg‹cZ‹UWWci‹bh‹bi a‹bYf‹ _____

‹g‹h Y‹WU∫a ‹gi ‹V‹Y‹Wh‹c‹Zg‹Yh8
☐ No
☐ Yes

Debtor    Charleston Newspapers                                    Case number *(if known)*   2:18-20028
          Name

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ _____ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ _____ 12,615,554.41 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ _____ 12,615,554.41 |

**Fill in this information to identify the case:**

Debtor name    Charleston Newspapers

United States Bankruptcy Court for the:    Southern District of West Virginia

Case number (If know_ )    DW 18-20033                          ///// Chapter  Chapter 11

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | Executory Contract Digital Services | Adcellerant LLC<br>3461 Ringsbry St.<br>Suite 140<br>Denver, CO 80216 |
| State the term remaining | 2 years | |
| List the contract number of any government contract | | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | Executory Contract Adobe License | Adobe Systems Incorporated<br>29322 Network Place<br>Chicago, IL 60673-1293 |
| State the term remaining | Month-to-Month | |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | Executory Contract Obituaries | Adpay - Memoriams, an Ancestry Company<br>PO Box 560101<br>Denver, CO 80256-0101 |
| State the term remaining | 36 months | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | Executory Contract Sales Tool Software | AdSeller<br>c/o Pulse Research<br>PO Box 2884<br>Portland, OR 97208 |
| State the term remaining | Month-to-Month | |
| List the contract number of any government contract | | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | Executory Contract Advertising Contract | Aldi<br>c/o Alliance Media<br>Attn: AP<br>PO Box 7037<br>Downers Grove, IL 60515 |
| State the term remaining | 12/31/2017 | |
| List the contract number of any government contract | | |

Debtor  Charleston Newspapers · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·    Case number *(if known)*  18-20033 · · · · · · · · · · · · · ·
      Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| | | | |
|---|---|---|---|
| 2.`6` | **State what the contract or lease is for and the nature of the debtor's interest** | Executory Contract<br>Storage | American Self Storage<br><br>PO Box 1608<br>Lewisburg, WV 24901 |
| | **State the term remaining** | Month-to-Month | |
| | **List the contract number of any government contract** | | |
| 2.`7` | **State what the contract or lease is for and the nature of the debtor's interest** | Executory Contract<br>Newsroom Syndicates | Andrews McMeel Syndication<br><br>PO Box 843345<br>Kansas City, MO 64184-6734 |
| | **State the term remaining** | Month-to-Month | |
| | **List the contract number of any government contract** | | |
| 2.`8` | **State what the contract or lease is for and the nature of the debtor's interest** | Executory Contract<br>Utility Electric | Appalachian Power<br><br>PO BOX 24415<br>Canton, OH 44701-4415 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.`9` | **State what the contract or lease is for and the nature of the debtor's interest** | Executory Contract<br>Photo Images/Content | Associated Press<br><br>200 Liberty Street<br>New York, NY 10281 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2._10 | **State what the contract or lease is for and the nature of the debtor's interest** | Executory Contract<br>Storage | B & T Storage<br><br>PO Box 99<br>Cora, WV 25614 |
| | **State the term remaining** | Month-to-Month | |
| | **List the contract number of any government contract** | | |
| 2.`11` | **State what the contract or lease is for and the nature of the debtor's interest** | Executory Contract<br>Advertising Contract | Best Buy/Starcom<br><br>Resources: c/o Starcom<br>27-01 Queens Plaza North<br>Long Island City, NY 11101-4020 |
| | **State the term remaining** | 7/31/2018 | |
| | **List the contract number of any government contract** | | |
| 2.`12` | **State what the contract or lease is for and the nature of the debtor's interest** | Executory Contract<br>Advertising Contract | BlueSoHo - Big Lots<br><br>Attn: AP BlueSoho<br>1630 Terminal Street<br>West Sacramento, CA 95691 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

Debtor  Charleston Newspapers · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·   Case number (if known)  18-20033 · · · · · · · · · · · · · · · ·
      Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.´13 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Advertising Contract<br>**State the term remaining** 6/30/2018<br>**List the contract number of any government contract** | BlueSoHo - Family Dollar<br><br>Attn: AP - Family Dollar<br>1630 Terminal Street<br>West Sacramento, CA 95691 |
| 2.´14 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Advertising Contract<br>**State the term remaining**<br>**List the contract number of any government contract** | BlueSoHo - Lowes<br><br>Attn: AP - Lowes<br>1630 Terminal Street<br>West Sacramento, CA 95691 |
| 2.´15 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Advertising Contract<br>**State the term remaining** 9/30/2018<br>**List the contract number of any government contract** | BlueSoHo - Michael's<br><br>Attn: AP- Michael's<br>1630 Terminal Street<br>West Sacramento, CA 95691 |
| 2.´16 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Advertising Contract<br>**State the term remaining** 3/31/2018<br>**List the contract number of any government contract** | BlueSoHo - Rite Aid<br><br>Attn: AP - Rite Aid<br>1630 Terminal Street<br>West Sacramento, CA 95691 |
| 2.´17 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Advertising Contract<br>**State the term remaining** Unknown<br>**List the contract number of any government contract** | BlueSoHo - Rural King<br><br>Attn: AP - Rural King<br>1630 Terminal Street<br>West Sacramento, CA 95691 |
| 2.´18 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Advertising Contract<br>**State the term remaining** 1/31/2019<br>**List the contract number of any government contract** | BlueSoHo - Shoe Carnival<br><br>Attn: AP - Shoe Carnival<br>1630 Terminal Street<br>West Sacramento, CA 95691 |
| 2.´19 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Newsroom Syndicates<br>**State the term remaining**<br>**List the contract number of any government contract** | Cagle Cartoons, Inc.<br><br>PO Box 22342<br>Santa Barbara, CA 93121 |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor  Charleston Newspapers ................................................    Case number (*if known*)  18-20033 ..............
⎿ Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.`20** **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Second Amended & Restated Joint Operating Agreement<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Charleston Publishing Company<br><br>c/o Affiliated Media, Inc.<br>Attn: President<br>101 W. Colfax Ave. Ste 1100<br>Denver, CO 80202 |
| **2.`21** **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Utility Sewer and City Service Fees<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Charleston Sanitary Board-City of Charleston<br><br>PO Box 7949<br>Charleston, WV 25356-7949 |
| **2.`22** **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Work Order<br><br>**State the term remaining** — 12/14/2016 with automatic 1-year renewal<br><br>**List the contract number of any government contract** | Chartbeat<br><br>826 Broadway<br>6th Floor<br>New York |
| **2.`23** **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Kiosk Sales<br><br>**State the term remaining** — 7/1/2018<br><br>**List the contract number of any government contract** | Circulation Newsies<br><br>5009 Bristol Hill Drive<br>O'Fallon, IL 62269 |
| **2.`24** **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / License<br><br>**State the term remaining** — 03/01/2018 with automatic 1-year renewal<br><br>**List the contract number of any government contract** | CitySpark, Inc.<br><br>9690 S. 300 W.<br>Sandy, UT 84070 |
| **2.`25** **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Delivery Services<br><br>**State the term remaining** — 9/30/2015<br><br>**List the contract number of any government contract** | Community Holdings of West Virginia, Inc.<br><br>dba The Bluefield Daily Telegraph<br>928 Bluefield Ave.<br>Bluefield, WV 24701 |
| **2.`26** **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Delivery Services<br><br>**State the term remaining** — Unknown<br><br>**List the contract number of any government contract** | Community Holdings of West Virginia, Inc.<br><br>dba The Register-Herald<br>801 N. Kanawha Street<br>Beckley, WV 25801 |

Debtor ·Charleston Newspapers· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·  Case number (if known)  ·18-20033· · · · · · · · · · · · · · ·
             Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.²27** **State what the contract or lease is for and the nature of the debtor's interest** Executory Contract Backup Assistant **State the term remaining** 8/21/2018 **List the contract number of any government contract** | Cortex 991 Whitehorse Road Box MI 3128 |
| **2.²28** **State what the contract or lease is for and the nature of the debtor's interest** Executory Contract Management Services for Newsprint Purchases **State the term remaining** 3/24/2021 **List the contract number of any government contract** | Cox Newsprint Supply, LLC 6205 Peachtree DunWoody Road 8th Floor Atlanta, GA 30328 |
| **2.²29** **State what the contract or lease is for and the nature of the debtor's interest** Executory Contract Newsroom Syndicates **State the term remaining** **List the contract number of any government contract** | Creators Syndicate 737 3rd Street Hermosa Beach 90254 |
| **2.²30** **State what the contract or lease is for and the nature of the debtor's interest** Executory Contract Advertising Contract **State the term remaining** 5/31/2018 **List the contract number of any government contract** | CVS Pharmacy c/o Innovative Media Sol PO Box 7037 Downers Grove, IL 60515 |
| **2.²31** **State what the contract or lease is for and the nature of the debtor's interest** Executory Contract Independent Contract **State the term remaining** 2/20/2018 **List the contract number of any government contract** | Dana and Kent Sowards |
| **2.²32** **State what the contract or lease is for and the nature of the debtor's interest** Executory Contract IBM Line Printer Maintenance **State the term remaining** Unknown **List the contract number of any government contract** | Decision One Corporation 640 Lee Road Third Floor Wayne, PA 19087 |
| **2.²33** **State what the contract or lease is for and the nature of the debtor's interest** Executory Contract Advertising Contract **State the term remaining** 1/31/2015 **List the contract number of any government contract** | Dicks Sporting Goods / Novus c/o AP Agenti Media Services Two Carlson Parkway Suite 400 Plymouth, MN 55447 |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor  Charleston Newspapers ......................................................... Case number (if known) 18-20033 .................

Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.´34 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Royalties<br><br>**State the term remaining** — 3 years with automatic renewal<br><br>**List the contract number of any government contract** | Dow Jones<br><br>200 Burnett Rd.<br>Chicopee, MA 1020 |
| 2.´35 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Advertising Contract<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DUDA<br><br>577 College Avenue<br>Palo Alto, CA 94306 |
| 2.´36 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Domain Name(s)<br><br>**State the term remaining** — 01/30/2018 with automatic renewal<br><br>**List the contract number of any government contract** | DUDA<br><br>577 College Avenue<br>Palo Alto, CA 94306 |
| 2.´37 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Storage<br><br>**State the term remaining** — Month-to-Month<br><br>**List the contract number of any government contract** | EBG - Eric Gardner<br><br>PO Box 376<br>East Bank, WV 25067 |
| 2.´38 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Advertising Contract<br><br>**State the term remaining** — 1/3/2019<br><br>**List the contract number of any government contract** | ElderBeerman<br><br>331 W. Wisconsin<br>Sales Promo/Mkg 3rd Floor<br>Milwaukee, WI 53203 |
| 2.´39 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Data Storage<br><br>**State the term remaining** — 5/8/2018<br><br>**List the contract number of any government contract** | Electronic Storage Corporation - Laservault<br><br>PO Box 4779<br>Tulsa, OK 74159 |
| 2.´40 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Energy Management Agreement<br><br>**State the term remaining** — Until Terminated<br><br>**List the contract number of any government contract** | EnerNOC<br><br>One Marina Park Drive<br>Suite 400<br>Boston, MA 2210 |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor  Charleston Newspapers ·····································  Case number *(if known)*  18-20033 ················
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.`41` **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Energy Savings Agreement <br><br> **State the term remaining** 5/31/2019 <br> **List the contract number of any government contract** | EnerNOC SOW <br><br> One Marina Park Drive <br> Suite 400 <br> Boston, MA 2210 |
| 2.`42` **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Maintenance Trendsetter News CTP <br><br> **State the term remaining** 3 years <br> **List the contract number of any government contract** | EZ Hi Tech <br><br> 1140 Rt. 22 West <br> Mountainside, NJ 7092 |
| 2.`43` **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / BillTrust Agreement <br><br> **State the term remaining** Month-to-Month <br> **List the contract number of any government contract** | Factor Systems Inc. dba BillTrust <br><br> 75 Remittance Drive <br> Dept 1394 <br> Chicago, IL 60675-1394 |
| 2.`44` **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Wastepaper Recycling <br><br> **State the term remaining** 6/30/2019 <br> **List the contract number of any government contract** | FLOM Corporation <br><br> 14333 Laurel-Bowie Road <br> Laurel, MD 20708 |
| 2.`45` **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Equipment Lease, Telephone Services Agreement, Mitel Telephone System <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Frontier Communications <br><br> PO Box 740407 <br> Cincinnati, OH 5274-0407 |
| 2.`46` **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Trade Agreement/Advertising <br><br> **State the term remaining** 11/14/2017 <br> **List the contract number of any government contract** | Gibbons & Kawash <br><br> 303 Chase Tower <br> 707 Virginia St., East <br> Charleston, WV 25301 |
| 2.`47` **State what the contract or lease is for and the nature of the debtor's interest** — Lease - Lessee / Parking Garage Lease <br><br> **State the term remaining** auto renewal <br> **List the contract number of any government contract** | G-M Properties, Inc. <br><br> 1001 Virginia Street East <br> Charleston, WV 25301 |

Debtor  Charleston Newspapers ·················································  Case number (*if known*) 18-20033 ···············
  Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.´48 State what the contract or lease is for and the nature of the debtor's interest** Executory Contract / Domain Name(s) <br> **State the term remaining** Unknown <br> **List the contract number of any government contract** | Godaddy <br><br> 14455 N. Hayden Rd. <br> Ste 226 <br> Scottsdale, AZ 85260-6947 |
| **2.´49 State what the contract or lease is for and the nature of the debtor's interest** Executory Contract / Google Gmail Agreement <br> **State the term remaining** 5/25/2018 <br> **List the contract number of any government contract** | Google, Inc. <br><br> 1600 Amphitheatre Pkwy <br> Mountain View, CA 94043 |
| **2.´50 State what the contract or lease is for and the nature of the debtor's interest** Executory Contract / Advertising Contract <br> **State the term remaining** Unknown <br> **List the contract number of any government contract** | Guarantee Digital <br><br> 700 West North Shore Dr. <br> Hartland, WI 53029 |
| **2.´51 State what the contract or lease is for and the nature of the debtor's interest** Executory Contract / Commercial Printing <br> **State the term remaining** 4/1/2019 <br> **List the contract number of any government contract** | HD Media <br><br> 946 5th Avenue <br> Huntington, WV 25701 |
| **2.´52 State what the contract or lease is for and the nature of the debtor's interest** Executory Contract / Storage <br> **State the term remaining** <br> **List the contract number of any government contract** | Hide-A-Way Storage <br><br> 294 Evans View Rd. <br> Evans, WV 25241 |
| **2.´53 State what the contract or lease is for and the nature of the debtor's interest** Executory Contract / Advertising Contract <br> **State the term remaining** 1/31/2016 <br> **List the contract number of any government contract** | Home Depot / Novus <br><br> c/o AP Agenti Media Services <br> Two Carlson Parkway <br> Suite 400 <br> Plymouth, MN 55447 |
| **2.´54 State what the contract or lease is for and the nature of the debtor's interest** Executory Contract / Advertising Contract <br> **State the term remaining** 8/18/2018 <br> **List the contract number of any government contract** | Improve Physical Therapy and Hand Center, LLC <br><br> 4522 MacCorkle Ave SE <br> Ste 1 <br> Charleston, WV 25304-1840 |

Debtor  Charleston Newspapers · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · Case number *(if known)* · 18-20033 · · · · · · · · · · · · · ·
        Name

## ▮ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.`55** **State what the contract or lease is for and the nature of the debtor's interest** Executory Contract<br>Revenue Share Agreement<br><br>**State the term remaining** 2 years with automatic renewal<br><br>**List the contract number of any government contract** | Invisibly, Inc. - National Registered Agents, Inc.<br><br>National Registered Agents, Inc.<br>160 Greentree Drive<br>Suite 101<br>Dover, MN 19904 |
| **2.`56** **State what the contract or lease is for and the nature of the debtor's interest** Executory Contract<br>Advertising Contract<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | JCPenney's / Novus<br><br>c/o AP Agenti Media Services<br>Two Carlson Pkwy<br>Suite 400<br>Plymouth, MN 55447 |
| **2.`57** **State what the contract or lease is for and the nature of the debtor's interest** Executory Contract<br>Forklift Maintenance<br><br>**State the term remaining** Unknown<br><br>**List the contract number of any government contract** | Jefferds Corporation<br><br>PO BOX 757<br>St. Albans, WV 25177 |
| **2.`58** **State what the contract or lease is for and the nature of the debtor's interest** Executory Contract<br>Newsroom Syndicates<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Joe Heller-Heller Syndication<br><br>PO Box 12401<br>Green Bay 54307 |
| **2.`59** **State what the contract or lease is for and the nature of the debtor's interest** Executory Contract<br>Comics<br><br>**State the term remaining** Month-to-Month<br><br>**List the contract number of any government contract** | King Features<br><br>Attn: Sales Department or Monique Prioleau<br>PO Box  90007<br>Prescott, AZ 86304-9007 |
| **2.`60** **State what the contract or lease is for and the nature of the debtor's interest** Executory Contract<br>Advertising Contract<br><br>**State the term remaining** Unknown<br><br>**List the contract number of any government contract** | Kohl's<br><br>c/o AP Agenti Media Services<br>Two Carlson Parkway<br>Suite 400<br>Plymouth, MN 55447 |
| **2.`61** **State what the contract or lease is for and the nature of the debtor's interest** Lease<br>Copier Equipment Lease<br><br>**State the term remaining** 5/1/2015<br><br>**List the contract number of any government contract** | Komax, LLC<br><br>500 D Street<br>South Charleston, WV 25303 |

Debtor  Charleston Newspapers ........................................................   Case number *(if known)*  18-20033 ................

| Name |

---

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.'62** **State what the contract or lease is for and the nature of the debtor's interest**  Lease  Copier Equipment Lease  **State the term remaining**  Month-to-Month  **List the contract number of any government contract** | Konica Minolta Premier Finance  PO Box 790448  St. Louis, MO 63179-0448 |
| **2.'63** **State what the contract or lease is for and the nature of the debtor's interest**  Executory Contract  Advertising Contract  **State the term remaining**  Month-to-Month  **List the contract number of any government contract** | Krogers-Div 029  PO Box 5229  Portland, OR 97208 |
| **2.'64** **State what the contract or lease is for and the nature of the debtor's interest**  Executory Contract  Royalties  **State the term remaining**  **List the contract number of any government contract** | Lexis Nexis  PO Box 933  Dayton, OH 45401 |
| **2.'65** **State what the contract or lease is for and the nature of the debtor's interest**  Executory Contract  Email Service  **State the term remaining**  Open-Ended  **List the contract number of any government contract** | MailChimp  c/o Rocket Science Group Legal  675 Ponce de Leon Ave NE  Ste 5000  Atlanta, GA 30308 |
| **2.'66** **State what the contract or lease is for and the nature of the debtor's interest**  Executory Contract  Utility Gas  **State the term remaining**  **List the contract number of any government contract** | Mountaineer Gas Company  2401 Sissonville Dr.  Charleston, WV 25387 |
| **2.'67** **State what the contract or lease is for and the nature of the debtor's interest**  Executory Contract  Advertising Contract  **State the term remaining**  12/31/2019  **List the contract number of any government contract**  Not signed by Creditor | News America  1185 Avenue of Americas  New York, NY 10036 |
| **2.'68** **State what the contract or lease is for and the nature of the debtor's interest**  Executory Contract  Electronic Edition  **State the term remaining**  10/31/2016 with automatic renewal  **List the contract number of any government contract** | News on the Go - Presteligence  8328 Cleveland Ave NW  North Canton, OH 44720 |

Debtor  Charleston Newspapers · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · Case number *(if known)* · 18-20033 · · · · · · · · · · · · · · · · · · ·
      Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.69 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Circulation Software Support / Mailing Software Agreement<br>**State the term remaining**<br>**List the contract number of any government contract** | Newscycle<br><br>PO Box 851306<br>Minneapolis, MN 55485-1306 |
| 2.70 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Classified and Obituary Software<br>**State the term remaining**<br>**List the contract number of any government contract** | Newscycle<br><br>PO Box 851306<br>Minneapolis, MN 55485-1306 |
| 2.71 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Advertising Contract<br>**State the term remaining** 9/30/2018<br>**List the contract number of any government contract** | Office Max<br><br>c/o Strategic Print<br>PO Box 7037<br>Downers Grove, IL L 60515 |
| 2.72 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / PDF Processing for Newsprint pages<br>**State the term remaining** 9/30/2018<br>**List the contract number of any government contract** | One Vision<br><br>100 Brickstone Square<br>Suite 208<br>Andover, MA 1810 |
| 2.73 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Elevator Service Agreement<br>**State the term remaining** 7/1/2018<br>**List the contract number of any government contract** | Oracle Elevator<br><br>4136 W. Washington Street<br>Charleston, WV 25313 |
| 2.74 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Editorial Servers<br>**State the term remaining** 12/31/2018<br>**List the contract number of any government contract** | Park Place Technologies<br><br>PO Box 78000<br>Dept 781156<br>Detroit, MI 48278-1156 |
| 2.75 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Payroll Processing<br>**State the term remaining** Month-to-Month<br>**List the contract number of any government contract** | Paycor Payroll Solutions<br><br>4811 Montgomery Road<br>Cincinnati, OH 45212 |

Debtor  Charleston Newspapers · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·   Case number (if known) · 18-20033 · · · · · · · · · · · · · · ·
        Name

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.76**   **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Payment Gateway <br> **State the term remaining** — Month-to-Month <br> **List the contract number of any government contract** | Payflow - Paypal <br> Attn General Counsel <br> 2211 North First Street <br> San Jose, CA 95131 |
| **2.77**   **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Credit Card Processing <br> **State the term remaining** — Month-to-Month <br> **List the contract number of any government contract** | Payway Complete - Edgil <br> 222 Rosewood Drive <br> Danvers, MA 1923 |
| **2.78**   **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Advertising Contract <br> **State the term remaining** <br> **List the contract number of any government contract** | Petco <br> c/o NSA Media <br> Attn: AP <br> PO Box 7037 <br> Downers Grove, IL 60515 |
| **2.79**   **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Advertising Contract <br> **State the term remaining** — 1/31/2016 <br> **List the contract number of any government contract** | Piggly Wiggly <br> 10 Spring Street <br> Charleston, WV 25302 |
| **2.80**   **State what the contract or lease is for and the nature of the debtor's interest** — Lease / Postage Meter <br> **State the term remaining** — 63 months <br> **List the contract number of any government contract** | Pitney Bowes <br> PO Box 371887 <br> Pittsburgh, PA 5250-7874 |
| **2.81**   **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Electronic Invoices and Tearsheets <br> **State the term remaining** — 10/31/2016 with automatic renewal <br> **List the contract number of any government contract** | Presteligence <br> Attn: AP AdInfinitum <br> 8328 Cleveland Ave NW <br> North Canton, OH 44720 |
| **2.82**   **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Software/Hardware for Workflow CTP <br> **State the term remaining** — 04/17/18 with automatic renewal <br> **List the contract number of any government contract** | Presteligence - NewsExtreme <br> 8328 Cleveland Ave NW <br> North Canton, OH 44720 |

Schedule G: Executory Contracts and Unexpired Leases

Debtor  Charleston Newspapers · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · Case number *(if known)* · 18-20033 · · · · · · · · · · · · · · ·
       Name

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.83 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Managed Hosting<br>**State the term remaining** 06/30/2018<br>**List the contract number of any government contract** | ProData<br><br>2809 S. 160th Street<br>Suite 401<br>Omaha, NE 68130 |
| 2.84 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Salary Agreement<br>**State the term remaining** Unknown<br>**List the contract number of any government contract** | ProPublica<br><br>155 Avenue of the Americas<br>13th Floor<br>New York, NY 10013 |
| 2.85 **State what the contract or lease is for and the nature of the debtor's interest** — Lease / Equipment Service Agreement<br>**State the term remaining**<br>**List the contract number of any government contract** | Purchase Power<br><br>PO Box 371874<br>Pittsburgh, PA 5250-7874 |
| 2.86 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Storage<br>**State the term remaining** 09/31/2017 -renewable<br>**List the contract number of any government contract** | Putnam Co. Chamber of Commerce<br><br>PO Box 553<br>Teays, WV 5569 |
| 2.87 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Managed Hosting<br>**State the term remaining** Unknown<br>**List the contract number of any government contract** | Rackspace US Inc.<br><br>1 Fanatical Place<br>Windcrest, TX 78218 |
| 2.88 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / AS400 Hardware and OS software Maintenance (Admarc Platform)<br>**State the term remaining** 02/01/2018 - renewable<br>**List the contract number of any government contract** | Report for America - Ground Truth Project<br><br>10 Guest Street<br>Boston, MA 2135 |
| 2.89 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Fixed Assets System<br>**State the term remaining** 6/4/2017<br>**List the contract number of any government contract** | Sage Software, Inc.<br><br>14855 Collections Center Drive<br>Chicago, IL 60693 |

Debtor  Charleston Newspapers · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·      Case number *(if known)*  18-20033 · · · · · · · · · · · · · · · ·
       Name

## ▉ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.`90` | **State what the contract or lease is for and the nature of the debtor's interest** Executory Contract<br>Advertising Contract | Save-A-Lot / Novus<br><br>c/o AP Agenti Media Services<br>Two Carlson Parkway<br>Suite 400<br>Plymouth, MN 55447 |
| | **State the term remaining** 8/31/2018 | |
| | **List the contract number of any government contract** | |
| 2.`91` | **State what the contract or lease is for and the nature of the debtor's interest** Executory Contract<br>Vendor Agreement | Sears Holdings<br><br>c/o NSA Media<br>Attn: AP<br>PO Box 7037<br>Downers Grove, IL 60515 |
| | **State the term remaining** 1/31/2018 | |
| | **List the contract number of any government contract** | |
| 2.`92` | **State what the contract or lease is for and the nature of the debtor's interest** Executory Contract<br>Advertising Contract | Sears Media Co, LLC<br><br>c/o AP Agenti Media Services<br>Two Carlson Parkway<br>PO Box 7037<br>Downers Grove, IL 60515 |
| | **State the term remaining** 1/31/2018 | |
| | **List the contract number of any government contract** | |
| 2.`93` | **State what the contract or lease is for and the nature of the debtor's interest** Executory Contract<br>Storage | Secure Storage<br><br>800 Northside Dr.<br>Summersville, WV 26651 |
| | **State the term remaining** Month-to-Month | |
| | **List the contract number of any government contract** | |
| 2.`94` | **State what the contract or lease is for and the nature of the debtor's interest** Executory Contract<br>Vendor Agreement - Wvjobfinder.com | Shaker Recruitment Consultants<br><br>1100 Lake Street<br>3rd Fl.<br>Oak Park, IL 60301 |
| | **State the term remaining** Unknown | |
| | **List the contract number of any government contract** | |
| 2.`95` | **State what the contract or lease is for and the nature of the debtor's interest** Executory Contract<br>Storage | Smithers Mini-Storage<br><br>PO Box 39<br>Smithers, WV 25186 |
| | **State the term remaining** Month-to-Month | |
| | **List the contract number of any government contract** | |
| 2.`96` | **State what the contract or lease is for and the nature of the debtor's interest** Executory Contract<br>Financial Software Subscription | Software Business Solutions<br><br>7401 Metro Blvd.<br>Suite 550<br>Edna, MN 55439-2313 |
| | **State the term remaining** 36 months | |
| | **List the contract number of any government contract** | |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor  Charleston Newspapers · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·    Case number *(if known)*  18-20033 · · · · · · · · · · · · · ·
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.°97** **State what the contract or lease is for and the nature of the debtor's interest**<br>Executory Contract<br>Software Maintenance Layout 8000<br><br>**State the term remaining**  4/1/2018<br>**List the contract number of any government contract** | Software Consulting Services, LLC<br><br>630 Municipal Drive<br>Suite 420<br>Nazareth, PA 18064 |
| **2.°98** **State what the contract or lease is for and the nature of the debtor's interest**<br>Executory Contract<br>AS400 Hardware and OS software Maintenance (Admarc Platform)<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Software Information Systems, LLC<br><br>165 Barr Street<br>Lexington, KY 40507-1321 |
| **2.°99** **State what the contract or lease is for and the nature of the debtor's interest**<br>Executory Contract<br>Gateway Security<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Sonicwall Services<br><br>PO Box 49042<br>San Jose, CA 95161-9955 |
| **2.°100** **State what the contract or lease is for and the nature of the debtor's interest**<br>Executory Contract<br>Employee Access in exchange for Advertising<br><br>**State the term remaining**  3/15/2019<br>**List the contract number of any government contract** | South Charleston Community Center<br><br>601 Jefferson Road<br>South Charleston, WV 25309 |
| **2.°101** **State what the contract or lease is for and the nature of the debtor's interest**<br>Executory Contract<br>Maintenance Contract CTP<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Southern Lithoplate<br><br>PO Box 9400<br>Wake Forest, NC 27588 |
| **2.°102** **State what the contract or lease is for and the nature of the debtor's interest**<br>Executory Contract<br>Remote Access<br><br>**State the term remaining**  Until Terminated<br>**List the contract number of any government contract** | Splashtop Inc.<br><br>1054 S. De Anza Blvd.<br>Suite 200<br>San Jose, CA 95129 |
| **2.°103** **State what the contract or lease is for and the nature of the debtor's interest**<br>Executory Contract<br>Cell Phone Agreement<br><br>**State the term remaining**  03/28/18<br>**List the contract number of any government contract** | Sprint<br><br>PO Box 4191<br>Carol Stream, IL 60197-4191 |

Debtor  Charleston Newspapers ································· Case number *(if known)* 18-20033 ················

Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2. 104 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Subscriber Retention Calling<br>**State the term remaining** — 08/07/2018<br>**List the contract number of any government contract** | Subscription Services North<br>24 South Front Street<br>Bergenfield, NJ NJ 07621 |
| 2. 105 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Internet Service Provider Agreement<br>**State the term remaining** — 1 year from date of service or per Service Order<br>**List the contract number of any government contract** | Suddenlink<br>PO Box 742535<br>Cincinnati, OH 45274-2535 |
| 2. 106 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Advertising Contract<br>**State the term remaining** — 11/4/2018<br>**List the contract number of any government contract** | Symantec Corporation<br>Worldwide Headquarters<br>350 Ellis Street<br>Mountain View, CA 94043 |
| 2. 107 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Advertising Contract<br>**State the term remaining** — 01/31/2018 not yet renewed<br>**List the contract number of any government contract** | Target<br>c/o NSA Media<br>Attn: AP<br>PO Box 7037<br>Downers Grove, IL 60515 |
| 2. 108 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Subscriber Retention Calling<br>**State the term remaining** — Unknown<br>**List the contract number of any government contract** | TCN, Inc.<br>560 South Valley View Drive<br>Suite 6<br>St. George, UT 84770 |
| 2. 109 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Storage<br>**State the term remaining** — Month-to-Month<br>**List the contract number of any government contract** | Teays Valley Storage<br>PO Box 423<br>Scott Depot, WV 25560 |
| 2. 110 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Advertising Contract<br>**State the term remaining** — 12/27/2018<br>**List the contract number of any government contract** | The Clay Center<br>Attn: Accts Payable<br>One Clay Square<br>Charleston, WV 25301 |

Debtor  Charleston Newspapers ·····································   Case number *(if known)* · 18-20033 ················
     Name

### ▊ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.´111 State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Delivery Services<br>**State the term remaining** — 01/01/2015 - renewable for 2-year terms<br>**List the contract number of any government contract** | The New York Times<br><br>PO Box 371427<br>Pittsburgh, PA 15250-7427 |
| **2.´112 State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Newsroom Syndicates<br>**State the term remaining** — 9/30/2018<br>**List the contract number of any government contract** | The West Virginal Power<br><br>601 Morris St<br>Suite 201<br>Charleston, WV 25301 |
| **2.´113 State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Texis Software Maintenance - Library<br>**State the term remaining** — Until Terminated<br>**List the contract number of any government contract** | Thunderstone<br><br>815 Superior Ave. East<br>Ste 2005<br>Cleveland, OH 44114-2701 |
| **2.´114 State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Web and Print CMS<br>**State the term remaining** — 09/30/2018 with automatic renewal<br>**List the contract number of any government contract** | TownNews<br><br>1510 47th Avenue<br>Moline, IL 61265 |
| **2.´115 State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Advertising Contract<br>**State the term remaining** — 01/31/2017 not yet renewed<br>**List the contract number of any government contract** | Toys "R" US<br><br>c/o NSA Media<br>Attn: AP<br>PO Box 7037<br>Downers Grove, IL 60515-7037 |
| **2.´116 State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Newsroom Syndicates<br>**State the term remaining**<br>**List the contract number of any government contract** | Tribune Content Agency<br><br>15158 Collections Center Drive<br>Chicago, IL 60693 |
| **2.´117 State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Newsroom Syndicates<br>**State the term remaining**<br>**List the contract number of any government contract** | Tundra & Associates, Inc.<br><br>Attn: Karen Carpenter<br>PO Box 871354<br>Wasilla, AK 99687 |

Debtor  Charleston Newspapers ∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙   Case number *(if known)*  18-20033 ∙∙∙∙∙∙∙∙∙∙∙∙∙
　　　　Name

### ▊ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.´118** **State what the contract or lease is for and the nature of the debtor's interest**  Executory Contract / Weekly TV Grids  **State the term remaining**  5/31/2013  **List the contract number of any government contract** | TV Media  500 Lacolle Way  Ottawa K4A 0N9 |
| **2.´119** **State what the contract or lease is for and the nature of the debtor's interest**  Executory Contract / Advertising Contract  **State the term remaining**  **List the contract number of any government contract** | Ulta, Inc.  c/o NSA Media  Attn: AP  PO Box 7037  Downers Grove, IL 60515 |
| **2.´120** **State what the contract or lease is for and the nature of the debtor's interest**  Executory Contract / Newsroom Syndicates  **State the term remaining**  **List the contract number of any government contract** | United Feature  PO Box 843771  Kansas City, MO 64184-3371 |
| **2.´121** **State what the contract or lease is for and the nature of the debtor's interest**  Executory Contract / Comics, Crossword Puzzles  **State the term remaining**  **List the contract number of any government contract** | United Feature Syndicate  PO Box 843345  Kansas City, MO 64184-3345 |
| **2.´122** **State what the contract or lease is for and the nature of the debtor's interest**  Executory Contract / Advertising Contract  **State the term remaining**  Month-to-Month  **List the contract number of any government contract** | Vacuum Authority / Oreck  PO Box 2472  Clarksville, IN 47129-2472 |
| **2.´123** **State what the contract or lease is for and the nature of the debtor's interest**  Executory Contract / Advertising Contract  **State the term remaining**  12/31/2018  **List the contract number of any government contract** | Valassis  19975 Victor Parkway  Livonia, MI 48152 |
| **2.´124** **State what the contract or lease is for and the nature of the debtor's interest**  Executory Contract / Storage  **State the term remaining**  **List the contract number of any government contract** | Venable-Collins Inc.  226 Timber Trail Rd.  Charleston, WV 25304 |

Debtor  Charleston Newspapers ·········································· Case number *(if known)* 18-20033 ··············
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.125 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Advertising Contract<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Venturi Media<br><br>151 West 34th Street<br>16th Floor<br>New York, NY 10001 |
| 2.126 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Delivery Services<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Wall Street Journal<br><br>200 Burnett Rd.<br>Chicopee, MA 1020 |
| 2.127 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Advertising Contract<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Walmart / Sam's / Novus<br><br>c/o AP Agenti Media Services<br>Two Carlson Parkway<br>Suite 400<br>Plymouth, MN 55447 |
| 2.128 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Newsroom Syndicates<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Washington Post<br><br>PO Box 75442<br>Baltimore, MD 21275-5442 |
| 2.129 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Waste/Trash Hauling Agreement<br><br>**State the term remaining** — 04/30/2009 with automatic renewal<br><br>**List the contract number of any government contract** | Waste Management of WV, Inc.<br><br>PO Box 13648<br>Philadelphia, PA 19101-3648 |
| 2.130 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Real Estate Portal and Payment Processing<br><br>**State the term remaining** — Until Terminated<br><br>**List the contract number of any government contract** | Wave2 Media Solutions, LLC<br><br>114 Turnpike Road<br>Suite 203<br>Westborough, MA 1581 |
| 2.131 **State what the contract or lease is for and the nature of the debtor's interest** — Executory Contract / Utility Water<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | WV American Water<br><br>PO Box 790247<br>St. Louis, MO 63179-0247 |

Debtor  Charleston Newspapers .............................................  Case number (if known)  18-20033 ...............
     Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.132 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>Executory Contract<br>Trade Agreement<br><br>**State the term remaining**  11/14/2017<br><br>**List the contract number of any government contract** | WV Public Broadcasting<br><br>124 Industrial Park Road<br>Beaver, WV 25813 |
| 2.133 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>Executory Contract<br>Parking Contract<br><br>**State the term remaining**  06/30/2018 -renewable<br><br>**List the contract number of any government contract** | WV Rehabilitation Center<br><br>Attn: Charlyn Miller<br>107 Capitol Street<br>Charleston, WV 25301 |
| 2.134 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>Executory Contract<br>Parking Contract<br><br>**State the term remaining**  Month-to-Month<br><br>**List the contract number of any government contract** | WVJC<br><br>1000 Virginia Street E<br>Charleston, WV 25301-2817 |
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | |
| 2._ **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | |
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | |
| 2.___ **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | |

**Fill in this information to identify the case:**

Debtor name _Charleston Newspapers_

United States Bankruptcy Court for the: _Southern District of West Virginia_

Case number (If known): _18-20033_

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name's bX Mailing address** | | **Name** | Check all schedules that apply: |
| 2.1 | Charleston Newspapers Holdings, L.P.<br>1001 Virginia Street East<br>Charleston, WV 25301 | Pension Benefit Guaranty Corporation | ☐ D<br>☒ E/F<br>☐ G |
| 2.2 | Daily Gazette Company<br>1001 Virginia Street East<br>Charleston, WV 25301 | Pension Benefit Guaranty Corporation | ☐ D<br>☒ E/F<br>☐ G |
| 2.3 | Daily Gazette Holding Company, LLC<br>1001 Virginia Street East<br>Charleston, WV 25301 | Pension Benefit Guaranty Corporation | ☐ D<br>☒ E/F<br>☐ G |
| 2.4 | Daily Gazette Publishing Company, LLC<br>1001 Virginia Street East<br>Charleston, WV 25301 | Pension Benefit Guaranty Corporation | ☐ D<br>☒ E/F<br>☐ G |
| 2.5 | G-M Properties, Inc.<br>1001 Virginia Street East<br>Charleston, WV 25301 | Pension Benefit Guaranty Corporation | ☐ D<br>☒ E/F<br>☐ G |
| 2.6 | Charleston Newspapers Holdings, L.P.<br>1001 Virginia Street East<br>Charleston, WV 25301 | United Bank | ☒ D<br>☐ E/F<br>☐ G |

Debtor   Charleston Newspapers
         Name

Case number *(if known)*   18-20033

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| **Name** UbX˘A UJˇ]b[ ˘5 XXf Ygg | **Name** | *Check all schedules that apply:* |
| 7   Daily Gazette Holding Company, LLC<br>1001 Virginia Street East<br>Charleston, WV 25301 | United Bank | ☒ D<br>☐ E/F<br>☐ G |
| 8   Daily Gazette Publishing Company, LLC<br>1001 Virginia Street East<br>Charleston, WV 25301 | United Bank | ☒ D<br>☐ E/F<br>☐ G |
| 9   G-M Properties, Inc.<br>1001 Virginia Street East<br>Charleston, WV 25301 | United Bank | ☒ D<br>☐ E/F<br>☐ G |
| 10   Daily Gazette Company<br>1001 Virginia Street East<br>Charleston, WV 25301 | United Bank | ☒ D<br>☐ E/F<br>☐ G |
| | | ☐ D<br>☐ E/F<br>☐ G |
| | | ☐ D<br>☐ E/F<br>☐ G |
| | | ☐ D<br>☐ E/F<br>☐ G |
| | | ☐ D<br>☐ E/F<br>☐ G |

---

**Fill in this information to identify the case and this filing:**

Debtor Name Charleston Newspapers

United States Bankruptcy Court for the: _____ Southern _____ District of _____ WV _____
                                                                                        (State)

Case number (*If known*): 18-20033

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☒ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☒ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☒ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☒ *Schedule H: Codebtors (Official Form 206H)*

☒ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐ Amended Schedule _____

☐ Chapter 11 or 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/22/2018          ✗ _____
               MM/DD/YYYY                 Signature of individual signing on behalf of debtor

                              Norman W. Shumate III
                              Printed name

                              Authorized Signatory
                              Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors