# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Daily Gazette Company, *et al.*, | ) | Case No. 18-20028 |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | |

### SUPPLEMENTAL DECLARATION OF BRIAN A. AUDETTE IN SUPPORT OF DEBTORS' APPLICATION TO EMPLOY AND RETAIN PERKINS COIE LLP AS THEIR BANKRUPTCY CO-COUNSEL EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE

I, BRIAN A. AUDETTE, hereby declare that the following is true to the best of my knowledge, information, and belief:

1. I am a Partner at the law firm of Perkins Coie LLP ("Perkins Coie" or the "Firm"), which maintains offices for the practice of law at, among other places, 131 South Dearborn Street, Suite 1700, Chicago, Illinois 60603. I am admitted, practicing, and a member in good standing of the bar of the State of Illinois and the United States District Court for the Northern District of Illinois.

2. I submit this supplemental declaration (the "Supplemental Declaration") in connection with and in support of Debtors' Application to Employ and Retain Perkins Coie LLP as their Bankruptcy Co-Counsel Effective *Nunc Pro Tunc* to the Petition Date [Dkt. #52] (the "Application").[2] I am in all respects competent to make this Declaration pursuant to section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a). I am also authorized to make this Declaration on behalf of Perkins Coie.

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: Daily Gazette Company (4480); Daily Gazette Holding Company, LLC (2981); Charleston Newspapers Holdings, L.P. (3028); Daily Gazette Publishing Company, LLC (3074); Charleston Newspapers (6079); and G-M Properties, Inc. (4124). The Debtors' headquarters are located at 1001 Virginia St. E, Charleston, West Virginia 25301.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Application.

138775388.1

3. Since filing the Application, I have come to learn that five counterparties to certain of Charleston Newspapers' executory contracts and/or unexpired leases are current clients of Perkins Coie. The counterparties are: (a) Adobe Systems Incorporated; (b) Associated Press; (c) Lexis Nexis; (d) The New York Times; and (e) Splashtop, Inc. (collectively, the "Contract Counterparties"). Perkins Coie represents the Contract Counterparties in matters unrelated to the Debtors' and their Chapter 11 Cases. Moreover, I am informed and believe that none of the Contract Counterparties hold pre-petition claims against the Debtors and the Debtors plan to continue to pay such Counterparties in the ordinary course of business pending assumption, assumption and assignment, or rejection of their respective contracts and/or leases.

4. Notwithstanding the foregoing connections, Perkins Coie remains a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.

5. As a matter of retention and disclosure policy, Perkins Coie will continue to periodically review its past and present relationships with entities materially participating in the Debtors' cases and I will file additional supplemental disclosure declarations, if warranted.

Pursuant to 28 U.S. Code § 1746, I declare that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: February 27, 2018　　　　　　　　　　PERKINS COIE LLP

　　　　　　　　　　　　　　　　　　　　　　　/s/ Brian A. Audette
　　　　　　　　　　　　　　　　　　　　　　　Brian A. Audette
　　　　　　　　　　　　　　　　　　　　　　　(IL Bar No. 6277056)
　　　　　　　　　　　　　　　　　　　　　　　131 S. Dearborn St., Suite 1700
　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60603
　　　　　　　　　　　　　　　　　　　　　　　Telephone: 312.324.8534
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: 312.324.9534
　　　　　　　　　　　　　　　　　　　　　　　baudette@perkinscoie.com

## **CERTIFICATE OF SERVICE**

      Brian Audette, an attorney, hereby certifies on February 27, 2018, he caused the foregoing *Supplemental Declaration of Brian A. Audette in Support of Debtors' Application to Employ and Retain Perkins Coie LLP as Their Bankruptcy Co-Counsel effective Nunc Pro Tunc to the Petition Date* to be filed via the Court's CM/ECF system which caused notification and service of same upon the parties registered to receive ECF notifications.


                                                /s/ Brian A. Audette