# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Daily Gazette Company, *et al.*, ) | Case No. 18-20028 |
| ) | (Jointly Administered) |
| Debtors.[1] ) | |

## NOTICE OF ADDITIONAL PARTIES ADDED TO CREDITOR MAILING MATRIX

PLEASE TAKE NOTICE that the potential creditors or interested parties on the attached list have been added to the creditor mailing matrix for noticing purposes.

Dated:  February 27, 2018

PERKINS COIE LLP

By: /s/ Brian A. Audette
Brian A. Audette, Ill. Bar No. 6277056
(Admitted Pro Hac Vice)
131 S. Dearborn St., Suite 1700
Chicago, IL 60603
Telephone: 312.324.8534
Facsimile: 312.324.9534
baudette@perkinscoie.com
-and-
SUPPLE LAW OFFICE, PLLC
Joe M. Supple, Bar. No. 8013
801 Viand St.
Point Pleasant, WV 25550
Telephone: 304.675.6249
Facsimile: 304.675.4372
joe.supple@supplelaw.net

*Proposed Counsel to the Debtors and Debtors in Possession*

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: Daily Gazette Company (4480); Daily Gazette Holding Company, LLC (2981); Charleston Newspapers Holdings, L.P. (3028); Daily Gazette Publishing Company, LLC (3074); Charleston Newspapers (6079); and G-M Properties, Inc. (4124).  The Debtors' headquarters are located at 1001 Virginia St. E, Charleston, West Virginia 25301.

138606051.1

## LIST OF ADDITIONAL PARTIES

Charleston Blueprint
1203 Virginia Street East
Charleston, WV 25301-2908

CitySpark, Inc.
9690 S 300 W
Sandy, UT 84070

Community Holdings of West Virginia, Inc.
dba The Bluefield Daily Telegraph
928 Bluefield Ave.
Bluefield, WV 24701

Community Holdings of West Virginia, Inc.
dba The Register-Herald
801 N. Kanawha Street
Beckley, WV 25801

John S Lock & Key Service
114 McFarland St.
Charleston, WV 25301

K & M Newspaper Services Inc.
45 Gilbert St. Extension
Monroe, NY 10950

Metro Creative Graphics Inc.
519 8th Avenue, 18th Fl.
New York, NY 10018-6506

Newark Element14
33190 Collections Center Dr.
Chicago, IL 60693-0331

Nitro Electric Company
4300 First Avenue, 2nd Fl.
Nitro, WV 25143

Smithers Mini-Storage
PO Box 39
Smithers, WV 25186

Terminix Processing Center
PO Box 742592
Cincinnati, OH 45274-2592

Tyler Mountain Water Co. Inc.
PO Box 909
Nitro, WV 25143-0909

138606051.1

## CERTIFICATE OF SERVICE

      I, Nancy Bagatti, hereby certify that on February 27, 2018, I caused copies of (i) the foregoing *Notice of Additional Parties Added to Creditor Mailing Matrix*, (ii) *Notice of Chapter 11 Bankruptcy Case* [ECF No. 59] and (iii) *Order Granting Debtors' Motion for Order Authorizing Joint Administration of their Chapter 11 Cases Pursuant to Fed. R. Bankr. P. 1015(b) and Local Rule 1015-1(b)* [ECF No. 35] to be served via first-class U.S. Mail, postage prepaid, upon the foregoing List of Additional Parties at the addresses indicated thereon.

      I declare, under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing statement is true.

Dated:  February 27, 2018

*/s/ Nancy Bagatti*
Nancy Bagatti, paralegal
Perkins Coie LLP
131 S. Dearborn St., Suite 1700
Chicago, IL 60603

138606051.1