# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Daily Gazette Company, *et al.*, | ) | Case No. 18-20028 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |

## NOTICE OF SUCCESSFUL BIDDER

**PLEASE TAKE NOTICE** that, pursuant to that certain Order (A) Approving and Authorizing Bidding Procedures in Connection with the Sale of Substantially all the Debtors' Assets, (B) Approving and Authorizing the Break-Up Fee, (C) Scheduling the Related Auction and Hearing to Consider Approval of the Sale, (D) Approving Procedures Related to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (E) Approving the Form and Manner of Notice Thereof, and (F) Granting Related Relief [Dkt. #63] (the "Sale Procedures Order"), the Debtors were authorized to enter into an asset purchase agreement (the "Stalking Horse APA") for the sale of substantially all of their assets (the "Assets") with Charleston Newspapers, LLC (the "Stalking Horse Bidder"), which Stalking Horse APA was subject to higher and better bids.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Sale Procedures Order, competing bids for the acquisition of the Assets were due on or before 12:00 p.m. (prevailing Eastern time) on March 6, 2018 (the "Bid Deadline").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Sale Procedures Order, if one or more competing and qualified bids were submitted prior to the Bid Deadline, the Debtors

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: Daily Gazette Company (4480); Daily Gazette Holding Company, LLC (2981); Charleston Newspapers Holdings, L.P. (3028); Daily Gazette Publishing Company, LLC (3074); Charleston Newspapers (6079); and G-M Properties, Inc. (4124). The Debtors' headquarters are located at 1001 Virginia St. E, Charleston, West Virginia 25301.

138912477.1

would conduct an auction for the sale of their Assets at 12:00 p.m. (prevailing Eastern time) on March 8, 2018 at the offices of Spilman Thomas & Battle, PLLC, 300 Kanawha Boulevard, East, Charleston, WV 25301 (the "Auction").

**PLEASE TAKE FURTHER NOTICE** that, prior to the Bid Deadline, HD Media Company, LLC ("HD Media") submitted a competing bid (the "HD Media Bid") in the amount of $11,487,243 for the acquisition of the Assets pursuant to an executed asset purchase agreement (the "HD Media APA"), and the Debtors, in consultation with their advisors and United Bank, determined that the HD Media Bid was a Qualified Bid pursuant to the Sale Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, on March 7, 2018, the Stalking Horse Bidder informed the Debtors and certain other interested parties that it did not intend to increase its bid or participate in the Auction.

**PLEASE TAKE FURTHER NOTICE** that the Debtors nevertheless conducted the Auction on March 8, 2018 and the Stalking Horse Bidder did not appear or participate. Accordingly, the Debtors named HD Media the Successful Bidder pursuant to the Sale Procedures Order and the HD Media APA.

[*remainder of page intentionally left blank*]

- 3 -

| | |
|---|---|
| Dated: March 8, 2018 | **PERKINS COIE LLP** |
| | By: /s/ *Brian A. Audette* |
| | Brian A. Audette (IL Bar No. 6277056) |
| | (Admitted Pro Hac Vice) |
| | 131 S. Dearborn St., Suite 1700 |
| | Chicago, IL 60603 |
| | Telephone: 312.324.8534 |
| | baudette@perkinscoie.com |
| | -and- |
| | Joe M. Supple, Bar. No. 8013 |
| | SUPPLE LAW OFFICE, PLLC |
| | 801 Viand St. |
| | Point Pleasant, WV 25550 |
| | Telephone: 304.675.6249 |
| | joe.supple@supplelaw.net |
| | *Proposed Counsel to the Debtors and Debtors in Possession* |