Frank W. Volk, Chief Judge
United States Bankruptcy Court
Southern District of West Virginia

**Dated: March 9th, 2018**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **Daily Gazette Company,** *et al.*, | ) | **Case No. 2:18-bk-20028** |
| | ) | **(Jointly Administered)** |
| **Debtors.** [1] | ) | |

### ORDER APPROVING APPLICATION TO EMPLOY
### SUPPLE LAW OFFICE, PLLC AS CO-COUNSEL FOR THE DEBTORS

On this day the Court considered the application of the Debtors to employ Joe M. Supple and the firm of Supple Law Office, PLLC as co-counsel to represent the Debtors in the following cases, which were procedurally consolidated for joint administration by Order entered February 1, 2018:

| | |
|---|---|
| Daily Gazette Company | Case No. 18-20028 |
| Daily Gazette Holding Company, LLC | Case No. 18-20029 |
| Charleston Newspapers Holdings, L.P. | Case No. 18-20030 |
| Daily Gazette Publishing Company, LLC | Case No. 18-20032 |
| Charleston Newspapers | Case No. 18-20033 |
| G-M Properties, Inc. | Case No. 18-20034 |

Upon due consideration of the application, it is hereby **ORDERED** that the Debtors are authorized to employ Supple Law Office, PLLC as co-counsel in the above listed proceedings, at

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: Daily Gazette Company (4480); Daily Gazette Holding Company, LLC (2981); Charleston Newspapers Holdings, L.P. (3028), Daily Gazette Publishing Company, LLC (3074),Charleston Newspapers (6079), and G-M Properties, Inc. (4124). The Debtors' headquarters are located at 1001 Virginia St. E, Charleston, West Virginia 25301.

the rate of 300.00 per hour for services provided by Joe M. Supple and $100.00 per hour for services provided by paralegals of Supple Law Office, PLLC, plus expenses incurred.

Presented By:

/s/ Joe M. Supple
Joe M. Supple (W.Va. Bar No. 8013)
SUPPLE LAW OFFICE, PLLC
801 Viand Street
Point Pleasant, WV 25550
304-675-6249
joe.supple@supplelaw.net

- and –

Brian A. Audette, Ill. Bar No. 66277056
PERKINS COIE, LLP
131 S. Dearborn St., Suite 1700
Chicago, IL 60603
Telephone: 312.324.8534
Facsimile: 312.324.9534
baudette@perkinscoie.com

*Proposed Counsel for the Debtors*