Debtor: Daily Gazette Company and its Subsidiaries
Post-Sale Hold-Back Budget
Estimated: April 1 - June 30, 2018

|  | Budget 4/1 Through 6/30/2018 |
|---|---:|
| **Cash Receipts:** | |
| Gross Cash Receipts | |
| **Disbursements** | |
| Salaries & Wages & Payroll Taxes - Pre 3/31 & Post | 232,500 |
| Supplies - Pre 3/31 Supplies plus Forms & Postage W-2s/1099s | 6,000 |
| Distribution Expenses - Pre 3/31 | 120,500 |
| Services - Accounting Payroll/Access | 11,200 |
| Promotion & Marketing - Pre 3/31 | 5,500 |
| Travel & Meals - Pre 3/31 & Timberline | 11,500 |
| Rentals - Timberline | 2,000 |
| Utilities - Pre 3/31 | 30,000 |
| Repairs & Maintenance - Pre 3/31 | 16,500 |
| Administrative - Pre 3/31 health,flex & taxes due | 418,470 |
| Accounting Fees - Pre & Post | 35,000 |
| Miscellaneous Fees - Pre 3/31 & Post | 25,000 |
| Total Operating Disbursements | 914,170 |
| | |
| Capital Expenditures | 0 |
| | |
| **Other Fees** | |
| US Trustee Fees | 161,648 |
| Legal Fees | 250,000 |
| Dissolution Fees | 25,000 |
| Plan Termination Fees | 20,000 |
| | |
| Total Cash Requirements | 1,345,818 |