

March 16, 2018

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Daily Gazette Company, *et al.*, | ) | Case No. 18-20028 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |

**ORDER SHORTENING NOTICE PERIOD, SETTING OBJECTION DEADLINE
AND SCHEDULING A HEARING ON DEBTORS' MOTION FOR
<u>AUTHORITY TO DISBURSE NET SALE PROCEEDS</u>**

Pending is the Debtors' motion (the "<u>Motion</u>"), pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure, for entry of an order shorting the notice period, establishing an objection deadline, and fixing the date and time for an expedited hearing on the Debtors' Motion for Authority to Disburse Net Sale Proceeds.  The Court finds good cause to grant the motion and it is hereby ORDERED THAT:

1. The Motion is granted as set forth herein.

2. A hearing to consider Debtors' Motion for Authority to Disburse Net Sale Proceeds (the "<u>Disbursement Motion</u>") shall be held before the Honorable Frank W. Volk, United States Bankruptcy Judge, on **March 28, 2018 at 1:30 p.m.**, at the United States

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: Daily Gazette Company (4480); Daily Gazette Holding Company, LLC (2981); Charleston Newspapers Holdings, L.P. (3028); Daily Gazette Publishing Company, LLC (3074); Charleston Newspapers (6079); and G-M Properties, Inc. (4124).  The Debtors' headquarters are located at 1001 Virginia St. E, Charleston, West Virginia 25301.

138996895.1

Bankruptcy Court, Southern District of West Virginia, Bankruptcy Courtroom A, Sixth Floor, Robert C. Byrd U.S. Courthouse, 300 Virginia Street East, Charleston, West Virginia.

3. The deadline to object to the relief requested in the Disbursement Motion is March 27, 2018.

4. If no objections to the Disbursement Motion are filed with the Court prior to the objection deadline set forth herein, this Court may enter an Order granting the relief requested in the Disbursement Motion without further notice or opportunity to be heard.

Prepared by:

**PERKINS COIE LLP**
Brian A. Audette (IL Bar No. 6277056)
(Admitted Pro Hac Vice)
131 S. Dearborn St., Suite 1700
Chicago, IL 60603
Telephone: 312.324.8534
baudette@perkinscoie.com

*Co-Counsel to the Debtors*

- 2 -

138996895.1