B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Southern District of West Virginia

In re  **Daily Gazette Company**,
   *Debtor*

Case No. **18-20028**

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **Jan. 30 - February**

Line of Business: **Newspaper/media**

Date filed: **03/23/2018**

NAISC Code: **5111**

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

**Norman W. Shumate III**
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☑ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?    ☐   ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| | TOTAL INCOME | $ 11,210 |

**SUMMARY OF CASH ON HAND**

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 11,807 |
| Cash on Hand at End of Month | $ | (1,154) |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL | $ | 15,000 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| | TOTAL EXPENSES | $ 23,980 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 11,210 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 23,980 |
| *(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** | $ | (12,770) |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ 0

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ 0

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 4 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 4 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0 |

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 30,000 | $ 11,210 | $ (18,790) |
| EXPENSES | $ 30,000 | $ 23,980 | $ 6,020 |
| CASH PROFIT | $ 0 | $ (12,770) | $ (12,770) |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 30,000 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 30,000 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ 0 |

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

# UNITED BANK

Last statement: January 31, 2018  
This statement: February 28, 2018  
Total days in statement period: 28

Page 1 of 2  
0020  
( / )

Direct inquiries to:  
800 327 9862

DAILY GAZETTE CO  
OPERATING ACCT  
1001 VIRGINIA ST E  
CHARLESTON WV 25301-2816

United Bank  
500 Virginia St East PO Box 393  
Charleston WV 25322-0393

## Free Business Checking

| | | | |
|---|---|---|---|
| Account number | 0020 | Beginning balance | $9,655.09 |
| Enclosures | 7 | Total additions | 15,166.00 |
| Low balance | $50.20 | Total subtractions | 24,770.89 |
| Average balance | $6,003.45 | Ending balance | $50.20 |
| Avg collected balance | $5,939 | | |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 17938 | 02-02 | 264.84 | 17943 | 02-27 | 341.40 |
| 17940 * | 02-16 | 1,274.61 | 17944 | 02-28 | 200.00 |
| 17942 * | 02-21 | 264.84 | * Skip in check sequence | | |

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 02-09 | ' ACH Debit | 7,234.32 |
| | Daily Gazette Co AP DEPOSIT 180209 | |
| | Daily Gazette Company | |
| 02-14 | ' ACH Debit | 674.79 |
| | IRS USATAXPYMT 180214 | |
| | 270844585402084 DAILY GAZETTE CO | |
| 02-22 | ' ACH Debit | 463.61 |
| | IRS USATAXPYMT 180222 | |
| | 270845304384703 DAILY GAZETTE CO | |
| 02-23 | ' ACH Debit | 7,232.14 |
| | Daily Gazette Co AP DEPOSIT 180223 | |
| | Daily Gazette Company | |
| 02-28 | ' ACH Debit | 6,820.34 |
| | IRS USATAXPYMT 180228 | |
| | 270845991784349 DAILY GAZETTE CO | |

DAILY GAZETTE CO  
February 28, 2018

Page 2 of 2  
0020

## CREDITS

| Date | Description | Additions |
|---|---|---|
| 02-02 | Return Item | 264.84 |
| | Refer to Ma CHECK 17938 | |
| 02-05 | Credit Memo | 2,119.44 |
| 02-14 | Deposit | 1,781.72 |
| 02-23 | ' ACH Deposit | 5,000.00 |
| | Charleston Newsp AP DEPOSIT 180223 | |
| | DAILY GAZETTE HOLDING | |
| 02-26 | ' ACH Deposit | 6,000.00 |
| | Charleston Newsp AP DEPOSIT 180226 | |
| | DAILY GAZETTE HOLDING | |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-31 | 9,655.09 | 02-14 | 5,647.14 | 02-23 | 1,411.94 |
| 02-02 | 9,655.09 | 02-16 | 4,372.53 | 02-26 | 7,411.94 |
| 02-05 | 11,774.53 | 02-21 | 4,107.69 | 02-27 | 7,070.54 |
| 02-09 | 4,540.21 | 02-22 | 3,644.08 | 02-28 | 50.20 |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with United Bank*

L 33 -106

# UNITED BANK

Last statement: January 31, 2018
This statement: February 28, 2018
Total days in statement period: 28

Page 1 of 1
)038
(1)

Direct inquiries to:
800 327 9862

DAILY GAZETTE CO
DISTRIBUTION ACCT
1001 VIRGINIA ST E
CHARLESTON WV 25301-2816

United Bank
500 Virginia St East PO Box 393
Charleston WV 25322-0393

** Closed Account - Final Statement

## Free Business Checking

| | | | | |
|---|---|---|---|---|
| Account number | 0038 | Beginning balance | | $2,119.44 |
| Enclosures | 1 | Total additions | | .00 |
| Low balance | $0.00 | Total subtractions | | 2,119.44 |
| Average balance | $0.00 | Ending balance | | $.00 |
| Avg collected balance | $0 | | | |

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 02-05 | Debit Memo | 2,119.44 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-31 | 2,119.44 | 02-05 | 0.00 | | |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with United Bank

BankWithUnited.com

L 236 -473


Page 1 of 2        02/28/18
WV                 4577

```
725-01-01-00 22101  0 C 001 29    50 004
DAILY GAZETTE COMPANY
C/O LINDA HENNEN
1001 VIRGINIA ST E
CHARLESTON WV   25301-2816
```

## Your account statement
For 02/28/2018

**Contact us**
 BBT.com
(800) BANK-BBT or
(800) 226-5228

### Protect Yourself from Identity Theft

At BB&T, protection of your information and accounts is our priority. Here are some ways you can prevent identity theft and fraud:

- Shred this statement and other personal information before throwing them away
- Never disclose your personal information, account number, or password to an unexpected email or text
- Monitor your financial accounts and credit reports for suspicious activity
- Notify BB&T at 800-BANK-BBT (800-226-5228) or visit your local branch if you have an issue with your accounts

Learn more security tips at BBT.com/Security

BB&T, Member FDIC.

---

■ **BUSINESS VALUE 200**          4577

**Account summary**

| | |
|---|---:|
| Your previous balance as of 01/31/2018 | $1,781.72 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 1,781.72 |
| Deposits, credits and interest | + 0.00 |
| Your new balance as of 02/28/2018 | = $0.00 |

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 02/13 | ACCOUNT CLOSE OUT  75024117 | 1,781.72 |
| | Total other withdrawals, debits and service charges | = $1,781.72 |

■ PAGE 1 OF 2

003492

# Daily Gazette Company
## Income Statement Actual vs. Prior
## For the Period Ending February 28, 2018
### The Daily Gazette Company

| Current Period | | | | | Year to Date | | | |
|---|---|---|---|---|---|---|---|---|
| Actual This Year | Prior Year | Prior Year Var Over (Under) | % of Var Over (Under) | | Actual This Year | Prior Year | Prior Year Var Over (Under) | % of Var Over (Under) |
| | | | | **Publishing Income** | | | | |
| 5,000.00 | 5,000.00 | 0.00 | 0.00 | Management Fees Revenue | 10,000.00 | 10,000.00 | 0.00 | 0.00 |
| 6,000.00 | 22,500.00 | 16,500.00- | 73.33- | Publishing Fees Revenue | 28,500.00 | 42,500.00 | 14,000.00- | 32.94- |
| **11,000.00** | **27,500.00** | **16,500.00-** | **60.00-** | **Publishing Income** | **38,500.00** | **52,500.00** | **14,000.00-** | **26.67-** |
| | | | | **General & Administrative Exp** | | | | |
| 20,001.66 | 20,001.66 | 0.00 | 0.00 | Salaries & Wages - Regular | 40,003.32 | 40,003.32 | 0.00 | 0.00 |
| 1,500.00 | 1,500.00 | 0.00 | 0.00 | Salaries & Wages - Bonuses | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| 0.00 | 95.88 | 95.88- | 100.00- | Subscriptions | 0.00 | 95.88 | 95.88- | 100.00- |
| 0.00 | 0.00 | 0.00 | 0.00 | Franchise Taxes | 0.00 | 300.00 | 300.00- | 100.00- |
| 1,729.93 | 1,696.58 | 33.35 | 1.97 | Payroll Taxes | 3,656.51 | 3,623.16 | 33.35 | 0.92 |
| 44.80 | 44.80 | 0.00 | 0.00 | Employee Group Life Insurance | 89.60 | 88.26 | 1.34 | 1.52 |
| 1,732.00 | 1,732.00 | 0.00 | 0.00 | Employee Group Medical Insurance | 3,464.00 | 3,492.74 | 28.74- | 0.82- |
| 71.00 | 71.00 | 0.00 | 0.00 | Pension Benefit Payments | 142.00 | 142.00 | 0.00 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0.00 | Money Purchase Plan Expense | 0.00 | 2,125.00 | 2,125.00- | 100.00- |
| 2,000.00 | 2,000.00 | 0.00 | 0.00 | Accounting & Tax Services | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| 0.00 | 500.00 | 500.00- | 100.00- | Director Fees | 400.00 | 1,000.00 | 600.00- | 60.00- |
| 471.30 | 0.00 | 471.30 | 0.00 | Miscellaneous Expenses | 471.30 | 0.00 | 471.30 | 0.00 |
| **27,550.69** | **27,641.92** | **91.23-** | **0.33-** | **General & Administrative Exp** | **55,226.73** | **57,870.36** | **2,643.63-** | **4.57-** |
| **16,550.69-** | **141.92-** | **16,408.77-** | **999.99-** | **Gross Margin** | **16,726.73-** | **5,370.36-** | **11,356.37-** | **211.46-** |
| | | | | **Non-Operating Income** | | | | |
| 0.00 | 0.98 | 0.98- | 100.00- | Interest Income | 0.00 | 3.21 | 3.21- | 100.00- |
| 209.93- | 0.00 | 209.93- | 0.00 | Misc Income | 209.93- | 4,826.07- | 4,616.14 | 95.65 |
| **209.93** | **0.98** | **208.95** | **999.99** | **Non-Operating Income** | **209.93** | **4,829.28** | **4,619.35-** | **95.65-** |
| | | | | **Other Non-Operating Expenses** | | | | |
| 0.00 | 254.79 | 254.79- | 100.00- | Real Estate Operating Expense | 264.84 | 254.79 | 10.05 | 3.94 |
| 0.00 | 0.98 | 0.98- | 100.00- | Miscellaneous Other Expenses | 0.00 | 255.08 | 255.08- | 100.00- |
| **0.00** | **255.77** | **255.77-** | **100.00-** | **Other Non-Operating Expenses** | **264.84** | **509.87** | **245.03-** | **48.06-** |
| **16,340.76-** | **396.71-** | **15,944.05-** | **999.99-** | **Net Income** | **16,781.64-** | **1,050.95-** | **15,730.69-** | **999.99-** |

Case 2:18-bk-20028   Doc 164   Filed 03/23/18   Entered 03/23/18 18:08:18   Desc Main
                    Document      Page 10 of 11


**The Daily Gazette Company**
**Balance Sheet**
**For the Period Ending February 28, 2018**

|  | February 2018 | February 2017 |
|---|---:|---:|
| **ASSETS** | | |
| **Current Assets** | | |
| Cash | 1,153.53- | 5,691.89 |
| Customer Accounts Receivable | | |
| Other Company Receivables | | |
|   Intercompany | 541,917.27 | 575,141.80 |
|   Other | 0.00 | 2,111.42 |
| **Total Other Receivables** | **541,917.27** | **577,253.22** |
| Prepaid and Deferred Items | 0.00 | 11,437.05- |
| Intangible Assets | 11,816,443.77 | 11,819,273.87 |
| Accumulated Amortization | 0.00 | 199.06 |
| **Total Current Assets** | **12,357,207.51** | **12,390,980.99** |
| **Non-Current Assets** | | |
| Deposits & Other Assets | 0.00 | 203.13 |
| **Total Non-Current Assets** | **0.00** | **203.13** |
| **Total Assets** | **12,357,207.51** | **12,391,184.12** |

**FOR INTERNAL USER ONLY**

**The Daily Gazette Company**
**Balance Sheet**
**For the Period Ending February 28, 2018**

|  | February 2018 | February 2017 |
|---|---:|---:|
| **CURRENT LIABILITIES & CAPITA** | | |
| Current Liabilities | | |
|   Accounts Payable | 9,663.60 | 5,052.85- |
|   Amts Withheld from Employees | 7,513.36 | 7,217.10 |
|   Accured Taxes | 2,145.60 | 2,615.46 |
|   Accured Salaries & Wages | 1,920.26 | 3,000.00 |
|   Accrued Benefits | 0.00 | 2,125.00 |
|   Accured Expenses | 6,499.00 | 6,399.00 |
| **Total Current Libilities** | **27,741.82** | **16,303.71** |
| Long-Term Liabilities | | |
|   Other Non-Current Liabilities | 1,110,930.86 | 1,129,673.82 |
| **Total Long-Term Libilities** | **1,110,930.86** | **1,129,673.82** |
| **Total Liabilities** | **1,138,672.68** | **1,145,977.53** |
| Capital Accounts | | |
|   Joint Venture Equity-Gazette | 11,235,316.47 | 11,246,257.54 |
| **Total Capital Accounts** | **11,235,316.47** | **11,246,257.54** |
| Current Earnings | 16,781.64- | 1,050.95- |
| **Total Liabiltiies & Capital Accounts** | **12,357,207.51** | **12,391,184.12** |