Form ntcempro

# UNITED STATES BANKRUPTCY COURT
## Southern District of West Virginia

---

In Re: Daily Gazette Company, Daily Gazette Holding Company, LLC, Charleston Newspapers Holdings, L.P., Daily Gazette Publishing Company, LLC, Charleston Newspapers, and G–M Properties, Inc. Debtor(s)

Case No.: 2:18-bk-20028

Chapter: 11
Judge: Frank W. Volk

---

### NOTICE TO ALL PARTIES IN INTEREST
### OF MOTION/APPLICATION TO EMPLOY PROFESSIONAL

On 4/13/18, the following document was filed:

*181* – Application by Charleston Newspapers, Charleston Newspapers Holdings, L.P., Daily Gazette Holding Company, LLC, Daily Gazette Publishing Company, LLC, G–M Properties, Inc., Debtor Daily Gazette Company to Employ Brown Edwards & Company as Accountants . (Attachments: # 1 Exhibit A # 2 Exhibit B–Declaration in support) (Audette, Brian)

The aforementioned pleading is on file in the office of the undersigned Clerk, and you may review the same during regular business hours of the Court, or at anytime via ECF or PACER.

YOU ARE FURTHER NOTIFIED that if you object to the Motion/Application you must file your objection with the Clerk of this Court within 21 days from the date of this Notice stating the nature of the objection with specificity; any proper objection will be set for hearing upon further notice to the interested parties. The Court may elect to hold a hearing in the absence of any written response.

Dated: 4/16/18

*[handwritten: Federal Court House / 300 Virginia St. E / #3200 / Chas — 25301]*

MATTHEW J. HAYES, CLERK
By: Leslie J. Gallian, Deputy Clerk

019731                                         20808019750019

Matthew J. Hayes, clerk

United States Bankruptcy Court

Federal Court House

300 Virginia St. E

#3200

Charleston, WV 25301



Re: Notice to Parties in Interest

Dear Mr. Hayes,

The bankruptcy document eliminated my retirement benefit from the Daily Gazette Co...

I retired in January, 2013 and received a monthly benefit from the Gazette of $5,922.

If I should die within ten years my wife would receive the same amount....

United Bank is receiving millions of dollars and it is difficult to understand why I cannot

Receive my retirement...

If you would like to review my retirement agreement, I would be pleased to submit it

To you...

Sincerely,

Craig Selby

1419 Nottingham Rd

Charleston, WV 25314