Frank W. Volk, Chief Judge
United States Bankruptcy Court
Southern District of West Virginia

**Dated: May 29th, 2018**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Daily Gazette Company, *et al.*, | ) | Case No. 18-20028 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |

### ORDER AUTHORIZING DEBTORS TO RETAIN AND EMPLOY
### BROWN EDWARDS & COMPANY, L.L.P. AS ACCOUNTANTS

Upon the application (the "Application")[2] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order authorizing the Debtors to retain and employ Stephen E. Kawash and the accounting firm Brown Edwards & Company, L.L.P. ("BEC") as the Debtors' accountants; this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Application in this District is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been given

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: Daily Gazette Company (4480); Daily Gazette Holding Company, LLC (2981); Charleston Newspapers Holdings, L.P. (3028); Daily Gazette Publishing Company, LLC (3074); Charleston Newspapers (6079); and G-M Properties, Inc. (4124).

[2] Capitalized terms used in this Order but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

under the circumstances; and it appearing that no other or further notice of the Application is required; and this Court having found that good and sufficient cause exists for the relief granted by this Order, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Application is GRANTED.

2. The Debtors are hereby authorized to retain and employ Stephen E. Kawash and BEC as their accountants pursuant to the terms and conditions of the Engagement Letter attached to the Application as Exhibit A.

3. BEC's professional compensation shall be subject to further order of the Court.

4. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.