Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
## Southern District of West Virginia

Room 3200  
300 Virginia Street East  
Charleston, WV 25301

Bankruptcy Proceeding No.: 2:18−bk−20028  
Chapter: 11  
Judge: Frank W. Volk

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Daily Gazette Company  
1001 Virginia Street East  
Charleston, WV 25301

Daily Gazette Holding Company, LLC  
1001 Virginia Street East  
Charleston, WV 25301

Social Security No.:

Employer's Tax I.D. No.:  
55−0154480                                   20−1022981

PLEASE TAKE NOTICE that A hearing will be held at

Bankruptcy Courtroom A, 6400 Robert C. Byrd U.S. Courthouse, 300 Virginia Street East, Charleston, WV 25301

on 7/25/18 at 01:30 PM

to consider and act upon the following:

[214] Letter Filed by Creditor Craig Selby addressed to Court regarding retirement benefits.

**NOTICE IS FURTHER GIVEN that telephone notification, followed up with a written pleading, must be given to the Clerk's Office (347−3003) of settlements or requests to continue this matter at least three (3) business days prior to the above hearing date; otherwise counsel should make an appearance at the scheduled hearing.**

Dated: 6/15/18

Matthew J. Hayes  
Clerk, U.S. Bankruptcy Court

BY: Leslie J. Gallian  
Deputy Clerk

United States Bankruptcy Court
Southern District of West Virginia

In re:                                                              Case No. 18-20028-fwv
Daily Gazette Company                                               Chapter 11
Daily Gazette Holding Company, LLC
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0425-2          User: ljg                  Page 1 of 2              Date Rcvd: Jun 18, 2018
                              Form ID: ntchrgBK          Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2018.
db         +Daily Gazette Company,   1001 Virginia Street East,   Charleston, WV 25301-2816
dbpos      +Charleston Newspapers,   1001 Virginia Street East,   Charleston, wv 25301-2895
dbpos      +Charleston Newspapers Holdings, L.P.,   1001 Virginia Street East,   Charleston, WV 25301-2895
dbpos      +Daily Gazette Holding Company, LLC,   1001 Virginia Street East,   Charleston, WV 25301-2816
dbpos      +Daily Gazette Publishing Company, LLC,   1001 Virginia Street East,   Charleston, WV 25301-2816
dbpos      +G-M Properties, Inc.,   1001 Virginia Street East,   Charleston, WV 25301-2816
cr         +Craig Selby,   1419 Nottingham Road,   Charleston, WV 25314-2433

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2018 at the address(es) listed below:
              Arthur M. Standish    on behalf of Interested Party    Charleston Newspapers, LLC
               art.standish@steptoe-johnson.com
              Brian A. Audette    on behalf of Debtor In Possession    Charleston Newspapers
               baudette@perkinscoie.com,
               docketchi@perkinscoie.com;brian-audette-perkins-coie-8180@ecf.pacerpro.com;nbagatti@perkinscoie.c
               om
              Brian A. Audette    on behalf of Creditor    Charleston Publishing Company baudette@perkinscoie.com,
               docketchi@perkinscoie.com;brian-audette-perkins-coie-8180@ecf.pacerpro.com;nbagatti@perkinscoie.c
               om
              Brian A. Audette    on behalf of Debtor    Daily Gazette Company baudette@perkinscoie.com,
               docketchi@perkinscoie.com;brian-audette-perkins-coie-8180@ecf.pacerpro.com;nbagatti@perkinscoie.c
               om
              Brian A. Audette    on behalf of Debtor    Daily Gazette Publishing Company, LLC
               baudette@perkinscoie.com,
               docketchi@perkinscoie.com;brian-audette-perkins-coie-8180@ecf.pacerpro.com;nbagatti@perkinscoie.c
               om
              Brian A. Audette    on behalf of Debtor    G-M Properties, Inc. baudette@perkinscoie.com,
               docketchi@perkinscoie.com;brian-audette-perkins-coie-8180@ecf.pacerpro.com;nbagatti@perkinscoie.c
               om
              Brian A. Audette    on behalf of Debtor In Possession    Daily Gazette Publishing Company, LLC
               baudette@perkinscoie.com,
               docketchi@perkinscoie.com;brian-audette-perkins-coie-8180@ecf.pacerpro.com;nbagatti@perkinscoie.c
               om
              Brian A. Audette    on behalf of Debtor In Possession    Charleston Newspapers Holdings, L.P.
               baudette@perkinscoie.com,
               docketchi@perkinscoie.com;brian-audette-perkins-coie-8180@ecf.pacerpro.com;nbagatti@perkinscoie.c
               om
              Brian A. Audette    on behalf of Debtor In Possession    G-M Properties, Inc.
               baudette@perkinscoie.com,
               docketchi@perkinscoie.com;brian-audette-perkins-coie-8180@ecf.pacerpro.com;nbagatti@perkinscoie.c
               om
              Brian A. Audette    on behalf of Debtor In Possession    Daily Gazette Holding Company, LLC
               baudette@perkinscoie.com,
               docketchi@perkinscoie.com;brian-audette-perkins-coie-8180@ecf.pacerpro.com;nbagatti@perkinscoie.c
               om

```
District/off: 0425-2           User: ljg                    Page 2 of 2                  Date Rcvd: Jun 18, 2018
                               Form ID: ntchrgBK            Total Noticed: 7


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Brian A. Audette    on behalf of Debtor    Charleston Newspapers Holdings, L.P.
               baudette@perkinscoie.com,
               docketchi@perkinscoie.com;brian-audette-perkins-coie-8180@ecf.pacerpro.com;nbagatti@perkinscoie.c
               om
              David L. Bissett    on behalf of U.S. Trustee    United States Trustee David.L.Bissett@usdoj.gov
              Evan L. King, Jr.    on behalf of Interested Party    Charleston Newspapers, LLC
               evans.king@steptoe-johnson.com
              James S. Crockett, Jr.    on behalf of Creditor    United Bank jcrockett@spilmanlaw.com,
               bmarion@spilmanlaw.com;scormany@spilmanlaw.com;ppearl@spilmanlaw.com
              Joe M. Supple    on behalf of Debtor    G-M Properties, Inc. info@supplelaw.net
              Joe M. Supple    on behalf of Debtor In Possession    G-M Properties, Inc. info@supplelaw.net
              Joe M. Supple    on behalf of Debtor In Possession    Daily Gazette Holding Company, LLC
               info@supplelaw.net
              Joe M. Supple    on behalf of Debtor    Charleston Newspapers Holdings, L.P. info@supplelaw.net
              Joe M. Supple    on behalf of Debtor    Daily Gazette Publishing Company, LLC info@supplelaw.net
              Joe M. Supple    on behalf of Debtor In Possession    Daily Gazette Publishing Company, LLC
               info@supplelaw.net
              Joe M. Supple    on behalf of Debtor In Possession    Charleston Newspapers Holdings, L.P.
               info@supplelaw.net
              Joe M. Supple    on behalf of Debtor    Charleston Newspapers info@supplelaw.net
              Joe M. Supple    on behalf of Debtor    Daily Gazette Holding Company, LLC info@supplelaw.net
              Joe M. Supple    on behalf of Creditor    Charleston Publishing Company info@supplelaw.net
              Joe M. Supple    on behalf of Debtor    Daily Gazette Company info@supplelaw.net
              Joe M. Supple    on behalf of Debtor In Possession    Charleston Newspapers info@supplelaw.net
              Marc S. Pfeuffer    on behalf of Creditor    Pension Benefit Guaranty Corporation
               pfeuffer.marc@pbgc.gov, efile@pbgc.gov
              Sarah Ellis    on behalf of Interested Party    Charleston Newspapers, LLC
               sarah.ellis@steptoe-johnson.com
              Steven L. Thomas    on behalf of Creditor    MediaNews Group, Inc. sthomas@kaycasto.com,
               dcummins@kaycasto.com;dhughes@kaycasto.com;lwalker@kaycasto.com
              Steven L. Thomas    on behalf of Creditor    Charleston Publishing Company sthomas@kaycasto.com,
               dcummins@kaycasto.com;dhughes@kaycasto.com;lwalker@kaycasto.com
              Thomas H. Gilpin    on behalf of Interested Party    HD Media Company, LLC
               thomas.gilpin@dinsmore.com
              United States Trustee     ustpregion04.ct.ecf@usdoj.gov
              W. Bradley Sorrells    on behalf of Creditor    Appalachian Power Company, d/b/a American Electric
               Power, wbs@ramlaw.com
                                                                                             TOTAL: 33
```