Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
## Southern District of West Virginia

Room 3200
300 Virginia Street East
Charleston, WV 25301

---

Bankruptcy Proceeding No.:  2:18–bk–20028
Chapter:  11
Judge:  Frank W. Volk

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Daily Gazette Company | Daily Gazette Holding Company, LLC |
| 1001 Virginia Street East | 1001 Virginia Street East |
| Charleston, WV 25301 | Charleston, WV 25301 |

Social Security No.:

Employer's Tax I.D. No.:
55–0154480                                        20–1022981

---

PLEASE TAKE NOTICE that a hearing previously scheduled for 7/25/2018 has been rescheduled; hearing will be held at

Bankruptcy Courtroom A, 6400 Robert C. Byrd U.S. Courthouse, 300 Virginia Street East, Charleston, WV 25301

on 8/1/18 at 01:30 PM

to consider and act upon the following:

214 – Letter Filed by Creditor Craig Selby addressed to Court regarding retirement benefits.

**NOTICE IS FURTHER GIVEN that telephone notification, followed up with a written pleading, must be given to the Clerk's Office (347–3003) of settlements or requests to continue this matter at least three (3) business days prior to the above hearing date; otherwise counsel should make an appearance at the scheduled hearing.**

Dated: 6/22/18

Matthew J. Hayes
Clerk, U.S. Bankruptcy Court

BY: Jason Rader
Deputy Clerk