Frank W. Volk, Chief Judge
United States Bankruptcy Court
Southern District of West Virginia

Dated: June 29th, 2018

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Daily Gazette Company, *et al.*, | ) | Case No. 2:18-bk-20028 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## ORDER GRANTING FIRST APPLICATION FOR APPROVAL OF
## PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES TO JOE M. SUPPLE
## AND SUPPLE LAW OFFICE, PLLC, COUNSEL FOR THE DEBTOR

Pending is the Application of Co-Counsel for the Debtor, Joe M. Supple and Supple Law Office, PLLC for approval of the payment of fees in the amount of $28,530.00 and reimbursement of expenses in the amount of $775.08 for legal services rendered by Supple to the Debtor from January 27, 2018 through April 30, 2018.

On March 9, 2018, this Court approved the employment of Joe M. Supple and Supple Law Office, PLLC as co-counsel for the Debtors. The Court finding good cause to grant the application does accordingly,

**ORDER** that the Application for Compensation of Counsel for the Debtor, Joe M. Supple, for approval and payment of fees in the amount $28,530.00 and reimbursement of expenses in the amount of $775.08 for legal services rendered by Supple to the Debtors from January 27, 2018 through April 30, 2018 is **GRANTED**. The approved fees and expenses shall be paid from the $25,000 retainer held by Supple Law Office, with the remaining balance paid by the Debtor.

Prepared By:

/s/ Joe M. Supple
*Counsel for the Debtor*