Frank W. Volk, Chief Judge
United States Bankruptcy Court
Southern District of West Virginia

Dated: July 7th, 2018

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Daily Gazette Company, *et al.*, | ) | Case No. 18-20028 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |

**ORDER AUTHORIZING THE EXPANSION OF THE SCOPE OF THE DEBTORS' RETENTION OF BROWN EDWARDS & COMPANY, L.L.P. AS ACCOUNTANTS**

Upon the application (the "Application")[2] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order expanding the scope of the Debtors' retention of the accounting firm Brown Edwards & Company, L.L.P. ("BEC"); this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); this Court being able to issue a final order consistent with Article III of the United States Constitution; this Court having found that venue of this proceeding and the Application in this District is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; the Court having previously entered an

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: Daily Gazette Company (4480); Daily Gazette Holding Company, LLC (2981); Charleston Newspapers Holdings, L.P. (3028); Daily Gazette Publishing Company, LLC (3074); Charleston Newspapers (6079); and G-M Properties, Inc. (4124).

[2] Capitalized terms used in this Order but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

140141765.1

Order authorizing the Debtors to retain and employ BEC as their accountants to prepare 2017 and 2018 tax returns [Dkt. #208]; due and proper notice of the Application having been given under the circumstances; it appearing that no other or further notice of the Application is required; and this Court having found that good and sufficient cause exists for the expanded scope of BEC's retention as the Debtors' accountants as granted by this Order, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

    1.    The Application is GRANTED.

    2.    The scope of the Debtors' retention and employment of BEC as their accountants is hereby expanded to include the services described in and contemplated by the Audit Engagement Letter attached to the Application as <u>Exhibit A</u>.

    3.    BEC's professional compensation shall remain subject to further order of the Court.

    4.    This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

140141765.1