Frank W. Volk, Chief Judge
United States Bankruptcy Court
Southern District of West Virginia

Dated: August 14th, 2018

**The PBGC is also requested to advise Mr. Selby as to what, if any, administrative remedies may be available to him under the circumstances presented.**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Daily Gazette Company, *et al.*, | ) | Case No. 18-20028 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |

## ORDER DIRECTING PENSION BENEFIT GUARANTY CORPORATION TO FILE REPORT REGARDING PURPORTED RETIREMENT BENEFITS OF CRAIG SELBY

Upon the Letter Filed by Creditor Craig Selby Addressed to the Court Regarding Retirement Benefits [Dkt. #214] (the "Selby Letter"); the Court having conducted an initial hearing regarding the Selby Letter on August 1, 2018; it is hereby ORDERED THAT:

On or before August 22, 2018, the Pension Benefit Guaranty Corporation (the "PBGC") shall file with the Court, and serve upon Craig L. Selby, a report describing: (1) the PBGC's appointment as the statutory trustee of the Charleston Newspapers Retirement Plan; and (2) whether and to what extent the PBGC may have any obligations under (a) that certain Supplemental Employee Benefits Agreement dated as of November 23, 1992 by and between Daily Gazette Company and Craig L. Selby, or (b) that certain Charleston Newspapers Supplemental Retirement Plan dated as of January 1, 2006.

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: Daily Gazette Company (4480); Daily Gazette Holding Company, LLC (2981); Charleston Newspapers Holdings, L.P. (3028); Daily Gazette Publishing Company, LLC (3074); Charleston Newspapers (6079); and G-M Properties, Inc. (4124).

1

140772581.1