# **<u>EXHIBIT A</u>**

| Fill in this information to identify the case: |
| --- |

| Debtor 1 | Daily Gazette Company |
| --- | --- |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern   District of West Va. (State) |
| Case number | 18-20028 |

## Official Form 410

# Proof of Claim                                                                                    12/15

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) **that you received.**

---

| Part 1: | Identify the Claim |
| --- | --- |

| 1. Who is the current creditor? | **Pension Benefit Guaranty Corporation** |
| --- | --- |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor _____ |

| 2. Has this claim been acquired from someone else? | ☑ No |
| --- | --- |
| | ☐ Yes. From whom? _____ |

| 3. Where should notices and payments to the creditor be sent? | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
| --- | --- | --- |
| Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Office of the General Counsel, Attn: Marc S. Peuffer | |
| | Name | Name |
| | 1200 K Street, N.W., Suite 340 | |
| | Number        Street | Number        Street |
| | Washington, DC 20005-4026 | |
| | City                State           ZIP Code | City                State           ZIP Code |
| | Contact phone  202-326-4020, x4903 | Contact phone _____ |
| | Contact email  pfeuffer.marc@pbgc.gov | Contact email _____ |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one): | |
| | __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ | |

| 4. Does this claim amend one already filed? | ☑ No |
| --- | --- |
| | ☐ Yes. Claim number on court claims registry (if known) _____   Filed on ___/___/___  MM / DD / YYYY |

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No |
| --- | --- |
| | ☐ Yes. Who made the earlier filing? _____ |

---

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**   $ 1,627,808.00   . Does this amount include interest or other charges?

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Statutory Liability to the Charleston Newspapers Retirement Plan for unpaid minimum funding contributions under 26 U.S.C. §§ 412 and 430, 29 U.S.C. §§ 1082, 1342 and 1362(c). See attached statement.

**9. Is all or part of the claim secured?**

☐ No

☑ Yes.   The claim is secured by a lien on property.

**Nature of property:**

☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:**   Statutory lien for missed pension contributions

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:   $ Unknown

Amount of the claim that is secured:   $ 1,627,808

Amount of the claim that is unsecured:   $ Unknown   (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:   $ n/a

Annual Interest Rate (when case was filed) n/a %

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.   $ _____

**11. Is this claim subject to a right of setoff?**

☑ No   See attached statement.

☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | | |
|---|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check all that apply:* | | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $_____ |
| | ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies. | | $_____ |

\* Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:  Sign Below

| The person completing this proof of claim must sign and date it. FRBP 9011(b). | *Check the appropriate box:* |
|---|---|
| | ☐ I am the creditor. |
| | ☑ I am the creditor's attorney or authorized agent. |
| If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is. | ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. |
| | ☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. |
| A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571. | I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct. |

Executed on date  **05/17/2018**
MM / DD / YYYY

_Signature_

**Print the name of the person who is completing and signing this claim:**

| Name | Joel W. Ruderman | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Assistant General Counsel | | |
| Company | Pension Benefit Guaranty Corporation | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 1200 K Street, N.W., Suite 340 | | |
| | Number        Street | | |
| | Washington, DC 20005-4026 | | |
| | City | State | ZIP Code |
| Contact phone | 202-326-4020 | | |
| | | Email | ruderman.joel@pbgc.gov |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Daily Gazette Company | ) | Case No. 18-20028 |
| | ) | |
| | ) | |
| Debtor. | ) | |

**STATEMENT OF THE PENSION BENEFIT GUARANTY CORPORATION
IN SUPPORT OF ITS CLAIM FOR MINIMUM FUNDING CONTRIBUTIONS
DUE TO THE CHARLESTON NEWSPAPERS PENSION PLAN**

     The Pension Benefit Guaranty Corporation ("PBGC"), on behalf of the Charleston

Newspapers Retirement Plan (the "Pension Plan"), hereby submits its Statement in Support of its

claim for minimum funding contributions that are due to the Pension Plan, against Daily Gazette

Company (the "Debtor"), stating:

     1.      PBGC is a wholly-owned United States government corporation, and an agency of

the United States, that administers the defined benefit pension plan termination insurance program

under Title IV of the Employee Retirement Income Security Act of 1974, *as amended*, 29 U.S.C.

§§ 1301-1461 (2012, Supp. II 2016) ("ERISA").  PBGC guarantees the payment of certain pension

benefits upon the termination of a single-employer pension plan covered by Title IV of ERISA.

When an underfunded plan terminates, PBGC generally becomes trustee of the plan and, subject to

certain statutory limitations, pays the plan's unfunded benefits with its insurance funds.  *See*

29 U.S.C. §§ 1321-1322, 1342, 1361.

     2.      The Pension Plan is a single-employer defined benefit pension plan covered by

Title IV of ERISA.  *See* 29 U.S.C. § 1321.

4.      The Pension Plan terminated on August 1, 2015, and PBGC was appointed as the

Pension Plan's statutory trustee on October 13, 2016, under 29 U.S.C. § 1342.

5.      On January 30, 2018, the Debtor filed a voluntary petition under Chapter 11 of the

Bankruptcy Code.

6.      The contributing sponsor of the Pension Plan and each member of its controlled

group are jointly and severally liable to the Pension Plan for contributions necessary to satisfy the

minimum funding standards under sections 412 and 430 of the Internal Revenue Code ("IRC")

and sections 302 and 303 of ERISA. IRC § 412(c)(11) (2007) (effective for pension plan years

beginning on or before Dec. 31, 2007); *see also* 29 U.S.C.A. § 1082(c)(11) (2007) (same); and

IRC § 412(b)(1) & (2) (2009) (effective for pension plan years beginning after Dec. 31, 2007); *see*

*also* 29 U.S.C.A. § 1082(b)(1) & (2) (2009) (same)..[1] Also, the Debtor may be contractually

obligated to contribute to the Pension Plan.

7.      This is an estimated claim for contributions that are owed to the Pension Plan.

PBGC estimates the claim to be $1,627,008. Because the Pension Plan terminated, this liability is

owed to PBGC as the trustee appointed under 29 U.S.C. § 1342. *See* 29 U.S.C. §

1342(d)(1)(B)(ii) (a trustee appointed under § 1342(b) has the power "to collect for the plan any

amounts due the plan, including but not limited to the power to collect from the persons obligated

to meet the requirements of § 302 or the terms of the plan") and 29 U.S.C. § 1362(c).

---

[1] References to the IRC, or to 29 U.S.C.A. §§ 1082 and 1083, with a date of 2007 refer
to the pre-PPA 2006 provisions in effect for pension plan years beginning *on or before*
December 31, 2007. References with a date of 2009 refer to the PPA 2006 provisions in effect
for pension plan years beginning *after* December 31, 2007.

2

8.      In July 2015, October 2015, February 2016, May 2016, and June 2016, PBGC filed

Notices of Federal Lien under IRC §§ 412(n) and/or 430(k) against the Debtor for unpaid

minimum funding contributions and interest.  True, complete, and correct copies of the Notices of

Federal Liens filed against the Debtor are attached to this proof of claim as Exhibits 1 through 5,

and incorporated herein by reference.

9.      By filing the Notices of Federal Lien, PBGC perfected the lien described in 29

U.S.C. § 1082(f) (2007), 29 U.S.C. § 1083(k) (2008), IRC § 412(n) (2007) and IRC § 430(k)

(2008) against all real property of the Debtor, if any, located in Tucker County, West Virginia.

10.     Documents supporting this claim include the Pension Plan document with

applicable amendments; relevant collateral agreements, if any; United States Internal Revenue

Service Form 5500s; and annual actuarial valuation reports for the Pension Plan.  On information

and belief, the Debtor or a member of its controlled group has in its possession and control copies

or originals of these documents.

11.     PBGC is not aware of any other claim for these contributions having been filed by

any person with responsibility for administering the affairs of the Pension Plan.

12.     PBGC's investigation of this matter is continuing.  The agency reserves the right to

amend, modify and supplement this proof of claim and/or to file additional proofs of claim.  The

filing of this proof of claim is not intended to be and shall not be construed as (1) an election of

remedy or (2) a waiver or limitation of any rights of PBGC, the Pension Plan or any of its

beneficiaries or participants.


Dated:          Washington, D.C.
                May 17, 2018


Joel W. Ruderman
Assistant General Counsel
Marc S. Pfeuffer
Attorney
Office of the General Counsel
PENSION BENEFIT GUARANTY CORPORATION
1200 K Street, N.W.
Washington, D.C.  20005-4026
(202) 326-4020 ext. 4903
FAX: (202) 326-4112

4

# Exhibit 1

Please return a copy of the recorded original to:
MARC PFEUFFER, ESQ.
OFFICE OF THE CHIEF COUNSEL
PENSION BENEFIT GUARANTY CORPORATION
1200 K ST., N.W.
WASHINGTON, DC 20005-4026
PHONE NO. (202) 326-4020, EXT.4903

**BOOK 3 PAGE 60(2)  143251**





### NOTICE OF FEDERAL LIEN UNDER
### IRC § 412(n) AND/OR § 430(k)*
### PENSION BENEFIT GUARANTY CORPORATION

As provided by Internal Revenue Code (IRC) §412(n) (2007) and/or §430(k) (2008), notice is given by the Pension Benefit Guaranty Corporation, a wholly-owned United States government corporation created by Title IV of the Employee Retirement Income Security Act of 1974, that the pension plan named below has a lien on all property and rights to property of the person named below because that person failed to make contributions to the pension plan required under IRC §§ 412 and/or 430 by the due date specified below. The amount of the lien was determined under IRC §412(n)(3) (2007) and/or §430(k)(3) (2008) and shall be treated as taxes due and owing the United States. The priority of the lien imposed shall be determined in the same manner as are federal taxes under IRC §6323. See IRC §412(n)(4)(C) (2007) and §430(k)(4)(C) (2008), and 29 U.S.C. §1368(c).
*IRC §412(n) (2007) applies to pension plan years beginning on or before Dec. 31, 2007. IRC §430(k) (2008) applies to pension plan years beginning after Dec. 31, 2007.

IMPORTANT FILING INFORMATION:
1.  As provided by IRC §412(n)(4)(C) (2007), §430(k)(4)(C) (2008), and 29 U.S.C. §1368(c)(4), this notice shall be filed in the same manner as a lien for federal taxes under IRC §6323(f) and (g).
2.  As provided by IRC §412(n)(5) (2007) and §430(k)(5) (2008), the Pension Benefit Guaranty Corporation may perfect a lien that arises under IRC §412(n)(1) (2007) or §430(k)(1) (2008).
3.  All prior notices of lien under IRC §412(n) (2007) or §430(k) (2008) filed against this person are listed in columns (d) and (e).
4.  RELEASE INFORMATION:  Unless a notice of lien is re-filed by the date given in column (b), this notice shall, on the day following such date, operate as a release of this lien.

| Name and Address of Person Liable for Contributions (DEBTOR): | Name of Pension Plan (SECURED PARTY): |
|---|---|
| The Daily Gazette Company<br>Lot 38 Deer Ridge<br>Dry Fork District<br>Davis, WV 26260 | Charleston Newspapers Retirement Plan<br>c/o Pension Benefit Guaranty Corporation<br>1200 K Street, N.W.<br>Washington, DC 20005 |

| Due Date (a) | Last Day for Refiling (b) | Amount Under IRC §412(n)(3) and/or §430(k)(3) at Due Date** (c) |
|---|---|---|
| 1/15/2015 | 7/19/2021 | $1,341,121.00 |

** Excludes amounts attributable to any other lien notices listed in columns (d) and (e).
Interest accrues until required contributions are made.

| Place of Filing | Prior IRC §412(n) and/or §430(k) Notice of Lien Filing Dates (d) | Recording Office File Stamp Number (e) |
|---|---|---|
| Tucker County Clerk<br>211 First Street, Suite 205<br>Parsons, WV 26287 | | |

This notice was prepared and signed at Washington, D.C., on June ___29___ , 2015.

Charles L. Finke                          Deputy Chief Counsel, Pension Benefit Guaranty Corporation

PBGC Lien No. 15L-3601                                    Form 412(n)/430(k)

6086589

<u>ACKNOWLEDGEMENT</u>

District of Columbia        )
                            )     SS.:
                            )

On this 29th day of June 2015, CHARLES L. FINKE personally came before

me and being known to me, did represent and affirm that he is the Deputy Chief Counsel of the

Pension Benefit Guaranty Corporation, that he did affix the seal of the Pension Benefit Guaranty

Corporation to the attached NOTICE OF FEDERAL LIEN UNDER IRC § 412(n) AND/OR

§ 430(k), that he signed and sealed the NOTICE OF FEDERAL LIEN UNDER IRC § 412(n)

AND/OR § 430(k) on behalf of the Pension Benefit Guaranty Corporation as the free act and deed

of the Corporation.

In Washington, D.C.

_____
NOTARY PUBLIC

Mark F. Maddrey
Notary Public, District of Columbia
My Commission Expires 9/30/2018

My Commission expires:_____

This document presented and filed:
07/02/2015 12:31:34 PM

*Sherry Simmons*

Sherry L. Simmons, Tucker County, WV
143251

# Exhibit 2

BOOK 3 PAGE 62(2) 143817

Please return a copy of the recorded original to:
MARC PFEUFFER, ESQ.
OFFICE OF THE CHIEF COUNSEL
PENSION BENEFIT GUARANTY CORPORATION
1200 K ST., N.W.
WASHINGTON, DC 20005-4026
PHONE NO. (202) 326-4020, EXT.4903



2015 OCT 16 AM 9: 22  OGC/OCC



# NOTICE OF FEDERAL LIEN UNDER
# IRC § 412(n) AND/OR § 430(k)*
# PENSION BENEFIT GUARANTY CORPORATION

As provided by Internal Revenue Code (IRC) §412(n) (2007) and/or §430(k) (2008), notice is given by the Pension Benefit Guaranty Corporation, a wholly-owned United States government corporation created by Title IV of the Employee Retirement Income Security Act of 1974, that the pension plan named below has a lien on all property and rights to property of the person named below because that person failed to make contributions to the pension plan required under IRC §§ 412 and/or 430 by the due date specified below. The amount of the lien was determined under IRC §412(n)(3) (2007) and/or §430(k)(3) (2008) and shall be treated as taxes due and owing the United States. The priority of the lien imposed shall be determined in the same manner as are federal taxes under IRC §6323. *See* IRC §412(n)(4)(C) (2007) and §430(k)(4)(C) (2008), and 29 U.S.C. §1368(c).
*IRC §412(n) (2007) applies to pension plan years beginning on or before Dec. 31, 2007. IRC §430(k) (2008) applies to pension plan years beginning after Dec. 31, 2007.

---

**IMPORTANT FILING INFORMATION:**

1. As provided by IRC §412(n)(4)(C) (2007), §430(k)(4)(C) (2008), and 29 U.S.C. §1368(c)(4), this notice shall be filed in the same manner as a lien for federal taxes under IRC §6323(f) and (g).
2. As provided by IRC §412(n)(5) (2007) and §430(k)(5) (2008), the Pension Benefit Guaranty Corporation may perfect a lien that arises under IRC §412(n)(1) (2007) or §430(k)(1) (2008).
3. All prior notices of lien under IRC §412(n) (2007) or §430(k) (2008) filed against this person are listed in columns (d) and (e).
4. RELEASE INFORMATION: Unless a notice of lien is re-filed by the date given in column (b), this notice shall, on the day following such date, operate as a release of this lien.

---

| Name and Address of Person Liable for Contributions (DEBTOR): | Name of Pension Plan (SECURED PARTY): |
|---|---|
| **The Daily Gazette Company**<br>Lot 38 Deer Ridge<br>Dry Fork District<br>Davis, WV 26260 | **Charleston Newspapers Retirement Plan**<br>c/o Pension Benefit Guaranty Corporation<br>1200 K Street, N.W.<br>Washington, DC 20005 |

| Due Date (a) | Last Day for Refiling (b) | Amount Under IRC §412(n)(3) and/or §430(k)(3) at Due Date** (c) |
|---|---|---|
| 7/15/2015 | 11/4/2021 | $298,289.00 |

** *Excludes amounts attributable to any other lien notices listed in columns (d) and (e). Interest accrues until required contributions are made.*

| Place of Filing: | Prior IRC §412(n) and/or §430(k) Notice of Lien Filing Dates (d) | Recording Office File Stamp Number (e) |
|---|---|---|
| Tucker County Clerk<br>211 First Street, Suite 205<br>Parsons, WV 26287 | 7/2/2015 | BK 3/PG 60(2) 143251 |

This notice was prepared and signed at Washington, D.C., on October ___7___, 2015.

Charles L. Finke

Deputy Chief Counsel, Pension Benefit Guaranty Corporation

PBGC Lien No. 15L-3823

412(n)/430(k)

Form

6130068

## ACKNOWLEDGEMENT

District of Columbia       )       SS.:
                              )
                              )

On this 7th day of October 2015, CHARLES L. FINKE personally came before me and being known to me, did represent and affirm that he is the Deputy Chief Counsel of the Pension Benefit Guaranty Corporation, that he did affix the seal of the Pension Benefit Guaranty Corporation to the attached NOTICE OF FEDERAL LIEN UNDER IRC § 412(n) AND/OR § 430(k), that he signed and sealed the NOTICE OF FEDERAL LIEN UNDER IRC § 412(n) AND/OR § 430(k) on behalf of the Pension Benefit Guaranty Corporation as the free act and deed of the Corporation.

In Washington, D.C.

_____
NOTARY PUBLIC

Mark F. Maddrey
Notary Public, District of Columbia
My Commission Expires 9/30/2018

My Commission expires: _____



This document presented and filed:
10/08/2015 01:48:43 PM

*Sherry Simmons*

SHERRY L. SIMMONS. Tucker County, WV
143817

# Exhibit 3

BOOK 3 PAGE 67(2)  144603



Please return a copy of the recorded original to:
MARC PFEUFFER, ESQ.
OFFICE OF THE CHIEF COUNSEL
PENSION BENEFIT GUARANTY CORPORATION
1200 K ST., N.W.
WASHINGTON, DC 20005-4026
PHONE NO. (202) 326-4020, EXT.4903



PBGC
Protecting America's Pensions

# NOTICE OF FEDERAL LIEN UNDER
## IRC § 412(n) AND/OR § 430(k)*
## PENSION BENEFIT GUARANTY CORPORATION

As provided by Internal Revenue Code (IRC) §412(n) (2007) and/or §430(k) (2008), notice is given by the Pension Benefit Guaranty Corporation, a wholly-owned United States government corporation created by Title IV of the Employee Retirement Income Security Act of 1974, that the pension plan named below has a lien on all property and rights to property of the person named below because that person failed to make contributions to the pension plan required under IRC §§ 412 and/or 430 by the due date specified below. The amount of the lien was determined under IRC §412(n)(3) (2007) and/or §430(k)(3) (2008) and shall be treated as taxes due and owing the United States. The priority of the lien imposed shall be determined in the same manner as are federal taxes under IRC §6323. See IRC §412(n)(4)(C) (2007) and §430(k)(4)(C) (2008), and 29 U.S.C. §1368(c).
*IRC §412(n) (2007) applies to pension plan years beginning on or before Dec. 31, 2007. IRC §430(k) (2008) applies to pension plan years beginning after Dec. 31, 2007.

---

**IMPORTANT FILING INFORMATION:**
1. As provided by IRC §412(n)(4)(C) (2007), §430(k)(4)(C) (2008), and 29 U.S.C. §1368(c)(4), this notice shall be filed in the same manner as a lien for federal taxes under IRC §6323(f) and (g).
2. As provided by IRC §412(n)(5) (2007) and §430(k)(5) (2008), the Pension Benefit Guaranty Corporation may perfect a lien that arises under IRC §412(n)(1) (2007) or §430(k)(1) (2008).
3. All prior notices of lien under IRC §412(n) (2007) or §430(k) (2008) filed against this person are listed in columns (d) and (e).
4. RELEASE INFORMATION: Unless a notice of lien is re-filed by the date given in column (b), this notice shall, on the day following such date, operate as a release of this lien.

---

| Name and Address of Person Liable for Contributions (DEBTOR): | Name of Pension Plan (SECURED PARTY): |
|---|---|
| **The Daily Gazette Company**<br>Lot 38 Deer Ridge<br>Dry Fork District<br>Davis, WV 26260 | **Charleston Newspapers Retirement Plan**<br>c/o Pension Benefit Guaranty Corporation<br>1200 K Street, N.W.<br>Washington, DC 20005 |

| Due Date (a) | Last Day for Refiling (b) | Amount Under IRC §412(n)(3) and/or §430(k)(3) at Due Date** (c) |
|---|---|---|
| 10/15/2015 | 3/14/2022 | $417,718.00 |

** Excludes amounts attributable to any other lien notices listed in columns (d) and (e).

*Interest accrues until required contributions are made.*

| Place of Filing:<br>Tucker County Clerk<br>211 First Street, Suite 205<br>Parsons, WV 26287 | Prior IRC §412(n) and/or §430(k) Notice of Lien Filing Dates (d) | Recording Office File Stamp Number (e) |
|---|---|---|
| | 10/8/2015<br>7/2/2015 | BK 3/PG 62(2) 143817<br>BK 3/PG 60(2) 143251 |

This notice was prepared and signed at Washington, D.C., on February __1__7__, 2016.

_Charles L. Finke_ (signature)

Charles L. Finke                Deputy Chief Counsel, Pension Benefit Guaranty Corporation.

PBGC Lien No. 16L-4001                          Form 412(n)/430(k)

6/86138

2016 FEB 25 PM 2:00

PBGC 4001

## ACKNOWLEDGEMENT

District of Columbia )
) SS.:
)

On this \_\_\_\_\_ day of _____ 2016, CHARLES L. FINKE personally came before

me and being known to me, did represent and affirm that he is the Deputy Chief Counsel of the

Pension Benefit Guaranty Corporation, that he did affix the seal of the Pension Benefit Guaranty

Corporation to the attached NOTICE OF FEDERAL LIEN UNDER IRC § 412(n) AND/OR

§ 430(k), that he signed and sealed the NOTICE OF FEDERAL LIEN UNDER IRC § 412(n)

AND/OR § 430(k) on behalf of the Pension Benefit Guaranty Corporation as the free act and deed

of the Corporation.

In Washington, D.C.

_____
NOTARY PUBLIC

Mark F. Maddrey
Notary Public, District of Columbia
My Commission Expires 9/30/2018

My Commission expires:_____



This document presented and filed:
02/18/2016 11:57:28 AM

*Sherry Simmons*

SHERRY L. SIMMONS, Tucker County, WV
144603

# Exhibit 4



BOOK 3 PAGE 73(2)  145162

Please return a copy of the recorded original to:
MARC PFEUFFER, ESQ.
OFFICE OF THE CHIEF COUNSEL
PENSION BENEFIT GUARANTY CORPORATION
1200 K ST., N.W.
WASHINGTON, DC 20005-4026
PHONE NO: (202) 326-4020, EXT.4903



**PBGC**
Protecting America's Pensions

# NOTICE OF FEDERAL LIEN UNDER
## IRC § 412(n) AND/OR § 430(k)*
## PENSION BENEFIT GUARANTY CORPORATION

As provided by Internal Revenue Code (IRC) §412(n) (2007) and/or §430(k) (2008), notice is given by the Pension Benefit Guaranty Corporation, a wholly-owned United States government corporation created by Title IV of the Employee Retirement Income Security Act of 1974, that the pension plan named below has a lien on all property and rights to property of the person named below because that person failed to make contributions to the pension plan required under IRC §§ 412 and/or 430 by the due date specified below. The amount of the lien was determined under IRC §412(n)(3) (2007) and/or §430(k)(3) (2008) and shall be treated as taxes due and owing the United States. The priority of the lien imposed shall be determined in the same manner as are federal taxes under IRC §6323. See IRC §412(n)(4)(C) (2007) and §430(k)(4)(C) (2008), and 29 U.S.C. §1368(c).
*IRC §412(n) (2007) applies to pension plan years beginning on or before Dec. 31, 2007.  IRC §430(k) (2008) applies to pension plan years beginning after Dec. 31, 2007.

IMPORTANT FILING INFORMATION:
1. As provided by IRC §412(n)(4)(C) (2007), §430(k)(4)(C) (2008), and 29 U.S.C. §1368(c)(4), this notice shall be filed in the same manner as a lien for federal taxes under IRC §6323(f) and (g).
2. As provided by IRC §412(n)(5) (2007) and §430(k)(5) (2008), the Pension Benefit Guaranty Corporation may perfect a lien that arises under IRC §412(n)(1) (2007) or §430(k)(1) (2008).
3. All prior notices of lien under IRC §412(n) (2007) or §430(k) (2008) filed against this person are listed in columns (d) and (e).
4. RELEASE INFORMATION:  Unless a notice of lien is re-filed by the date given in column (b), this notice shall, on the day following such date, operate as a release of this lien.

Name and Address of Person Liable for Contributions (DEBTOR):

**The Daily Gazette Company**
Lot 38 Deer Ridge
Dry Fork District
Davis, WV 26260

Name of Pension Plan (SECURED PARTY):

**Charleston Newspapers Retirement Plan**
c/o Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, DC 20005

| Due Date (a) | Last Day for Refiling (b) | Amount Under IRC §412(n)(3) and/or §430(k)(3) at Due Date** (c) |
|---|---|---|
| 1/15/2016 | 6/17/2022 | $155,868.00 |

** Excludes amounts attributable to any other lien notices listed in columns (d) and (e).

### Interest accrues until required contributions are made.

| Place of Filing: Tucker County Clerk 211 First Street, Suite 205 Parsons, WV 26287 | Prior IRC §412(n) and/or §430(k) Notice of Lien Filing Dates (d) | Recording Office File Stamp Number (e) |
|---|---|---|
| | 2/18/2016 | BK 3/PG 67(2) 144603 |
| | 10/8/2015 | BK 3/PG 62(2) 143817 |
| | 7/2/2016 | BK 3/PG 60(2) 143251 |

This notice was prepared and signed at Washington, D.C., on May 13, 2016.

_Charles L. Finke_          Deputy Chief Counsel, Pension Benefit Guaranty Corporation
                            PBGC Lien No. 16L-4072          Form 412(n)/430(k)

622915

## ACKNOWLEDGEMENT

District of Columbia      )      SS.:
                                  )
                                  )

On this 18ᵗʰ day of May 2016, CHARLES L. FINKE personally came before me and being known to me, did represent and affirm that he is the Deputy Chief Counsel of the Pension Benefit Guaranty Corporation, that he did affix the seal of the Pension Benefit Guaranty Corporation to the attached NOTICE OF FEDERAL LIEN UNDER IRC § 412(n) AND/OR § 430(k), that he signed and sealed the NOTICE OF FEDERAL LIEN UNDER IRC § 412(n) AND/OR § 430(k) on behalf of the Pension Benefit Guaranty Corporation as the free act and deed of the Corporation.

In Washington, D.C.

_____
NOTARY PUBLIC

Mark F. Maddrey
Notary Public, District of Columbia
My Commission Expires 9/30/2018

My Commission expires: _____



This document presented and filed:
05/23/2016 02:41:35 PM

*Sherry Simmons*

SHERRY L. SIMMONS, Tucker County, WV
145162

# Exhibit 5

BOOK 3 PAGE 75(2)  145224

Please return a copy of the recorded original to:
MARC PFEUFFER, ESQ.
OFFICE OF THE CHIEF COUNSEL
PENSION BENEFIT GUARANTY CORPORATION
1200 K ST., N.W.
WASHINGTON, DC 20005-4026
PHONE NO. (202) 326-4020, EXT.4903



**PBGC**
Protecting America's Pensions

### NOTICE OF FEDERAL LIEN UNDER
### IRC § 412(n) AND/OR § 430(k)*
### PENSION BENEFIT GUARANTY CORPORATION

As provided by Internal Revenue Code (IRC) §412(n) (2007) and/or §430(k) (2008), notice is given by the Pension Benefit Guaranty Corporation, a wholly-owned United States government corporation created by Title IV of the Employee Retirement Income Security Act of 1974, that the pension plan named below has a lien on all property and rights to property of the person named below because that person failed to make contributions to the pension plan required under IRC §§ 412 and/or 430 by the due date specified below. The amount of the lien was determined under IRC §412(n)(3) (2007) and/or §430(k)(3) (2008) and shall be treated as taxes due and owing the United States. The priority of the lien imposed shall be determined in the same manner as are federal taxes under IRC §6323. *See* IRC §412(n)(4)(C) (2007) and §430(k)(4)(C) (2008), and 29 U.S.C. §1368(c).
*IRC §412(n) (2007) applies to pension plan years beginning on or before Dec. 31, 2007. IRC §430(k) (2008) applies to pension plan years beginning after Dec. 31, 2007.*

IMPORTANT FILING INFORMATION:
1.   As provided by IRC §412(n)(4)(C) (2007), §430(k)(4)(C) (2008), and 29 U.S.C. §1368(c)(4), this notice shall be filed in the same manner as a lien for federal taxes under IRC §6323(f) and (g).
2.   As provided by IRC §412(n)(5) (2007) and §430(k)(5) (2008), the Pension Benefit Guaranty Corporation may perfect a lien that arises under IRC §412(n)(1) (2007) or §430(k)(1) (2008).
3.   All prior notices of lien under IRC §412(n) (2007) or §430(k) (2008) filed against this person are listed in columns (d) and (e).
4.   RELEASE INFORMATION: Unless a notice of lien is re-filed by the date given in column (b), this notice shall, on the day following such date, operate as a release of this lien.

| Name and Address of Person Liable for Contributions (DEBTOR): | Name of Pension Plan (SECURED PARTY): |
|---|---|
| **The Daily Gazette Company**<br>Lot 38 Deer Ridge<br>Dry Fork District<br>Davis, WV 26260 | **Charleston Newspapers Retirement Plan**<br>c/o Pension Benefit Guaranty Corporation<br>1200 K Street, N.W.<br>Washington, DC 20005 |

| Due Date (a) | Last Day for Refiling (b) | Amount Under IRC §412(n)(3) and/or §430(k)(3) at Due Date** (c) |
|---|---|---|
| 4/15/2016 | 6/29/2022 | $180,750.00 |

** *Excludes amounts attributable to any other lien notices listed in columns (d) and (e).*

*Interest accrues until required contributions are made.*

| Place of Filing:<br>Tucker County Clerk<br>211 First Street, Suite 205<br>Parsons, WV 26287 | Prior IRC §412(n) and/or §430(k) Notice of Lien Filing Dates (d) | Recording Office File Stamp Number (e) |
|---|---|---|
| | 5/23/2016<br>2/18/2016<br>10/8/2015<br>7/2/2015 | BK 3/PG 73(2) 145162<br>BK 3/PG 67(2) 144603<br>BK 3/PG 62(2) 143817<br>BK 3/PG 60(2) 143251 |

This notice was prepared and signed at Washington, D.C., on _June 2_, 2016.

Charles L. Finke            Deputy Chief Counsel, Pension Benefit Guaranty Corporation

PBGC Lien No. 16L-4210                Form 412(n)/430(k)

2016 JUN 16  AM 8: 05   QGC/OCC

6236159

## ACKNOWLEDGEMENT

District of Columbia )
) SS.:
)

On this 2nd day of June 2016, CHARLES L. FINKE personally came before me and being known to me, did represent and affirm that he is the Deputy Chief Counsel of the Pension Benefit Guaranty Corporation, that he did affix the seal of the Pension Benefit Guaranty Corporation to the attached NOTICE OF FEDERAL LIEN UNDER IRC § 412(n) AND/OR § 430(k), that he signed and sealed the NOTICE OF FEDERAL LIEN UNDER IRC § 412(n) AND/OR § 430(k) on behalf of the Pension Benefit Guaranty Corporation as the free act and deed of the Corporation.

In Washington, D.C.

NOTARY PUBLIC

My Commission expires: August 14, 2018

TINA JAI BRADLEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires August 14, 2018

This document presented and filed:
06/03/2016 12:49:47 PM

Sherry Simmons

SHERRY L. SIMMONS, Tucker County, WV
145224