Form ntcdeford

## UNITED STATES BANKRUPTCY COURT
### Southern District of West Virginia

| | | |
|---|---|---|
| In<br>Re: | Daily Gazette Company, Daily Gazette Holding<br>Company, LLC, Charleston Newspapers Holdings,<br>L.P., Daily Gazette Publishing Company, LLC,<br>Charleston Newspapers, and G–M Properties, Inc.<br>Debtor | Case No.: 2:18–bk–20028 |

Chapter: 11

## NOTICE OF DEFICIENT PROPOSED ORDER/PROPOSED AGREED ORDER

NOTICE IS HEREBY GIVEN that the Proposed Order/Proposed Agreed Order submitted via CM/ECF is deficient, pursuant to the e–mail of 5/23/2016 from the Clerk's Office and must be corrected and re–filed for the following reasons:

☑ Proposed Order/Proposed Agreed Order was submitted as an attachment to a Motion/Pleading and not e–filed separately. Please re–file in CM/ECF using the Proposed Order or Proposed Agreed Order event code under the Miscellaneous category and link back to the pleading in which it relates.

☐ The Proposed Order/Proposed Agreed Order has a signature line at the end of the Order for the Judge's signature that needs to be removed.

☐ The Proposed Order/Proposed Agreed Order does not have the required 2 inch margin at the top of the Order.

☐ Other:

NOTICE IS FURTHER GIVEN that no action will be taken on the deficient proposed order until a corrected order is submitted.

Dated:October 4, 2018

Matthew J. Hayes, Clerk

By
Jason Rader, Deputy Clerk