IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In re: | Chapter 11 |
| Daily Gazette Company, *et al.*, | Case No. 18-20228 |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF APPEARANCE FOR UNITED STATES GOVERNMENT ATTORNEY JORDAN E. JACOBSON

PLEASE TAKE NOTICE that the Pension Benefit Guaranty Corporation ("PBGC"), a wholly-owned United States Government Corporation under 29 U.S.C. § 1302, an agency of the United States Government under 28 U.S.C. § 451 and 11 U.S.C. § 101(27), a creditor under 11 U.S.C. § 101(10), and a party in interest in the above-captioned case under 11 U.S.C. § 1109(b), hereby files this notice of appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), L.B.R. 2090-1(2), and S.D.W.V. L.R. Civ. P. 83.1(d), and requests, pursuant to Section 1109(b) of Title 11, United States Code and Bankruptcy Rules 2002(j)(4), 3017(d) and 9007, that notice of all matters which may come before the Court concerning the above-captioned case and debtor be given to and served upon PBGC as listed below.

This request includes, *inter alia*, the notices and papers referred to in Bankruptcy Rules 2002, 3017 (including all disclosure statements and plans of reorganization) and 9007, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in this case, whether formal or informal, *ex parte* or on notice, written or oral, or transmitted or conveyed by mail, electronic

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: Daily Gazette Company (4480); Daily Gazette Holding Company, LLC (2981); Charleston Newspapers Holdings, L.P. (3028), Daily Gazette Publishing

mail, personal delivery, telephone, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that this entry of appearance and request for notice is without prejudice to PBGC's rights, remedies and claims against other entities or any objection that may be made to the jurisdiction or venue of the Court or venue of this case, and shall not be deemed or construed to be a waiver of PBGC's rights: (i) to have final orders and non-core matters entered only after *de novo* review by a district court, (ii) to trial by jury in any proceedings so triable in this case or in any controversy or proceeding related to this case, (iii) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (iv) to assert any other rights, claims, actions, defenses, setoffs or recoupments to which PBGC is or may be entitled in law or in equity, all of which PBGC expressly reserves.

Dated: October 10, 2018  
       Washington, D.C.

Respectfully Submitted,

/s/ Jordan E. Jacobson  
Jordan E. Jacobson, Attorney (CA 302543)  
Pension Benefit Guaranty Corporation  
Office of the General Counsel  
1200 K Street, N.W.  
Washington, D.C. 20005-4026  
Phone: (202) 326-4020, ext. 6511  
Fax: (202) 326-4112  
Emails: jacobson.jordan@pbgc.gov *and* efile@pbgc.gov

2

Company, LLC (3074); Charleston Newspapers (6079); and G-M Properties, Inc. (4124).

## CERTIFICATE OF SERVICE

I hereby certify, that on this 10th day of October 2018, the **Pension and Benefit Guaranty Corporation's Notice of Appearance for United States Government Attorney Jordan E. Jacobson** was served on all parties registered to receive notices for this case, on the following manner:

| | |
|---|---|
| **Brian A. Audette**<br>Perkins Coie LLP<br>131 S. Dearborn St., Suite 1700<br>Chicago, IL 60603<br><br>**Joe M. Supple**<br>801 Viand Street<br>Point Pleasant, WV 25550<br><br>*Debtors' Counsel*<br>**Via Federal Express** | **David L. Bissett**<br>Office of the United States Trustee<br>300 Virginia Street, East<br>Room 2025<br>Charleston, WV 25301<br><br><br><br>*Counsel for U.S. Trustee*<br>**Via Federal Express** |

/s/ Jordan E. Jacobson
Jordan E. Jacobson
Attorney



**PBGC**  Pension Benefit Guaranty Corporation
Protecting America's Pensions   1200 K Street, N.W., Washington, D.C. 20005-4026

October 10, 2018

**VIA FEDERAL EXPRESS**
United States Bankruptcy Court
Southern District of West Virginia
Robert C. Byrd United States Courthouse
300 Virginia Street East, Room 3200
Charleston, West Virginia 25301

Re: *Daily Gazette Company, et al.,* Bankruptcy Case No. 18-20028

Dear Clerk of the Court:

The Pension Benefit Guaranty Corporation ("PBGC") is a wholly-owned United States government corporation, created by Title IV of the Employee Retirement Income Security Act of 1974 ("ERISA"), *as amended,* 29 U.S.C. §§ 1301-1461 (2012, Supp. IV 2016), as an agency of the United States government under 28 U.S.C. § 451, **thus we are exempt from filing fees.**

Enclosed for filing in the above-captioned bankruptcy action, please find the originals of the Pension Benefit Guaranty Corporation's:

1. Notice of Appearance for United States Government Attorney Jordan E. Jacobson, attorney for the PBGC,

2. Certificate of Service

3. Electronic Case Filing System Attorney/Trustee/United States Trustee Registration Form and User Agreement

Thank you for your attention in this matter. If you have questions, please contact me at (202) 326-4020, extension 3429 or Chatman.joselle@pgbc.gov.

Sincerely,

Joselle M. Chatman
Paralegal Specialist
Office of the General Counsel

Enclosures