B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Southern District of West Virginia

In re  Charleston Newspapers ,                        Case No. 18-20033
        *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: March                                                    Date filed: April 22, 2019

Line of Business: Newspaper/Media                               NAISC Code: 5111

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*/s/ Norman W. Shumate III*
Original Signature of Responsible Party

Norman W. Shumate III
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☐ | ☑ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☑ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☐ | ☑ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☐ | ☑ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☑

15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☑

16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☑

17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☑

18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME** $ 0

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month $ 208,526

Cash on Hand at End of Month $ 206,555

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    **TOTAL** $ 206,200

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES** $ 1,971

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* $ 0

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* $ 1,971

*(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** $ (1,971)

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 0

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 206 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 0 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 255,662 |

*NON-BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 0 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 0 |

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 0 | $ 0 | $ 0 |
| EXPENSES | $ 0 | $ 1,971 | $ (1,971) |
| CASH PROFIT | $ 0 | $ (1,971) | $ (1,971) |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 0 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 50,000 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ (50,000) |

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

# UNITED BANK

*Copies of checks available upon request*

Last statement: February 28, 2019
This statement: March 31, 2019
Total days in statement period: 31

Page 1 of 1
1453
(0)

000002286 MUBDDAST033019155456 01 000000



CHARLESTON NEWSPAPERS
PAYROLL ACCOUNT ZBA
ATTN LINDA HENNEN
1001 VIRGINIA ST E
CHARLESTON WV 25301-2816

Direct inquiries to:
800 327 9862

United Bank
500 Virginia St East PO Box 393
Charleston WV 25322-0393

## Analyzed Business Checking

| | | | |
|---|---|---|---|
| Account number | 1453 | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions | .00 |
| Average balance | $0.00 | Total subtractions | .00 |
| Avg collected balance | $0 | Ending balance | $.00 |

** No activity this statement period **

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



L 2286 -2286

Thank you for banking with United Bank

BankWithUnited.com

00002286-001-001-DUBDDAST033019155456-6x901-00-0-00002286

# UNITED BANK

Last statement: February 28, 2019
This statement: March 31, 2019
Total days in statement period: 31

Page 1 of 1
1816
(0)

000010443 MUBDDAST033019155456 01 000000

CHARLESTON NEWSPAPERS
FUNDING ACCOUNT
ATTN: LINDA HENNEN
1001 VIRGINIA ST E
CHARLESTON WV 25301-2816

Direct inquiries to:
800 327 9862

United Bank
500 Virginia St East PO Box 393
Charleston WV 25322-0393

## Analyzed Business Checking

| | | | |
|---|---|---|---|
| Account number | 1816 | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions | .00 |
| Average balance | $0.00 | Total subtractions | .00 |
| Avg collected balance | $0 | Ending balance | $.00 |

**  No activity this statement period  **

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



Thank you for banking with United Bank

L 10443 -10443

BankWithUnited.com

00010443-001-001-DUBDDAST033019155456-6x901-00-0-00010443

# UNITED BANK

Last statement: February 28, 2019  
This statement: March 31, 2019  
Total days in statement period: 31

Page 1 of 1  
1461  
(5)

000001228 MUBDDAST033019155525 01 000000



CHARLESTON NEWSPAPERS  
OPERATING ACCOUNT  
ATTN LINDA HENNEN  
1001 VIRGINIA ST E  
CHARLESTON WV 25301-2816

Direct inquiries to:  
800 327 9862

United Bank  
500 Virginia St East PO Box 393  
Charleston WV 25322-0393

## Analyzed Business Checking

| | | | |
|---|---|---|---|
| Account number | 461 | Beginning balance | $208,526.07 |
| Enclosures | 5 | Total additions | .00 |
| Low balance | $206,554.97 | Total subtractions | 1,971.10 |
| Average balance | $206,937.15 | Ending balance | $206,554.97 |
| Avg collected balance | $205,976 | | |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 309090 | 03-07 | 325.00 | 309093 | 03-07 | 325.00 |
| 309091 | 03-07 | 650.00 | 309094 | 03-07 | 325.00 |
| 309092 | 03-07 | 325.00 | | | |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 03-08 | ' Deposit Return Item | 21.10 |
| | DDA CB Debit 6224 | |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-28 | 208,526.07 | 03-07 | 206,576.07 | 03-08 | 206,554.97 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with United Bank

L 1228 -2465



BankWithUnited.com

00001228-001-002-DUBDDAST033019155525-6x901-00-0-00001228