B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

## Southern District of West Virginia

In re  **Charleston Newspapers** ,                Case No.  **18-20033**
                *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  **April**                                 Date filed:  **May 20, 2019**

Line of Business:  **Newspaper/Media**            NAISC Code:  **5111**

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*[signature]*

Original Signature of Responsible Party

Norman W. Shumate III

Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|----------|-----|-----|
| 1. | IS THE BUSINESS STILL OPERATING? | ☐ | ☑ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☑ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☐ | ☑ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☐ | ☑ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

B 25C (Official Form 25C) (12/08)

| | | ☐ | ☑ |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?    ☐    ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME**    $    0

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month    $    206,555

Cash on Hand at End of Month    $    203,999

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    **TOTAL**    $    200,000

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES**    $    2,556

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*    $    0

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*    $    2,556

*(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH**    $    (2,556)

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 0

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---:|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 206 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 0 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---:|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 255,662 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---:|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0 |

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 0 | $ 0 | $ 0 |
| EXPENSES | $ 0 | $ 2,556 | $ (2,556) |
| CASH PROFIT | $ 0 | $ (2,556) | $ (2,556) |

| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 0 |
|---|---|
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 75,000 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ (75,000) |

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

**UNITED BANK**

COPIES OF CHECKS AVAILABLE UPON REQUEST

Last statement: March 31, 2019
This statement: April 30, 2019
Total days in statement period: 30

Page 1 of 1
1461
(6)

Direct inquiries to:
800 327 9862

000001131 MUBDDAST050119159607 01 000000



CHARLESTON NEWSPAPERS
OPERATING ACCOUNT
ATTN LINDA HENNEN
1001 VIRGINIA ST E
CHARLESTON WV 25301-2816

United Bank
500 Virginia St East PO Box 393
Charleston WV 25322-0393

## Analyzed Business Checking

| | | | | |
|---|---|---|---|---|
| Account number | 1461 | Beginning balance | $206,554.97 |
| Enclosures | 6 | Total additions | .00 |
| Low balance | $203,999.17 | Total subtractions | 2,555.80 |
| Average balance | $205,759.12 | Ending balance | $203,999.17 |
| Avg collected balance | $205,759 | | |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 309095 | 04-26 | 325.00 | 309097 | 04-26 | 325.00 |
| 309096 | 04-26 | 325.00 | 309098 | 04-26 | 325.00 |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 04-15 | Debit Memo | 350.00 |
| | AHC RETURN R16 CHARLESTON NEWSPAPERS | |
| 04-18 | Debit Memo | 905.80 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-31 | 206,554.97 | 04-18 | 205,299.17 | | |
| 04-15 | 206,204.97 | 04-26 | 203,999.17 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with United Bank

L 1131 -2273

BankWithUnited.com



00001131-001-002-DUBDDAST050119159607-6x901-00-0-00001131

# UNITED BANK

**COPIES OF CHECKS AVAILABLE UPON REQUEST**

Last statement: March 31, 2019
This statement: April 30, 2019
Total days in statement period: 30

Page 1 of 1
█████1816
(0)

000010258 MUBDDAST050119159513 01 000000



CHARLESTON NEWSPAPERS
FUNDING ACCOUNT
ATTN: LINDA HENNEN
1001 VIRGINIA ST E
CHARLESTON WV 25301-2816

Direct inquiries to:
800 327 9862

United Bank
500 Virginia St East PO Box 393
Charleston WV 25322-0393

## Analyzed Business Checking

| | | | |
|---|---|---|---|
| Account number | █████1816 | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions | .00 |
| Average balance | $0.00 | Total subtractions | .00 |
| Avg collected balance | $0 | Ending balance | $.00 |

**\*\* No activity this statement period \*\***

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



Thank you for banking with United Bank

L 10258 -10258

**BankWithUnited.com**

00010258-001-001-DUBDDAST050119159513-0x901-00-0-00010258

**COPIES OF CHECKS AVAILABLE UPON REQUEST**

# UNITED BANK

| | |
|---|---|
| Last statement: March 31, 2019 | Page 1 of 1 |
| This statement: April 30, 2019 | ▮▮▮▮1453 |
| Total days in statement period: 30 | (0) |

000002207 MUBDDAST050119159513 01 000000



CHARLESTON NEWSPAPERS
PAYROLL ACCOUNT ZBA
ATTN LINDA HENNEN
1001 VIRGINIA ST E
CHARLESTON WV 25301-2816

Direct inquiries to:
800 327 9862

United Bank
500 Virginia St East PO Box 393
Charleston WV 25322-0393

## Analyzed Business Checking

| | | | |
|---|---|---|---|
| Account number | ▮▮▮▮1453 | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions | .00 |
| Average balance | $0.00 | Total subtractions | .00 |
| Avg collected balance | $0 | Ending balance | $.00 |

\*\* No activity this statement period \*\*

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



Thank you for banking with United Bank

L 2207 -2207

BankWithUnited.com

000002207-001-001-BUBDDAST050119159513-6x901-00-0-00002207

# UNITED BANK

Last statement: March 31, 2019
This statement: April 30, 2019
Total days in statement period: 30

Page 1 of 1
▮▮▮▮9210
(0)

000011291 MUBDDAST050119159513 01 000000



CHARLESTON NEWSPAPERS
ADEQUATE ASSURANCE ACCOUNT
1001 VIRGINIA ST E
CHARLESTON WV 25301-2816

Direct inquiries to:
800 327 9862

United Bank
500 Virginia St East PO Box 393
Charleston WV 25322-0393

## Analyzed Business Checking

| | | | |
|---|---|---|---|
| Account number | ▮▮▮▮9210 | Beginning balance | $19,891.70 |
| Low balance | $19,873.87 | Total additions | .00 |
| Average balance | $19,882.79 | Total subtractions | 17.83 |
| Avg collected balance | $19,882 | Ending balance | $19,873.87 |

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 04-16 | ' Maintenance Fee | 17.83 |
| | ANALYSIS ACTIVITY FOR 03/19 | |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-31 | 19,891.70 | 04-16 | 19,873.87 | | |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



Thank you for banking with United Bank

L 11291 -11291

BankWithUnited.com

00011291-001-001-DUBDDAST050119159513-6x901-00-0-00011291

**COPIES OF CHECKS AVAILABLE UPON REQUEST**

# UNITED BANK

Last statement: March 31, 2019
This statement: April 30, 2019
Total days in statement period: 30

Page 1 of 1
9210
(0)

000011291 MUBDDAST050119159513 01 000000



CHARLESTON NEWSPAPERS
ADEQUATE ASSURANCE ACCOUNT
1001 VIRGINIA ST E
CHARLESTON WV 25301-2816

Direct inquiries to:
800 327 9862

United Bank
500 Virginia St East PO Box 393
Charleston WV 25322-0393

## Analyzed Business Checking

| | | | |
|---|---|---|---|
| Account number | 9210 | Beginning balance | $19,891.70 |
| Low balance | $19,873.87 | Total additions | .00 |
| Average balance | $19,882.79 | Total subtractions | 17.83 |
| Avg collected balance | $19,882 | Ending balance | $19,873.87 |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 04-16 | ' Maintenance Fee | 17.83 |
| | ANALYSIS ACTIVITY FOR 03/19 | |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03-31 | 19,891.70 | 04-16 | 19,873.87 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



Thank you for banking with United Bank

L 11291 -11291

BankWithUnited.com

00011291-001-001-DUBDDAST050119159513-6x901-00-0-00011291