### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Daily Gazette Company, *et al.*, | ) | Case No. 2:18-bk-20028 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### ORDER GRANTING FINAL APPLICATION FOR APPROVAL OF PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES TO JOE M. SUPPLE AND SUPPLE LAW OFFICE, PLLC, COUNSEL FOR THE DEBTOR

Pending is the Final Application of Co-Counsel for the Debtor, Joe M. Supple and Supple Law Office, PLLC for approval of the payment of fees in the amount of $2,520.00 and reimbursement of expenses in the amount of $120.00 for legal services rendered by Supple to the Debtor from May 21, 2018 through May 13, 2019.

On March 9, 2018, this Court approved the employment of Joe M. Supple and Supple Law Office, PLLC as co-counsel for the Debtors. The Court finding good cause to grant the application does accordingly,

**ORDER** that the Final Application for Compensation of Counsel for the Debtor, Joe M. Supple, for approval and payment of fees in the amount $2,520.00 and reimbursement of expenses in the amount of $120.00 for legal services rendered by Supple to the Debtors from May 21, 2018 through May 13, 2019 is **GRANTED**.

Prepared By:

/s/ Joe M. Supple
*Counsel for the Debtor*