Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
## Southern District of West Virginia

Room 3200
300 Virginia Street East
Charleston, WV 25301

---

Bankruptcy Proceeding No.: 2:18–bk–20028
Chapter: 11
Judge: Frank W. Volk

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Daily Gazette Company | Daily Gazette Holding Company, LLC |
| 1001 Virginia Street East | 1001 Virginia Street East |
| Charleston, WV 25301 | Charleston, WV 25301 |

Social Security No.:

Employer's Tax I.D. No.:
55–0154480                                           20–1022981

---

PLEASE TAKE NOTICE that a hearing will be held at

Bankruptcy Courtroom A, 6400 Robert C. Byrd U.S. Courthouse, 300 Virginia Street East, Charleston, WV 25301

on 7/17/19 at 01:30 PM

to consider and act upon the following:

322 – Application by Perkins Coie LLP for Compensation of Perkins Coie LLP, Debtor's Attorney, For the Period of: 4/16/2018 to 5/10/2019 in the Amount of Fees: $64635.93, Expenses: $4792.87. Second and Final Application

324 – Application by Brown Edwards & Company for Compensation of Brown Edwards & Company, Accountant, For the Period of: to in the Amount of Fees: $35733.14, Expenses: $4624.36. First and Final Application.

326 – Application by Charleston Newspapers, Charleston Newspapers Holdings, L.P., Daily Gazette Holding Company, LLC, Daily Gazette Publishing Company, LLC, G–M Properties, Inc. for Compensation of Joe M. Supple, Debtor's Attorney, For the Period of: 5/21/2018 to 5/13/2019 in the Amount of Fees: $2520.00, Expenses: $120.00.

328 – Motion by Charleston Newspapers, Charleston Newspapers Holdings, L.P., Daily Gazette Holding Company, LLC, Daily Gazette Publishing Company, LLC, G–M Properties, Inc., Debtor Daily Gazette Company to Dismiss Case,

At the time listed above, parties who have been granted permission by the Court to appear by telephone at this presently scheduled hearing, should dial 1–888–273–3658 and use Access Code 1039652. Parties appearing by telephone should also mute their phone line until such time as the case they are appearing for is called.

Dated: 6/13/19

Matthew J. Hayes
Clerk, U.S. Bankruptcy Court

BY: Jason Rader
Deputy Clerk