IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| In re: | Chapter 11 |
|---|---|
| DAILY GAZETTE COMPANY, *et al.,* | Case No. 18-20028 |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND
REQUEST BE REMOVED FROM (1) SERVICE LIST;
(2) MAILING MATRIX; AND (3) COURT'S ELECTRONIC NOTICE SYSTEM**

PLEASE TAKE NOTICE that I, Jordan E. Jacobson, a United States Government Attorney, hereby withdraw my appearance in the above-captioned matter.

Marc S. Pfeuffer will continue to represent the Pension Benefit Guaranty Corporation in the above-captioned matter, consequently, this does not constitute a withdrawal of counsel.

PLEASE TAKE FURTHER NOTICE that I, Jordan E. Jacobson, also request to be removed from the following: (1) Service List; (2) Mailing Matrix; and (3) the Court's

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: Daily Gazette Company (4480); Daily Gazette Holding Company, LLC (2981), Charleston Newspapers Holdings, L.P. (3028), Daily Gazette Publishing Company, LLC (3074); Charleston Newspapers (6079); and G-M Properties, Inc. (4124).

Electronic Notice System in this matter.

Dated:  July 18, 2019                           Respectfully submitted,
        Washington, D.C.

                                                   /s/ Jordan E. Jacobson
                                                   Jordan E. Jacobson, Attorney
                                                   Bar No. CA 302543
                                                   Pension Benefit Guaranty Corporation
                                                   Office of the General Counsel
                                                   1200 K Street, N.W.
                                                   Washington, D.C. 20005-4026
                                                   Telephone: 202-229-6511
                                                   Fax: 202-326-4112
                                                   Emails: jacobson.jordan@pbgc.gov *and*
                                                   efile@pbgc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of July, 2019, I filed this *Notice of Withdrawal of Appearance and Request To Be Removed From(1) Service List; (2) Mailing Matrix; and (3) The Court's Electronic Notice System* served via the Court's CM/ECF system on all parties registered to receive CM/ECF notices from the Court concerning this case.

/s/ Jordan E. Jacobson
Jordan E. Jacobson