Frank W. Volk, Chief Judge
United States Bankruptcy Court
Southern District of West Virginia

Dated: October 21st, 2019

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Daily Gazette Company, *et al.*, | ) | Case No. 18-20028 |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | |

### ORDER DISMISSING DEBTOR'S CHAPTER 11 CASE

Upon the Motion[2] to Dismiss filed by Debtor and its affiliated Debtors, a hearing having been held on the Motion; this Court having considered any responses to the Motion; this Court having jurisdiction over the Motion pursuant to pursuant to 28 U.S.C. §§ 157 and 1334; this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); this Court being able to issue a final order consistent with Article III of the United States Constitution; venue of this proceeding and the Motion is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; it appearing that due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and this Court having found that good and sufficient cause exists for the relief granted by this Order,

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's taxpayer identification number are as follows: Daily Gazette Company (4480); Daily Gazette Holding Company, LLC (2981); Charleston Newspapers Holdings, L.P. (3028); Daily Gazette Publishing Company, LLC (3074); Charleston Newspapers (6079); and G-M Properties, Inc. (4124).

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

144653979.1

- 2 -

**IT IS HEREBY ORDERED THAT:**

The Motion is GRANTED and the Debtor's chapter 11 case is hereby dismissed.

144653979.1